**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  Sims _____ Rusty _____ A _____
     (Last)              (First)           (Initial)

Prisoner Number  Current #: 180315.  # under which action is filed: T·75226

Institutional Address  San Quentin State Prison. San Quentin
CA. 94964.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Rusty Alan Sims _____
(Enter the full name of plaintiff in this action.)

             vs.

California Department of
Corrections and Rehabilitation;
Chief Medical Officer: Sailor;
Officer Lamboy.

(Enter the full name of the defendant(s) in this action)

**C 07 5040**

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983**

**(PR)**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.      Exhaustion of Administrative Remedies.

    [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]  # 180315 MARIN Co. JAIL

    A.     Place of present confinement 13 Peter Behr Dr. San Rafael, CA 94903

    B.     Is there a grievance procedure in this institution?

              YES (✓)     NO ( )

    C.     Did you present the facts in your complaint for review through the grievance procedure?

              YES (✓)     NO ( )

    D.     If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                      - 1 -

1. Informal appeal _Do not have the necessary Appeal_
_Tracking sheet or Administrative appeal Due to it_
_being Discarded by correctional officer Avila. I did_
2. First formal level _exhaust The CDC Appeal Remedy in_
_feberuary or march 2007; San Quentin as well as_
_chief of Appeal's office in Saccamento will have_
3. Second formal level _The information. It was_
_denied all the way through the levels_
_however._

4. Third formal level _____

_____

_____

    E.    Is the last level to which you appealed the highest level of appeal available to you?

        YES (✓)    NO ( )

    F.    If you did not present your claim for review through the grievance procedure,

explain why._____

_____

_____

II.    Parties.

    A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

_Rusty Sims # 180315, 13 Peter Behr Drive._
_San Rafael, CA. 94903._

_____

    B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

_Chief medical officer Sailor, San Quentin State prison._

COMPLAINT                - 2 -

1  2) California Department of Corrections and Rehabilitation
2  3) officer Lamboy. Correctional Seargent, San Quentin
3  State prison at the Adjustment Center.

4

5  III.    Statement of Claim.

6        State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  1) Under the Americans With Disabilities Act, I was
11  prescribed a Cane For a mobility impairment by
12  a DR ~~Frank~~ DASZKO on 2-6-07. On or around 3-18-07,
13  Sgt. Lamboy Took my cane in The Adjustment Center
14  with no interim Accomadation. This caused me alot
15  of additional pain.

16

17  2) was prescribed medications for NEuropathic pain
18  and medications were continuously Discontinued over a
19  1 year period in which it would Take up to a month
20  where I had to File numerous sick call slips to be
21  seen By a Doctor So I could be placed back on.

22

23  IV.    Relief.

24        Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  I ask for monetary relief for Pain and Suffering
27  And an Audit into The Adjustment Center's Security
28  Practices, which frequently go against medical Treatment.
    ASking for $100,000.00 in Damages.

COMPLAINT                           - 3 -

1  I also ask for monetary relief for mental suffering
2  while I filed and refiled medical slips to which I
3  frequently received no response or relief for up to a
4  month after medication for pain was Discontinued.

5      I declare under penalty of perjury that the foregoing is true and correct.

6

7      Signed this _Seventh_ day of _September_ , 20_07_

8

9  _____

10         (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT            - 4 -

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS** Rusty Sims. #180315 pro-per. 13 Peter Behr Dr. San Rafael, CA. 94903

**DEFENDANTS** California Department of corrections and Rehabilitation. Chief medical officer Sailor, San Quentin prison correctional officer Lamboy; San Quentin Prison.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF San Francisco.
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Marin County.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Pro Per Litigant.

ATTORNEYS (IF KNOWN)

Attorney General's Office.

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [ ] Original Proceeding
- [ ] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transferred from Another district (specify)
- [ ] Multidistrict Litigation
- [X] Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [X] 362 Personal Injury Med Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers Liability | [ ] 640 RR & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine / **PERSONAL PROPERTY** | [ ] 650 Airline Regs | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl Veterans) | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 371 Truth In Lending | [ ] 690 Other | **LABOR** | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt Relations | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability |  | [ ] 730 Labor/Mgmt Reporting & Disclosure Act | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| [ ] 196 Franchise |  | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motion to Vacate Sentence Habeas Corpus: | [ ] 791 Empl.Ret. Inc. Security Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment / [ ] 530 General |  | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing / [ ] 535 Death Penalty |  | [ ] 870 Taxes (US Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 540 Mandamus & Other |  | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights / [ ] 550 Civil Rights |  |  |  |
| [ ] 290 All Other Real Property | [ ] 445 Amer w/ disab - Empl / [X] 555 Prison Condition |  |  |  |
|  | [ ] 446 Amer w/ disab - Other |  |  |  |
|  | [ ] 480 Consumer Credit |  |  |  |
|  | [ ] 490 Cable/Satellite TV |  |  |  |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
Americans with Disibility Act.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 100,000 [X] CHECK YES only if demanded in complaint:
JURY DEMAND: [X] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE 9-7-07

SIGNATURE OF ATTORNEY OF RECORD   Rusty Sims

Kim Turner, Court Executive Officer
MARIN COUNTY SUPERIOR COURT
P.O. Box 4988
San Rafael, CA 94913-4988

Clerk
U.S. District Court, Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

RECEIVED

SEP 2 7 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FIRST CLASS

UNITED STATES POSTAGE
$ 01.31⁰
02 1A
0004353183
MAILED FROM ZIPCODE 94903
SEP 26 2007