E-Filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rusty Sims,
          Plaintiff,

vs.

California Department of corrections,
chief medical officer Sailor,
correctional officer Lamboy,
          Defendant.

CASE NO. C 07 5040 SB (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Rusty Sims, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓.

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ~~aaaa~~ unemployed for 6 yrs.
5  _____
6  _____
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                    Yes ___ No ✓
10             self employment
11      b.    Income from stocks, bonds,                 Yes ___ No ✓
12             or royalties?
13      c.    Rent payments?                             Yes ___ No ✓
14      d.    Pensions, annuities, or                    Yes ___ No ✓
15             life insurance payments?
16      e.    Federal or State welfare payments,         Yes ___ No ✓
17             Social Security or other govern-
18             ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.      Are you married?                             Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.      a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 2 -

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5  _____
6  _____
7  5.   Do you own or are you buying a home?         Yes ____ No __✓__
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?                   Yes ____ No __✓__
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.   Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No __✓__ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No __✓__
20 _____
21 8.   What are your monthly expenses?
22 Rent: $ _____⌀_____ Utilities: ___⌀_____
23 Food: $ _____⌀_____ Clothing: ___⌀_____
24 Charge Accounts:
25 Name of Account        Monthly Payment         Total Owed on This Acct.
26   N/A              $     N/A             $     N/A
27   ↓              $     ↓             $     ↓
28   ↓              $     ↓             $     ↓

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Currently owe California Restitution. Approx $500⁰⁰

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

9-7-07                              *Rusty Sims*
DATE                          SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
   [prisoner name]
_____ where (s)he is confined.
   [name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____
                                    [Authorized officer of the institution]