FILED
OCT 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
OCT 16 2007

Dear Sir –                                            10-13-07

C07-5040 SBA

In regards to my in forma pauperis form being rejected – I am not, any longer at San Quentin and have no way to obtain the records you request w/out a subpoena from the court.

When I was there, it was simply a matter of me filing an administrative appeal to the trust office and sending it via interdepartment mail and I would get copies of the transaction sheets from the trust office.

I can't even request the sheriff's office process serve a subpoena for the records since I'm not certified as pauperis status. If there is a way for you or the clerk to request these records, it would be faxed to you within minutes – I simply can't even write San Quentin asking for these records now that I am out of their jurisdiction without a subpoena, and even then, it would take longer than a month to do so.

Please let me know any sort of other ways to do what I have to do. Thanks – Ambrosini          (over →)

FILED

OCT 16 2007

my address currently is.

Rusty Sims 180315
13 peter Behr Dr
San Rafael, CA
94903

SAN FRANCISCO CA 941
13 OCT 2007 PM 6 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT — ATTN: Richard Wieking, Clerk
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

**MARIN COUNTY JAIL**
**THIS MAIL**
was sent from an inmate at the Marin County Jail, 13 Peter Behr Drive, San Rafael CA 94903. The contents have not been read and the Jail is not responsible for its contents.