```
Filed
NOV 0 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sims,
              Plaintiff,

vs.

San Quentin Medical Dept
SgT Lamboy
              Defendant.

CASE NO. 07-5040 SBA

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Rusty Sims, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0          Net: 0

Employer: N/A

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  'Cafe in the park' at San Francisco State University.
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or                    Yes ___  No ✓
10          self employment
11     b.   Income from stocks, bonds,                 Yes ___  No ✓
12          or royalties?
13     c.   Rent payments?                             Yes ___  No ✓
14     d.   Pensions, annuities, or                    Yes ___  No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,         Yes ___  No ✓
17          Social Security or other govern-
18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?                              Yes ___  No ✓
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____N/A_____ Net $_____N/A_____
28  4.   a.   List amount you contribute to your spouse's support: $ _____

```
 1        b.     List the persons other than your spouse who are dependent upon you for
 2               support and indicate how much you contribute toward their support. (NOTE:
 3               For minor children, list only their initials and ages. DO NOT INCLUDE
 4               THEIR NAMES.).
 5        _____N/A_____
 6        _____
 7   5.   Do you own or are you buying a home?          Yes ___ No ✓
 8   Estimated Market Value: $_____ Amount of Mortgage: $_____
 9   6.   Do you own an automobile?                     Yes ___ No ✓
10   Make _____ Year _____ Model _____
11   Is it financed? Yes ___ No ___ If so, Total due: $ _____
12   Monthly Payment: $ _____
13   7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ___ No ✓ Amount: $ _____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)  Yes ___ No ✓
20   _____
21   8.   What are your monthly expenses?
22   Rent: $ _____          Utilities: _____
23   Food: $ _____          Clothing: _____
24   Charge Accounts:
25   Name of Account            Monthly Payment           Total Owed on This Acct.
26   ____N/A____              $ ____N/A____             $ ____N/A____
27   _____              $ _____               $ _____
28   _____              $ _____               $ _____
```

Case Number: 07-5040 SBA

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___20⁰⁰___ for the last six months
[prisoner name]
___Marin County Jail___ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ~~___~~ 20⁰⁰ and the average balance in the prisoner's account each month for the most recent 6-month period was $ ~~___~~ 20⁰⁰.

Dated: 10-31-07

_____
[Authorized officer of the institution]

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

I owe money to Washington Mutual Bank 80⁰⁰ $400⁰⁰ for restitution

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

10-31-07                    Rusty Sims
DATE                        SIGNATURE OF APPLICANT

# MARIN COUNTY JAIL

## Resident Transaction Receipt

Wednesday, October 17, 2007 @ 5:03 am

Transaction #: 100322777

CIN: 180315

Inmate Name: SIMS, RUSTY ALAN

Description: JPay Deposit from Jack Rauch

Block: AS

Tier:

Cell:

Trans Type: JPAY DEP

Transaction Date: October 17, 2007

Amount: $ 20.00

Resident Sig _____ Date _____

Authorized Sig _____ Date _____

p524

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL
FILED

OCT 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Sir or Madam:

Your complaint has been filed as civil case number __07-5040 SBA.__

**A filing fee of $350.00 is now due.** If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If it is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. **XX**    you did not file an In Forma Pauperis Application.

2. _____    the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing an In Forma Pauperis Application will allow the Court to determine whether installment payment of the filing fee should be allowed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
                        Deputy Clerk

rev. 10/25/07

Rusty Sims - Plaintiff
# 190315
13 Peter Behr Dr.
San Rafael, CA.
94903

Confidential
Legal mail

**MARIN COUNTY JAIL**
**THIS MAIL**

was sent from an inmate at the Marin County Jail, 13 Peter Behr Drive, San Rafael CA 94903. The contents have not been read and the Jail is not responsible for its contents.

NORTH BAY CA 949
05 NOV 2007 PM 2
USA 41

TO: Office of the Clerk - US District Court
Northern District of California
280 S. First Street, Room 2112
San Jose, California.
95113-3095