Clerk -



2-9-08

This is to inform you that I have a new mailing address in Case no: C 07-05040 SBA (PR). It is as follows:

> Rusty Alan Sims
> CDC # S-04361
> San Quentin State prison,
> San Quentin, CA. 94974

Please update your computer.
   Thank you.

Also - I am requesting a copy of my claims packet, along with a self addressed stamped envelope so I can receive this, as instructed by you via phone in December.

Sincerely
[signature]



Rusty Sims - S-04361
S.Q.S.P.
San Quentin, CA
94974

ATTN: Jesse ~~[scribbled]~~ - Clerk
U.S. District Court
Northern District of California - Dept 3.

1301 Clay St, Ste 400 South
Oakland, CA 94612

CONFIDENTIAL
LEGAL-MAIL