Dear Sir's) —

FILED

APR - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

3-24-08

I am writing to you In RE case # C 07 5040 SBA (PR) To find out exactly what the current status is. During the original filing something was mentioned about an electronic case # or something to do w/ computers. I obviously, as a prisoner in San Quentin, dont have access to a computer And I dont want to default.

I have sent a copy to the A/G office on 2-25-08, which I never received acknowledgement of.

It seems as if I am missing something here.

What exactly is the current status? Can you send me a printout of the "case Activity sheet"? 'cause I dont know if there are any pending court dates, deadlines or anything, I'm completely in the dark.

Thanks and Respectfully;

Rusty Sims  S-04361
S.Q.S.P  1-AC-65
San Quentin, CA 94974.

Rusty Sims S-04361
S.Q.S.P 1-AC-65
San Quentin, CA.
94974



Confidential
Legal - Mail

SAN QUENTIN STATE PRISON

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41°
02 1M
000424283    MAR 28 2008
MAILED FROM ZIP CODE 94964

Office of the Clerk, U.S. District
Court.
Northern district of California
1301 clay st. Suite 400s
Oakland, CA. 94612-5217

Confidential Legal mail