Dear Sirs—



FILED
APR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I have an existing case—# C 07 5040 SBA (PR) and I am completely in the dark as to what I need to do at this point. I sent notice to the Attorney Generals office on 2-25-08 w/ a copy of the claim, and I never received any verification.

What is the current status of my claim? What do I need to do? I noticed when my claim first got filed, I was told about an electronic tracking system, but I am a prisoner and I don't have a computer. So all of this has to be by mail.

Please — I don't want to default and would like to know what I have to do, if anything, to get this rolling, IF I need to respond to anything, who I service the complaint on etc.

Thanks.

Rusty Sims S04361
SrQ,S,P- 1-AC-65
San Quentin, CA.
94974.

2

Also - pursuant to CCP § 585, I am requesting a Default Judgement. See accompanying motion.

p.s. - I asked another prisoner to mail this for me because my mail is being tampered with.