Rusty Alan Sims S-04361
San Quentin State Prison
San Quentin, CA. 94974.

Case 4:07-cv-05040-SBA   Document 11   Filed 04/10/2008   Page 1 of 3

FILED
APR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court for the Northern District of California.

No. C 07 5040 SBA (PR)

Rusty Alan Sims

    Plaintiff,

V.

CA Dept of Corrections, et al,

    Defendant

Notice of motion for request of default judgement.
Code of civil procedure § 585(b).

TO THE HONORABLE SAUNDRA BROWN ARMSTRONG, Judge in the above entitled action,

IT IS HEREBY REQUESTED, pursuant to CCP § 585(b), that a judgement of Default be rendered against defendant for failure to respond with an Admission, Denial or Demurrer to Plaintiff claim.

Pursuant to CCP § 585(b), plaintiff mailed a copy of the plaintiffs complaint by a prisoner under the civil rights act, 42 U.S.C § 1983, and under the eighth amendment clauses against cruel and unusual punishment. Plaintiff mailed this on 2-25-08 and handed a sealed envelope which was marked CONFIDENTIAL LEGAL MAIL and was dated and signed on the back by officer personnel. San Quentin has a policy to log in a log book all outgoing legal mail.

C 07 5040 SBA (PR)    (1)

1. plaintiff asks that this court rule on this w/ a summary
2. judgement of default in plaintiffs favor and that
3. he be awarded the full amount of requested monetary
4. damages claimed in complaint.

6.   most humbly submitted.

8.   I declare under penalty of perjury the
9. foregoing true and correct. This was executed in
10. Marin County on 4-3-08.

12.   Rusty Sims
13.   S-04361

15.   *(signature)*

C 07 5040 SBA (PR)     (2)

BYRON P. WILSON
C.D.C. #P-74002
S.Q.S.P.
SAN QUENTIN, CA 94974

Hon Saundra Brown Armstrong.
℅ Docketing Clerk.

U.S. District Court, Northern District
of California.
1301 Clay St.
Suite 400 South.
Oakland, CA.
94612

[ LEGAL MAIL ]

CONFIDENTIAL
LEGAL MAIL !