ATTN: Docketing CLERK

To The United STATES DISTRICT Court

For The NORTHERN DISTRICT of CALIFORNIA

1301 Clay St - ste 400 south

OAKLAND CA 94612



**FILED**

APR 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN RE: C-07-05040 SBA (PR)

Rusty Alan Sims
plaintiff

v

California Department of Corrections, et al.,
Defendants.

I Keith Butkin am writing on behalf of Rusty Sims As at this time he is unable to mail this to you. But is orally dictating this letter for me to write. Mr Sims does not have Ready access to a copy machine therefore only one copy is included and is Requesting that the clerk make additional copies to be sent to the other three defendants, Attorney Generals office who Rep Resent CDC, Sgt Lambay who is a Correctional officer, Dr. Sallor who is the Chief Medical officer. Plaintiff Requests a Certified copy, Filed stamped, of the enclosed. — Supplement For plaintiffs original claim Regarding by custody staff, of plaintiffs American with Disabilities acts. Accomodation Plaintiffs Declaration. with attached exibit's A-Z and A-1 — A-18. total of 58 pages.

plaintiff requests that ~~this~~ this packet be properly

2

Serviced on each of the defendants.
plaintiff does not have the postage necessary
to mail 3 copies of this to the others.

So, in closing, plaintiff requests the following:

(1) That the enclosed packet be file stamped and
certified and added to the Docket.

(2) That each of the defendants be properly
serviced and that plaintiff receive verification
of this.

(3) That plaintiff receive a Summary Judgement
and the defendants receive an entry of default
for not responding to plaintiffs service on
2-28-08; which was mailed by u.s. mail postage
prepaid to the Attorney Generals office and included
a copy of civil claims packet.

Respectfully
Rusty Sims        S-04361
S.Q.S.P.          1-AC-65
San Quentin, CA.
                  94974

Also - this was mailed by another prisoner for plaintiff.