Rusty Sims S04361
S.Q. 1-AC-65
San Quentin, CA.
94974

Plaintiff pro-per.

FILED
APR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT of CALIFORNIA.

RUSTY ALAN SIMS
plaintiff,
v.
CA DEPT OF CORRECTIONS, et al,
Defendants.

No: C.07-05040 SBA (PR)

Supplement for plaintiffs original claim. Regarding denial, by custody staff, of plaintiffs Americans with Disabilities Accomodation. PLAINTIFFS DECLARATION.

TO THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE FOR THE ABOVE ENTITLED COURT.

HERE COMES BEFORE YOU THIS MOST HUMBLE PLAINTIFF IN REGARDS TO CONTINUOUS MEDICAL NEGLECT AND INTENTIONAL DENIAL OF A MEDICALLY PRESCRIBED ORTHOPEDIC NECESSITY. PLAINTIFF ASKS THAT THIS BE CONSIDERED AS PART OF ORIGINAL COMPLAINT FILED IN THIS COURT ON SEPTEMBER 28TH 2007, OR AT LEAST CONSIDERED AS ONGOING ABUSE AND VIOLATION OF MY EIGHTH AMENDMENT GUARANTEE AGAINST SUCH ACTIONS.

I.

FACTUAL SUMMARY

IN 1996, OR THERE ABOUTS, PLAINTIFF SUSTAINED A VERY SERIOUS INJURY TO HIS LEFT FOOT WHICH CAUSED A

MAJOR DISABILITY TO DEVELOPE WHICH HAS SINCE REQUIRED TWO CORRECTIVE OPERATIONS AND A PERMANENT CONDITION CALLED COMPLEX REGIONAL pain syndrome w/ ~~[illegible]~~ sympathetic Muscular Dystrophy.

During plaintiffs last 3 years of incarcaration at San Quentin state prison his medical condition has largely been undiagnosed or wrongly diagnosed and has caused one problem after another including frequent medication changes, not getting to see a Doctor, medication being Discontinued which is given for the high amount of pain plaintiff constantly experiences due to the degenerative Nerve condition he has, medical Accomadations issued under The Federal Americans with Disabilities ACT being confiscated - I.E. plaintiff was issued a walking cane in 2007 by DR Dascko in East Block condemned housing unit (See exibit A) and in April of 2007 a sergeant Lamboy asked ~~[illegible]~~ plaintiff to see his cane while standing in the first tier sally port awaiting a scheduled appointment. Plaintiff handed his prescribed cane to Sergeant Lamboy who immediately confiscated it and made a decision on his own to desregard plaintiffs prescription and need for a cane. This was the catalyst which caused plaintiff to file a civil rights claim. During plaintiffs 3 year ~~[illegible]~~ incarcaration at this community he has seen numerous specialists and consultants and has had a number of medical accomadations issued by trained

proffessional Doctors due to plaintiffs medical condition. See exibit's B — A-13, which show the chronos issued so far, as well as plaintiffs extensive medical history.

In this current situation and grounds for this supplement, plaintiff was issued another soft shoe chrono by Doctor Don Griffith. See Exibit A-14 - which was issued again on 3-27-08 after a consultation w/ podiatrist on 3-26-08, where Doctor Griffith renewed shoe chrono and also wrote on same accomadation chrono for plaintiff to not be required to wear the leg shackles which are a relatively new measure here in the adjustment center and dont take into concideration peoples medical conditions. On 3-27-08, the facility chief medical officer Approved the Accomadations which legitimized the chrono and verified that it was on par with existing medical practices and proceedures here. On 3-31-08, I was escorted to the second tier to have an ADA appeal heard and instead of the medical issue being raised on the form being addressed by medical Appeals department, LT. D. Schlosser, who is NOT qualified as a medically trained person and therefore familiar with medical necessity, LT Schlosser informed me that because I had been secretly filmed while on our recreation yard doing calisthenics and exercises

-See exibit A-15,- that he would be showing this "Secret footage" of me exercising in an attempt to ~~disrupt~~ discredit my need for Soft Shoes and to not have to wear leg shackles. This is obviously a very scurcolous and less than honest, but isnt a big deal because when I do exercise, I can place my weight on my Right foot, which I do and which wouldnt be viewable from 2 stories up and over 50 feet away while I was exercising. I.E. doing pushups and Aerobic type exercises. The human body is amazingly resilient and we have gotten so far as a species because of our ability to adapt. we constantly See people who overcome physical limitations such as Surfers who have had limbs removed by Sharks Still Surfing, or people w/ no arms, or no legs, still driving cars. IS IT Such a stretch that a healthy person like myself couldnt exercise without placing weight on his left leg or foot? I dont think so. And Id bet those other millions of people who accomplish amazing feats to avoid being overcome would agree.

I have included a number of exibits to show I have a long history of medical care and have legitimate medical needs. I take your Attention Specifically to the —

Following exibits. (1) Exibit N; (2) B, (3) C, (4) E, (5) F especially, (6) G; (7) H; (8) I; (9) J; (10) K, (11) L; (12) M especially - goes along with exibit F; (13) O, (14) R, (15) ~~especially~~ W, (16) X; (17) Y, (18) A-1 especially. (19) A-2, (20) A-3 and A-4; (21) A-5; (22) A6 - A-7 - Should be noted That even this long ago, officers have seen me exercising. And EVERY Doctor has still determined I have a disability which requires special shoes and pain medicine and a cane. Exercising actually helps me some to get blood circulating properly Through my leg and foot. It also keeps me from gaining alot of weight on a high carbohydrate diet that the prison has. I have hepatis C and have to take care of myself. (23) A-9 especially

All of this medical history is necessary for complete understanding and plaintiff did not have access to the enclosed medical Records at time of filing Civil Complaint.

On 4-1-08, I received the revised shoe chrono and other from 3-26-08 and on 4-3-08 when officers pureco, and officer morris came to take me to go outside for recreation, I was informed by officer morris That "Your chrono has to be approved". See exibit A-14, which CLEARLY shows that the chief medical officer HAS approved the chrono, and therefore, once again, my Civil rights were violated and custody made an uninformed decision to deny my ADA accomodation-

which as All of the enclosed exibits show, is necessary. well, I go out to the yard in shower shoes and because the shower shoes are foam and very thin, All of the gravel on the yard was hurting my foot and the leg shackles which were deemed inappropriate - see exibit A-14 - were put on me and I was in a lot of pain.

~~[illegible]~~ when I came back inside from recreation, I happened to see LT D. Schlosser in the property room, which is Adjacent to the back door to the recreation Yard area, and I asked him "why are you messing around with my medical needs" and he said "what do you mean"? and I said "You trying to ignore my Shoe chrono and need for no shackles" he responded "That chrono is not Valid and it wont be honored" I asked him if he was trained as a physician or podiatrist and he didnt answer. He went on to say that he had the Chrono cancelled (although this is not something he can do as a custody officer) on 3-28-08 the day after it was issued, but he didnt even see me on the second tier until 3-31-08 about filming the DVD, so he was obviously lying.

Shortly After, officer Marcus came to my cell and handed me Exibit A-15 which clearly has absolutely no merit since I am

verified as disabled and am in a housing unit which is predominantly all death row prisoners, 3 or 4 of which also have no Shackles / Leg Irons Chronos due to medical reasons, and considering they are on Death Row, this is ridiculous that I am being targeted out of Everyone else in this unit on Death Row who also has Shoe Chronos or no Leg Irons Chronos: this is unacceptable to my medical condition and will exacerbate the problem and continue to degenerate if my medical accomodations under the Federal Guidelines for the ADA act are ignored.

II.

Legal Argument

A. "persons in charge of prisoners have a duty to see that prisoners in their custody who are in need of medical care receive it. This duty is recognized in the penal code provision that prohibits the allowing of any lack of care whatever that would injure or impair the health of the prisoner, inmate, or person confined." Pen C§ 673.) Clearly, when one looks at the attached exhibits - A — A-17 - there is a clear need of medical necessity and not an issue which in itself is convoluted or made up by this plaintiff. This is a question of deliberate indifference as a state of mind prerequisite and once one looks at the clearly forged documents, predated by over a month, and singed by Correctional Lieutenant D. Schlosser - See Exibit A-16 and A-17

Then one can begin to see a pattern of deliberate indifference and this is where the violation of a persons Eighth Amendment comes into play. In Exibit A-16, which is a Reasonable accomodation ~~of acco~~ request, which falls under the Americans with Disabilities Act, you'll see a Reasonable Accomodation for personal shoe chrono to be renewed. If you turn it over, you'll see that on this original, the podiatrist Don Griffith Granted this accomodation and added that I "Should not wear leg Irons at any time" as is also stated on exibit A-14 and was granted by the same podiatrist, and Approved my the institution chief medical officer. Now, if you look at Exibit A-17, which was obviously copied by LT D. Schlosser on the front side only and he left the back blank, and what he wrote completely contradicts what the Doctor wrote on the original. Under Pen C. § 471, 470 and 529 Forgery in the state of California is a Felony, and not only that, this clearly indicates a willingness to Not only not uphold the law as a sworn Law officer, but gives the prerequisite Intentional Indifference requirement to warrant an Eighth amendment violation. On this ground alone, my claim should be granted.

In Exibit A-15, LT D. Schlosser writes an "informational chrono, in which he states in part: That my request to be able to wear my personal shoes is still under review - although Dr Griffith Granted Exibit A-16 and A-14 was approved by both the Doctor and the CMO -

and that furter review is needed to determine wheter or not I need my shoes and no leg Irons. he furter states that wearing personal shoes is contrary to unit procedure, but for two reasons this is error: (1) Numerous prisoners have personal shoes here as long as they are in accordance to stringent Colors and features, and as long as a Doctor of podiatry and CMO approve the request. and (2) under Both the Eighth Amendment AND Durmer v. O'Carroll, 991 F.2d 64, 69 (3d cir. 1993)) (If Jail (prison) staff delay recommended medical treatment, for non-medical reasons - The security reasons listed on Exibit A-15 do not relate to medical needs -, the Eighth Amendment is violated.

So, here we have an officer who is sworn to uphold the law; who is sworn as a correctional officer (not a Doctor); and who has fabricated a CDCR document which is the CDCR document to be in complience w/ ADA guidelines; and who has made an independant decision on 4-3-08 contrary to what he says in his chrono - Exibit A-15 - That my shoe chrono wont be honored nor will the no leg Irons. This clearly amounts to a very high Deliberation of Indifference. and clearly I was not supposed to receive Exibit A-16 with A-17 or at all and that A-17 was what LT. D. Schlosser intended to become a matter of Record since I received them on 4-4-08 and he signed it 5-2-08. This very likely would meet the malice and forethought standard of criminal prosecution as well since his un-medical decision to lie and fabricate a report clearly will have

the Adverse affect of causing me a great amount of additional and unnecessary pain because unlike when I exercise and am not Ambulating out of place, I cannot avoid placing additional weight on my left leg because of the limited step I can take with approx. 1 and a half feet of chain attached to my legs.

B. "Deliberate indifference" is the minimum mental state required to constitute a deprivation of rights. Irwin v. City of Hemet, 22CA 4th 507. 4th Dist. 1994. Can it be doubted that in March or April of last year in 2007, that with an active cane chrono - See Exhibit A, that when Sgt Lamboy told me to give him my cane and then never gave it back, thus denying me a medical accomodation under ADA, or that LT D. Schlosser fabricating reports and lying on CDCR documents is not or has not met the Deliberate Indifference Clause?

Hudson v. McMillian, 503 U.S. 1, 112 S.Ct 995, 117 L.Ed.2d 156 (1992 states in part: "when prison officials have allegedly failed to attend to a prisoners medical needs, the appropriate inquiry is whether the officials exhibited deliberate indifference to such needs." and in U.S. Constitutional Amendment 8. Clement v. Gomez, 298 F.3d 898 (9th cir. 2002), it states: "For purposes of inmates Eighth Amendment Rights to proper medical care for serious medical needs, a serious medical need is present whenever failure to treat a prisoners condition could result in further significant injury or

the unnecessary and wanton infliction of pain": "Deliberate indifference to a substantial risk of substantial risk of serious harm, for purposes of establishing an Eighth Amendment violation in failing to provide medical care to inmates is evidenced only when the official knows of and disregards an excessive risk to inmate health or safety: the official must both be aware of the facts from which the inference could be drawn that a substantial risk of serious harm exists and he must also draw the inference".

The fact that Sgt Lamboy knew I had an existing care chrono - per unit policy all medical chronos are copied and are hanging in a log book in the first tier sergeants office - and yet made his own independant decision to ignore it and deny my access to a medical necessity and LT Schlosser actually fabricating documents from copies of original documents, is clearly disregarding a risk to inmate Health and Safety. And LT D. Schlosser took it one step further by fabricating a document from an existing document to countermand what two trained doctors already granted me.

C. Barclays official California Code of Regulations §1200(a) states in part: "medical, Dental, and mental health matters involving clinical judgements are the sole province of the responsible physician, dentist and psychiatrist or psychologist respectively".

This is obviously a wise thing because correctional officers are in no more of a position to know anything

about advanced medical training, or even beyond a rudimentary knowledge unless they have gone to school for it, and Doctors, similarly, dont know much about custody concerns. In other words, The Two couldnt switch positions. So, it seems extremely inappropriate and Bureaucratically unprofessional for an officer to assume on the flimsiest sort of "evidence" imaginable, That because I exercise I am therefore not disabled. Especially when this officer actually re interprets by fabrication, what a docter had to say.

D. under Title 15, Crime prevention and corrections, Division 3 Adult institutions, programs and parole Chapter 1. rules and regulations and programs; §3358, Artificial Appliances, (b) it states: "possession of Appliance" "No inmate shall be deprived of a prescribed orthopedic or prosthetic Appliance in the inmates possession upon Arrival into the department's custody or properly obtained while in the departments custody unless a department physician or dentist determines that the appliance is no longer needed and the inmates personal physician, if any, concurs in that opinion.

Obviously, Doctor Griffith would not have renewed this plaintiffs Shoe Chrono on 3-26-08, and CMO wouldnt have approved it on 3-27-08, if it wasnt needed. and a solid judgement of whether or not I am faking it is gained when one reviews Exhibits A – A-17, which is close to three years of medical treatment.

E. Under the Eighth Amendment, Jail staff, (and likewise prison staff) must provide reasonably adequate care to prisoners with disabilities. (Leach v. Shelby County Sheriff, 891 F.2d 1241 (6th Cir. 1989)).

III.

PLAINTIFFS DECLARATION

I, RUSTY SIMS, Declares:

① I am the Attorney of record in this Action.

② The plaintiff is currently confined in San Quentin State-Prison.

③ I am informed and believe that plaintiff suffers from the following medical condition and has been prescribed the following treatment:

Plaintiff suffers from Complex Regional pain Syndrome with Sympathetic muscular Disstrophy, which causes constant chronic Neuropathic pain in Ⓛ Foot and Leg.

Currently plaintiffs treatment includes but is not limited to ① 30 miligrams of morphine sulphate two times daily; ② 300 miligrams of Neurontin two times daily; ③ permission to wear personal shoes whenever outside of cell and ④, permission to not wear leg irons when ambulating outside of cell. See Exibits A-14, A-16.

For a complete medical history, please see All of the Attached exibits - Exibit A — Z and A-1 — A-17.

④ ~~[illegible]~~ prison officials, specifically LT D. Schlosser and SgT Lamboy have failed to follow my recommended treatment, have failed to allow me access to my medical needs, have, as a result, caused an unnecessary and wanton infliction of unnecessary pain I would otherwise have less ~~[illegible]~~ of if I were not denied access to what the doctors have all concurred with.

IV.

VERIFICATION.

I, Rusty Sims, declare under penalty of perjury, to the best of my knowledge, the foregoing true and correct. This was executed 4-5-08 at Marin county California.

Rusty Sims

[signature]

Plaintiff