# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| | | | |
|---|---|---|---|
| None | | Bottom Bunk | P/T _____ |
| Barrier Free/Wheelchair Access | P/T _____ | Single Cell (See 128-C date: _____ ) | P/T _____ |
| Ground Floor Cell | P/T _____ | Permanent OHU / CTC (circle one) | P/T _____ |
| Continuous Powered Generator | P/T _____ | Other _____ | P/T _____ |

## B. MEDICAL EQUIPMENT/SUPPLIES

70182 X 2

| | | | |
|---|---|---|---|
| None | | Wheelchair: (type) _____ | P/T _____ |
| ~~Limb Prosthesis~~ | P/T | Contact Lens(es) & Supplies | P/T _____ |
| (Brace) | (P)/T _____ | Hearing Aid | P/T _____ |
| ~~Crutches~~ | P/T | Special Garment: (specify) _____ | P/T _____ |
| (Cane: (type) _____) | P/T | Rx. Glasses: _____ | P/T _____ |
| Walker | P/T _____ | Cotton Bedding | P/T _____ |
| Dressing/Catheter/Colostomy Supplies | P/T _____ | Extra Mattress | P/T _____ |
| Shoe: (specify) _____ | P/T _____ | Other _____ | P/T _____ |
| Dialysis Peritoneal | P/T _____ | | |

## C. OTHER

| | | | |
|---|---|---|---|
| None | | Therapeutic Diet: (specify) _____ | P/T _____ |
| Attendant to assist with meal access and other movement inside the institution. | P/T _____ | Communication Assistance | P/T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P/T _____ |
| | | Short Beard | P/T _____ |
| Wheelchair Accessible Table | P/T _____ | Other _____ | P/T _____ |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☒ Yes   ☐ No
If yes, specify: _____

| INSTITUTION | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| | J. _____ | |

| SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| _____ | 02/06/07 | T75226  SIMS, RUSTY  10/11/__ |
| HCM/CMO SIGNATURE | DATE | |
| (CIRCLE ONE)  APPROVED / DENIED | Issued 2 Knee Spts 2.6.07 NC | |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (03/04)

Distribution:  Original - Unit Health Record    Canary - Central File    Pink - Correctional Counselor    Gold - Inmate

15

STATE OF CALIFORNIA                                                                                  DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| | | | |
|---|---|---|---|
| None | | Bottom Bunk | P / T _____ |
| Barrier Free/Wheelchair Access | P / T _____ | Single Cell (See 128-C date: _____ ) | P / T _____ |
| Ground Floor Cell | P / T _____ | Permanent OHU / CTC (circle one) | P / T _____ |
| Continuous Powered Generator | P / T _____ | Other _____ | P / T _____ |

## B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| None | | Wheelchair: (type) _____ | P / T _____ |
| Limb Prosthesis | P / T _____ | Contact Lens(es) & Supplies | P / T _____ |
| Brace | P / T _____ | Hearing Aid | P / T _____ |
| Crutches | P / T _____ | Special Garment: (specify) _____ | P / T _____ |
| Cane: (type) _____ | P / T _____ | | |
| Walker | P / T _____ | Rx. Glasses: _____ | P / T _____ |
| Dressing/Catheter/Colostomy Supplies | P / T _____ | Cotton Bedding | P / T _____ |
| Shoe: (specify) _____ | P / T _____ | Extra Mattress | P / T _____ |
| Dialysis Peritoneal | P / T _____ | Other _____ | P / T _____ |

## C. OTHER

| | | | |
|---|---|---|---|
| None | | Therapeutic Diet: (specify) _____ | P / T _____ |
| Attendant to assist with meal access and other movement inside the institution. | P / T _____ | Communication Assistance | P / T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P / T _____ |
| | | Short Beard | P / T _____ |
| Wheelchair Accessible Table | P / T _____ | Other _____ | P / T _____ |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☒ Yes   ☐ No
If yes, specify: _____

| INSTITUTION | COMPLETED BY (PRINT NAME) ROSLAND | TITLE |
|---|---|---|
| SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE | Sims, Rcky |
| (CIRCLE ONE)  APPROVED / DENIED | | |

COMPREHENSIVE ACCOMMODATION
CHRONO

CDC 7410 (03/04)

Distribution:
Original - Unit Health Record   Canary - Central File   Pink - Correctional Counselor   Gold - Inmate

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

None

| | | | |
|---|---|---|---|
| Barrier Free/Wheelchair Access | P/T ____ | Bottom Bunk | P/T ____ |
| Ground Floor Cell | P/T ____ | Single Cell (See 128-C date: ____ ) | P/T ____ |
| Continuous Powered Generator | P/T ____ | Permanent OHU / CTC (circle one) | P/T ____ |
| | | Other ____ | P/T ____ |

### B. MEDICAL EQUIPMENT/SUPPLIES

None

| | | | |
|---|---|---|---|
| Limb Prosthesis | P/T ____ | Wheelchair: (type) ____ | P/T ____ |
| Brace | P/T ____ | Contact Lens(es) & Supplies | P/T ____ |
| Crutches | P/T ____ | Hearing Aid | P/T ____ |
| Cane: (type) ____ | P/T ____ | Special Garment: (specify) ____ | P/T ____ |
| Walker | P/T ____ | Rx. Glasses: ____ | P/T ____ |
| Dressing/Catheter/Colostomy Supplies | P/T ____ | Cotton Bedding | P/T ____ |
| Shoe: (specify) Reebok #608 size 11-4E | P/T ____ | Extra Mattress | P/T ____ |
| Dialysis Peritoneal | P/T ____ | Other ____ | P/T ____ |

### C. OTHER

None

| | | | |
|---|---|---|---|
| Attendant to assist with meal access and other movement inside the institution. | P/T ____ | Therapeutic Diet: (specify) ____ | P/T ____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Communication Assistance | P/T ____ |
| | | Transport Vehicle with Lift | P/T ____ |
| Wheelchair Accessible Table | P/T ____ | Short Beard | P/T ____ |
| | | Other ____ | P/T ____ |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments? ☐ Yes ☐ No
If yes, specify: ____

| INSTITUTION SQ | COMPLETED BY (PRINT NAME) DON GRIFFITH | TITLE DPO |
|---|---|---|
| SIGNATURE | DATE 12 JAN 06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE 1-17-06 | SIMS, R  T75326  AC2 35 |
| (CIRCLE ONE) APPROVED / DENIED | | |

COMPREHENSIVE ACCOMMODATION
CHRONO

17

CDC 7410 (03/04)

Distribution:
Original - Unit Health Record    Canary - Central File    Pink - Correctional Counselor    Gold - Inmate

Civil - C 07 05040 SBA (PR) Exhibit C


180315   Par Hold

STATE OF CALIFORNIA  
DEPARTMENT OF CORRECTIONS  
CONFIDENTIAL MEDICAL/MENTAL HEALTH  
INFORMATION TRANSFER-SENDING INSTITUTION  
CDC 7371 (Rev. 03/04)

☐ NEEDS IMMEDIATE ATTENTION  
☐ Medical and Return ☐ Psychiatric and Return ☐ Return from Medical and Return

SENDING INSTITUTION: SQ  
INMATE NAME: Sims Rusty  
CDC NUMBER: T75226

Allergies: Salicylate   No known allergies ☐

### SIGNIFICANT MEDICAL / DENTAL / MENTAL HEALTH PROBLEMS / COMMENTS
(e.g. suicide attempts, dental needs, special diet, pending or incomplete consults, laboratory tests, x-rays)

Chronic Care Program (List type): HCV HBV   Date of Last Visit:

Old chest + [illegible]  
Chronic Ⓡ foot pain  
Mass Breast poor scar tissue from previous [illegible]

Date of Last Physical: 9-13-05   Keyhea ☐  
Mental Health Level of Care: ☑ None ☐ CCCMS ☐ EOP ☐ MHCB   Suicide History ☐ Yes ☑ No  
Prosthetic device? ☐ Yes ☑ No   Type:  
Medical Hold Initiated? ☐ Yes ☑ No   Reason: 7410  
Medical Chronos reviewed? ☑ Yes ☐ No   Type of Medical Chrono:   TB alert code: 22

### MEDICATIONS PRESCRIBED
Medication Administration Recorded Attached ☐ Yes ☑ No   Pharmacy Profile Attached ☑ Yes ☐ No

| Name of Medication (including TB) | Dose | Route | Frequency | Start Date | Stop Date | Heat Risk Med |
|---|---|---|---|---|---|---|
| See att | | | | | | |

### DIAGNOSTIC TESTS PERFORMED
Is inmate pregnant? ☐ Yes ☑ No ☐ EDC   annual  
Tuberculosis PPD Test: ___ mm   Date Read: 3-12-07  
Chest X-ray ☐ Normal ☐ Abnormal   Date Read: ___

Disability (See CDC 1845):  
DPW ☐   DPS ☐  
DPV ☑   DPM ☐  
DPH ☑   DPO ☐  
DNM

Developmental Disability:  
DD1 ☐   DD2 ☐  
DDA ☐   DD3 ☐

MISC TESTS (Check each box that applies to inmate) 9/05  
RPR/VDRL: ☐ Reactive ☑ Non-reactive   Treated? ☐ Yes ☐ No   Date treated:  
Hepatitis: ☑ Positive ☐ Negative   Type: ABC   Treated? ☐ Yes ☐ No   Date treated:  
Other screening test results & date: HIV ⊖ 9/05   Other Laboratory Data:

Pending Medical/Mental Health Appointments   Date  
☐ Chronic Care  
☐ Specialty  
☐ Telemedicine  
☐ Other

Attachments ☑ Yes ☐ No  
Special Transport Instructions:

COMPLETED BY SENDING INSTITUTION RN (Print/Stamp Name):  
Penny Gaffney RN  
SQ Transfer Nurse  
SIGNATURE / TITLE / DATE / TIME: Penny Gaffney 8-28-07 (0620)

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH:  
Sims Rusty  
T75226  
08-16-77

REVIEWED BY RECEIVING INSTITUTION RN/MTA/LPT (Print/Stamp Name):  
SIGNATURE / TITLE / DATE / TIME:

ORIGINAL - RECEIVING INSTITUTION  
CANARY - SENDING INSTITUTION  
RECEIVING INSTITUTION

CIV.1 07 05040 SBA (PR) Exhibit D   14

```
                    *** PATIENT PROFILE ***
              Includes Current Prescriptions as of 08/28/2007
***************************************************************
T-75226  SIMS, R                                    CURRENT UNIT: 1AC-063S
ALLERGIES: SALSALATE          DOB:  /  /     HT:  ft  in    WT:    0
===============================================================
START        Rx/Qty  DRUG                         PHYSICIAN        STOP
===============================================================
02/09/2007  446742   GABAPENTIN 600MG              DASZKO,J M.D.   02/09/2008
FKF              4   TAKE 2 CAP/TAB IN THE AM & 2 TABS IN THE PM(OK)DOT 1EY-038S
---------------------------------------------------------------
06/26/2007  486489   DC MED  TRAMADOL              ALVAREZ,F.      09/24/2007
ECG              0                                                  3EY-057S
---------------------------------------------------------------
08/08/2007  498102   SELENIUM SULFIDE 2.5% LOT     DAVY WU         11/06/2007
JS             120   USE AS DIRECTED                                1AC-065S
---------------------------------------------------------------
08/15/2007  476148   MULTIVITAMIN PLAIN            ALVAREZ,F.      11/13/2007
FW              30   TAKE 1 TAB/CAP DAILY                           1AC-015S
---------------------------------------------------------------
08/18/2007  484437   LORATADINE 10MG               BURGETT,J NP    09/17/2007
FW              30   TAKE 1 TAB/CAP DAILY                           1AC-015S
---------------------------------------------------------------
08/18/2007  484439   IBUPROFEN 600MG               BURGETT,J NP    09/17/2007
FW              60   TAKE 1 TAB/CAP 2 TIMES A DAY W/ FOOD           1AC-015S
---------------------------------------------------------------
08/18/2007  484440   NORCO                         BURGETT,J NP    09/17/2007
FW              60   TAKE 1 TAB -AM TAKE 1 TAB -PM                  1AC-015S
===============================================================


PAGE 1              ***** END OF PROFILE *****       PRINTED: 08/28/2007
```

Exhibit A-1

CNH 07050040 SBA(PP) Exhibit E  19

# NON FORMULARY DRUG REQUEST

**BE COMPLETED BY PRESCRIBER:**

1. This form must be completed before the pharmacy can acquire a non-formulary drug for dispensing.

2. A 24 to 48 hours advance notice may be required before approved non-formulary drug request item be obtained by the pharmacy for dispensing. The pharmacy will notify the prescriber in all cas delay.

3. A therapeutically equivalent agent may be available in the formulary. *Please call your pharmac assistance in making this determination.*

| TO: Chief Medical Officer<br>Chief Psychiatrist<br>Chair, P&T Committee or<br>Pharmacy Services Committee | FROM (Physician, Dentist or other authorized prescriber):<br>Name: Davy Wu<br>Signature: [signed] Davy Wu    Date: 8-15-7 |
|---|---|

The inmate named below has therapeutic requirements that cannot be met by currently available standar stock resources, therefore, the acquisition of the following agent(s) is requested:

Patient's Name: Sims, Rusty    CDC Number: T75226    Housing: AC

Medication Requested: methadone    Strength: 10mg bid    Dosage For

Indication: Chronic regional pain syndrome foot

Expected Duration of Therapy: 3 months

Formulary Medications Already Tried: norco, tramadol, ibuprofen, baclofen, neurontin

Reason(s) Why Formulary Medications Are Not Suitable: MS contin 30 too much and too easy to abuse by chewing

**AUTHORIZATION FOR ACQUISITION:**    RN copy

☐ APPROVED

☐ DISAPPROVED

Reasons for disapproval:

Medical Officer/Chairperson P & T Committee/    Date
Chairperson Pharmacy Services Committee

20

| DATE | TIME | PROB # | |
|---|---|---|---|
| 8/15/2007 | | | **S:** (history includes details pertinent to the patient's medical complaint) |

chronic (L) foot pain
past trauma complicated by infection.
on norco, neurontin.
norco wears off too soon. motrin no help.
wonders if can get fentanyl patch.

**O:** (physical assessment) T: 98  P: 73  R: 20  B/P: 142/88  Wt:

alert, nad
(L) foot metatarsal #1 depressed inward
    medial soft tissue much absent
    mild allodynia
slight limp
(R) retroareolar induration

**A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.)

— chronic foot pain

**P:** (MTA — referral to a higher licensure for prioritization and evaluation.)
(RN — action to be taken by the RN so that the patient receives appropriate medical care.)

request methadone 10 bid
— breast mass, possibly just scar tissue
from past piercing.

**E:** (education provided) bx already requested
by last provider.

INSTITUTION  CSP, San Quentin           ROOM / WING  AC1 00000000015S

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)
T75226
SIMS, RUSTY
8/16/1977

CDC 7254 (8/89)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

21



| DATE | TIME | PROB # | |
|---|---|---|---|
| 7/23/07 | 1245 | | **S:** (history includes details pertinent to the patient's medical complaint) |

F/U ultrasound results ® breast mass
F/U lab results –

ESRD 2016

**O:** (physical assessment) T: 97.9  P: 77  R: 19  B/P: 122/69  Wt: 212

® breast mass under lower lateral nipple
Ⓛ foot + leg exam - CTSMs WNL
ankle ROM WNL
Ambulates well

labs 6/29/07 CMP WNL tox screen - opiate neg
® breast mass 6/18/07 - negative - biopsy suggested

**A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.)

Meds
Gabapen ? 1200 AM 7PM
Norco  AM 7PM
Ibuprofen 800mg BID PC food
Loratadine 10mg po QD
MVI

® breast mass       hx HCV
Chronic pain Ⓛ leg + foot

**P:** (MTA – referral to a higher licensure for prioritization and evaluation.)
(RN – action to be taken by the RN so that the patient receives appropriate medical care.)

RFS - Special procedure clinic
F/U as scheduled ē MD for chronic pain as scheduled

**E:** (education provided) need for biopsy
need to wait ē MD's sched for pain control - Ø refuse meds + respect pt ct hx

INSTITUTION  SQ      ROOM / WING  3 EY 57     M Hopkins LVN

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

Sims, Rusty
T75226
8-16-77

CDC 7254 (8/89)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

22    

DEPARTMENT OF CORRECTIONS
SAN QUENTIN STATE PRISON

SOAPE NOTE

PATIENT: SIMS, RUSTY

CDC: T75226

DATE OF BIRTH: 08/16/1977

DATE OF SERVICE: 06/26/2007

HOUSING UNIT: 3 East 45

PAROLE DATE: 2016

PAST MEDICAL HISTORY:
1. Chronic pain of the left foot status post skateboarding injury and infection.
2. Hepatitis C antibody positive, viral load undetectable.

SUBJECTIVE: This is a 30-year-old male with chronic left foot pain, currently taking gabapentin 1,200 mg b.i.d., ibuprofen 800 mg b.i.d., tramadol 50 mg b.i.d., and Norco 1 b.i.d. Despite having excellent function and being able to exercise and ambulate without any difficulty, this patient is requesting an increase of his opioid analgesic regimen, as usual. The patient is also complaining of a nodule at the right nipple status post having pierced his nipple himself with paperclip and resulting in an infection. Currently, he has no discharge or fevers. Most recent hepatitis C viral load is undetectable. His LFTs were within normal limits last year, but he has not had one this year.

PHYSICAL EXAM: His temperature is 97.3, pulse 76, respiratory rate 19, blood pressure 132/75. His weight is 202 pounds, stable. He is alert and oriented x3, in no acute distress. Abdominal is soft, nontender, benign. His left foot shows several large scars around the 1st metatarsophalangeal joint, definite decreased range of motion active and passive to that joint, but no induration or edema. He does have some tenderness and dysesthesia. His right breast shows a mildly tender nodule. No discharge. He has no lymphadenopathy anywhere. He is able to ambulate without any difficulty. He has a normal gait.

ASSESSMENT:
Hepatitis C. This patient's viral load is undetectable and his LFTs are within normal limits. He is asymptomatic. We will follow his LFTs every 6 months.
Chronic pain at the left foot. The patient is asking for an increase in his opioid analgesia. He was notified that this is not appropriate for long-term management of his pain. If anything, a decrease in his opioid dose would improve its effectiveness in the long term. This patient agrees to stay on his current medical regimen. He does not want to take tramadol anymore secondary to eye pain when he takes it. The patient states that his gabapentin is very effective. One possibility would be to send him to pain management clinic and consider him for some sort of nerve blocking procedure since his pain is very focal and comes from his foot. Another possibility would be switching him to a fentanyl patch or methadone from the Norco. This is a difficult patient and his pain management is likely to be a chronic energy intensive management issue.

PLAN:
Discontinue tramadol.

PATIENT: RUSTY SIMS
DATE OF SERVICE: 06/26/2007
Page 2

CDC: T75226

2. Check his liver function tests as well as a toxicology screen.
3. Consider pain management referral for some sort of nerve blocking procedure or fentanyl patch.
4. Follow up in Chronic Care in 2 months.

_____
FERNAN ALVAREZ, M.D.

FA/sts
D: 06/26/2007 15:45:00
T: 06/28/2007 07:05:03
Job #: 69116

Civil 0705040 SBA Exibit K (PR)

(20)

| DATE | TIME | | |
|------|------|--|--|
|      | HCV  | ⓛ Chronic pain @ foot s/p skateboarding injury | |
|      |      | s/p Breast U/S | |
|      |      | Nipple Nodule s/p piercing infxn. | |
|      |      | Function - good. | |
|      |      | Exercise - good. | HepC VL <615 |
|      | gaba 1200² | | |
|      | IBU 300² | Exam - VSS | |
|      | Tram 50² | ⊕ Tender & Scars | |
|      | Norco ī² | ⓛ 1st | |
|      |      | ↓ ROM | |
|      |      | ⊕ Nodule / Mild tender | |
|      |      | ↓ D/C | |

A/p - Chronic Pain - Fxn Preserved
is Asking for ⊕ Opioid.

Rev LFT's  F/u Breast U/S
Tox screen!     Consider fentanyl patch
  MD AWARE     Consider Nerve Block

Diet # B9116

**INTERDISCIPLINARY PROGRESS NOTES**

SIMS
T 75226
8/16/77

25

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA      DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| | | | | |
|---|---|---|---|---|
| None | | Bottom Bunk | | P/T ___ |
| Barrier Free/Wheelchair Access | P/T ___ | Single Cell (See 128-C date: ___ ) | | P/T ___ |
| Ground Floor Cell | P/T ___ | Permanent OHU / CTC (circle one) | | P/T ___ |
| Continuous Powered Generator | P/T ___ | Other ___ | | P/T ___ |

## B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| None | | Wheelchair: (type) ___ | P/T ___ |
| Limb Prosthesis | P/T ___ | Contact Lens(es) & Supplies | P/T ___ |
| Brace | P/T ___ | Hearing Aid | P/T ___ |
| Crutches | P/T ___ | Special Garment: (specify) ___ | P/T ___ |
| Cane: (type) ___ | P/T ___ | | |
| Walker | P/T ___ | Rx. Glasses: ___ | P/T ___ |
| Dressing/Catheter/Colostomy Supplies | P/T ___ | Cotton Bedding | P/T ___ |
| Shoe: (specify) ___ | P/T ___ | Extra Mattress | P/T ___ |
| Dialysis Peritoneal | P/T ___ | Other ___ | P/T ___ |

## C. OTHER

| | | | |
|---|---|---|---|
| None | | Therapeutic Diet: (specify) ___ | P/T ___ |
| Attendant to assist with meal access and other movement inside the institution. | P/T ___ | Communication Assistance | P/T ___ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P/T ___ |
| | | Short Beard | P/T ___ |
| Wheelchair Accessible Table | P/T ___ | Other ADA Shawl | P/T 3/2008 |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?    ☐ Yes    ☐ No
If yes, specify: ___

| INSTITUTION | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| | AVE | |
| SIGNATURE | DATE 2/26/07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE | T75??? |
| (CIRCLE ONE)  APPROVED / DENIED | | |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (03/04)

Distribution:
Original - Unit Health Record    Canary - Central File    Pink - Correctional Counselor    Gold - Inmate

26

C. 07-5040 SBA (PR) Exibit M

(22)

| STATE OF CALIFORNIA | HEALTH CARE SERVICES | DEPARTMENT OF CORRECTIONS |
|---|---|---|

IEY38 - Alvarez

**PHYSICIAN REQUEST FOR SERVICES**
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

PATIENT NAME: SIMS RUSTY
CDC NUMBER: T75226
INSTITUTION: S.Q.
DATE OF BIRTH: 08/16/1977
EPRD DATE: 1,7
GENDER: M
PRINCIPLE DIAGNOSIS: COMPLEX REGIONAL PAIN SYNDROME
ICD-9 CODE:
CPT CODE(S):
REQUESTED SERVICE(S): NEUROLOGY
# OF DAYS RECOMMENDED:

Please circle all that apply: Diagnostic Procedure (Consultation)   (Outpatient)/Inpatient   Initial (Follow-up)
Requested Treatment/Service is: EMERGENT   URGENT   (ROUTINE)

For the purpose of retrospective review, if emergent or urgent, please justify: ___
Proposed Provider: DR. MENDIUS   Anticipated Length of Stay: ___
Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): ___
Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): CHRONIC PAIN IN FOOT, JAW, KNEES,

Estimated time for service delivery, recovery, rehabilitation and follow-up: ___
Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): ___
Comments (diagrams, risk factors, prognosis, alternative management, etc.): ___

REQUESTING PHYSICIAN PRINTED NAME: J. DASZKO, MD
(APPROVED)/ AUTHORIZED / DENIED / DEFERRED BY: [signature]   DATE: 2-7-07
REQUESTING PHYSICIAN SIGNATURE: [signature] G72860
DATE: 02/06/07
Utilization management tracking #:

DATE OF CONSULTATION: 3/16/07
PRINTED NAME OF CONSULTANT:

FINDINGS: SEE CHART

RECOMMENDATIONS: ___

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: ___
CONSULTANT SIGNATURE: A. MENDIUS, M.D.   DATE: 3/16/02
ETA RN SIGNATURE: ___   DATE: ___
PCP SIGNATURE: ___   DATE: ___

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

T75226
SIMS, RUSTY
08/16/1977
IEY 38

PHYSICIAN REQUEST FOR SERVICES (RFS)   CDC 7243 (Rev. 11/02)

Exibit

C 07 05 040 SBA EXHIBIT N

(24)

**STATE OF CALIFORNIA**
**DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)**
CDC 1845 (Rev. ...)

**DEPARTMENT OF CORRECTIONS**
CHECK ALL APPLICABLE BOXES

THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B

| INMATE NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|
| SIMS, RUSTY | T75226 | CSP/SQ | 2AC03 | 2.3.06 |

*Sections A – B to be completed by licensed medical staff.*

### SECTION A: REASON FOR INITIATION OF FORM
- [x] Inmate self-identifies to staff
- [ ] Third party evaluation request
- [ ] Observation by staff
- [ ] Medical documentation or Central File information

### SECTION B: DISABILITY BEING EVALUATED
- [ ] Blind/Vision Impaired
- [ ] Speech Impaired
- [ ] Deaf/Hearing Impaired
- [x] Mobility Impaired

*Sections C - G to be completed by physician only.*

### SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT
- [ ] **FULL TIME WHEELCHAIR USER - DPW** Requires wheelchair accessible housing and path of travel.
- [ ] **INTERMITTENT WHEELCHAIR USER - DPO** Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell.
- [ ] **MOBILITY IMPAIRMENT - With or Without Assistive Device** (Wheelchairs shall not be prescribed) - **DPM** Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel.
- [ ] **DEAF/HEARING IMPAIRMENT - DPH** Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.
- [ ] **BLIND/VISION IMPAIRMENT - DPV** Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).
- [ ] **SPEECH IMPAIRMENT - DPS** Does not communicate effectively speaking or in writing.

### SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT
1. NO CORRESPONDING CATEGORY
2. NO CORRESPONDING CATEGORY
3. [x] **MOBILITY IMPAIRMENT (Lower Extremities) - DNM** Walks 100 yards without pause with or without assistive devices.
   - [ ] No Housing Restrictions
   - [x] See HOUSING RESTRICTIONS in Section E
   Requires relatively level terrain and no obstructions in path of travel. Do not place at: CCI, CMC-E, CRC, CTF-C, FSP, SAC, SCC I or II, SOL, or SQ. (CDC 128-C: _____ )
4. [ ] **HEARING IMPAIRMENT - DNH** With residual hearing at a functional level with hearing aid(s).
5. NO CORRESPONDING CATEGORY
6. [ ] **SPEECH IMPAIRMENT - DNS** Does not communicate effectively speaking, but does when writing.

### SECTION E: ADDITIONAL MEDICAL INFORMATION

**ALERT:**
Requires relatively level terrain and no obstructions in path of travel
Complex medical needs affecting placement  [ ] CDC 128-C _____

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
- [ ] Cane
- [ ] Crutch
- [ ] Walker
- [ ] Leg/Arm prosthesis
- [ ] Vest
- [x] Other: Shoes
- [x] CDC 128-C dated: 7410 DATED 2.3.06

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
- [ ] Feeding or Eating
- [ ] Bathing
- [ ] Grooming
- [ ] W/C transferring
- [ ] Toileting
- [ ] Other: _____
- [ ] CDC 128-C(s) dated: _____

**OTHER DPP DESIGNATIONS:**
- [ ] NONE
- CODE _____ DATED _____  CODE _____ DATED _____

**HOUSING RESTRICTIONS:**
- [x] Lower bunk
- [ ] No stairs
- [ ] No triple bunk.
- CDC 128-C(s) dated: 7410 DATED 2.3.06

### SECTION F: EXCLUSIONS
- [ ] **VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED:** My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____ ).
- [ ] **REMOVAL FROM A DPP CODE:** Removal from previous DPP code: _____ . (Explain in Comments Section and CDC 128-C dated: _____ .)
- [ ] **REMOVAL FROM ENTIRE PROGRAM:** Removal from DPP code(s): _____ . (Explain in Comments Section and CDC 128-C dated: _____ .)

### SECTION G: EFFECTIVE COMMUNICATION FACTORS
- [ ] Uses Sign Language Interpreter (SLI)
- [ ] Reads Braille
- [ ] Communicates with written notes
- [ ] Requires large print or magnifier
- [ ] Reads lips
- [ ] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

| PHYSICIAN'S NAME (Print) | PHYSICIAN'S SIGNATURE | DATE SIGNED |
|---|---|---|
| G. A. WILSON, MD | [signature] | 2.3.06 |
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print) | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED |

**NOTE:** After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional mail, route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

**DISTRIBUTION:** Original - Top General Chrono Section of C-File.  Green - Chrono Section, Unit Health Record.  Canary - C&PR/CC-III.  Pink - CC-I ...

29

C 07 05040, SBA (PR) Exibit O

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

PATIENT NAME: Sims, R.         CDC NUMBER: T75226         INSTITUTION: SQ

DATE OF BIRTH: _____   EPRD DATE: _____   GENDER: M

PRINCIPLE DIAGNOSIS: _____   ICD-9 CODE: _____   CPT CODE(S): _____

REQUESTED SERVICE(S): _____   # OF DAYS RECOMMENDED: _____

*Please circle all that apply:* Diagnostic Procedure/Consultation      Outpatient/Inpatient      Initial/Follow-up

Requested Treatment/Service is:   **EMERGENT**      **URGENT**      **ROUTINE**

*For the purpose of retrospective review*, if emergent or urgent, please justify: _____

Proposed Provider: _____   Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): _____

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE | Utilization management tracking #: |

DATE OF CONSULTATION: 11 JAN 06      PRINTED NAME OF CONSULTANT: DON GRIFFITH DPM

FINDINGS: S/P dislocation left great toe - 2002 multiple surg - great toe. 1st Hallux remains in 30° VALGUS c̄ severe DJD at 1st MPJ.

RECOMMENDATIONS: → Pt needs stiff sole shoe that is wide. Due to Custody status unable to wear state leather, CDC-7410 - ~~Reebok~~ NEW BALANCE #608-4E

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: None

CONSULTANT SIGNATURE: _____ DPM   DATE: 11 JAN 06
ETA RN SIGNATURE: _____   DATE: _____
PCP SIGNATURE: _____   DATE: _____

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
T75226
Sims, R.

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN    - TO UHR PENDING ORIGINAL
CANARY   - CONSULTANT
PINK     - UM
GOLD     - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)      CDC 7243 (Rev. 11/02)

2a

C 07 05040 SBA (PR) Exhibit P

N° 475073

| STATE OF CALIFORNIA | HEALTH CARE SERVICES REQUEST FORM | DEPARTMENT OF CORRECTIONS |
|---|---|---|
| CDC 7362 (Rev. 03/04) | | |

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*
**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Sims, R | J-75226 | 12-AC-03 |

| PATIENT SIGNATURE | DATE |
|---|---|
| [signature] | 12-24-05 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) On 12-19-05 I went to sick call, I was supposed to get an ankle brace, never did. Also, when I went to Podiatrist on 12-21-05, he said he would let you guys know that a shoe chrono is justifiable, so, when I get the bandage I would also like a copy of chrono to give to property office.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT
☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received:         Received by:
Date / Time Reviewed by RN:   Reviewed by:

S:                            Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T:    P:    R:    BP:         WEIGHT:

A:
P:
☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

30