See E unter form for Eyes

California Department of Corrections
Health Care Services Division

Inst: S.Q.

**Encounter Form: Musculoskeletal Complaint (Non-Traumatic)**

Name: Sims CDC# T 75226 DOB: 8-16-77 Date/Time 12-9-05 at 1205

Fill in the blanks and check all that apply

## SUBJECTIVE:

Chief Complaint: Lt foot wants special shoes
Date and time of onset: 10-16-05
Pain: Scale of 0-10 (0=no pain 10=worst pain): Lt foot
Area of pain: Lt foot 4/10
Quality of pain: Stays there all the time
What makes it better? medication.
History of prior pain / duration: meds not effective

☐ Low back pain ☐ Flank pain
Urinary symptoms: ☐ Urinary frequency ☐ Dysuria
☐ Burning on urination ☐ Hematuria
☐ Muscle spasms ☐ Numbness ☐ Tingling
Other: None
History of chronic illness: ☐ Arthritis ☐ Cancer
☐ Diabetes ☐ Blood dyscrasias ☐ Renal Disease
Other: None
History of: ☐ Fever ☐ Chills ☐ Headache
☐ Nausea /Vomiting ☐ Diarrhea ☐ Fatigue
☐ Recent Trauma
Other: None
Allergies: Salasulfa
Current medications: Neurontin, Baclofen

## OBJECTIVE:

☒ Awake, alert, oriented to person, place, time
☒ No bleeding
Vital signs: BP: 120/71 Pulse: 80 Resp: 20
Temp: 97 ☐ Urine dipstick NA
Urinalysis:
Assess areas involved:
Extremity: ☐ Upper ☐ Lower ☐ Right ☒ Left
Describe: Color: Scar Old incision
☒ Warmth ☐ Tenderness ☐ Swelling:
☐ Deformity ☐ Circulation ☐ Sensation
☒ ROM Describe: Don't want me to take off Socks.
☒ No abnormal findings
Muscle: ☐ Atrophy ☐ Hypertrophy ☐ Weakness
☐ Tremors ☐ No abnormal findings
Gait / Stance (describe): Steady
wants Shoes.

## ASSESSMENT:

☐ Impaired physical mobility related to:

☒ Pain related to / evidenced by: old Surgery on Lt foot

## PLAN:

MD referral completed: (circle) NO / (YES) If yes:
☐ STAT ( Positive urine dipstick and patient has signs and symptoms consistent with a UTI; alterations in circulation or sensation, new deformity or discoloration, or patient appears ill or has history of fever, chills, headache, nausea, vomiting, or diarrhea; severe muscle cramps; muscle weakness with or without fever; warm or acutely swollen, joints) ☐ Urgent ☒ Routine
Physician notified (name / time)
Physician Responded (time)

**MUSCLE CRAMPS / EXTREMITY PAIN**

☐ Acetaminophen 325 mg 2 tabs Q4-6 hours PRN pain; not to exceed 12 tabs in 24 hours.
☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab Q8-12 hrs PRN pain x 7 days; not to exceed 3 tabs in 24hrs
☐ Activity as tolerated.

**JOINT PAIN / LOW BACK PAIN**

☐ Apply (circle one) ice or heat as appropriate.
☐ Acetaminophen 325 mg 2 tabs Q4-6 hours PRN pain; not to exceed 12 tabs in 24 hours.
☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab Q8-12 hrs PRN pain x 7 days; not to exceed 3 tabs in 24hrs
☐ Activity as tolerated.
☒ Treatment given per RN Protocol: No med given

## EDUCATION:

Patient instructed in: ☐ Use of medications
☒ Level of activity
☒ Patient Health Care Education Forms given to patient: (specify) Wearing Shoes & Skin Care
☒ Resubmit a Health Care Service Request Form (CDC 7362) if increased swelling or pain; decreased ROM or CSM; or
☒ Patient verbalized understanding of instructions
☐ Education deferred due to patient condition.

## DISPOSITION:

Time released 1210
☒ Condition on release: Stable
☒ Returned to housing unit
☐ Housing reassignment to:
☐ Referred for follow-up: ☐ Physician clinic ☐ RN clinic
☐ Referred to higher level of care: (specify)
Person/time contacted:
Time/Mode of transfer:
ERV contacted (time)
ERV arrived (time)

wants ~~Extra~~ more Neurontin 300mg PO TID

Signature / Title

[signature] 12-9-05

3/05

**ENCOUNTER FORM: MUSCULOSKELETAL COMPLAINTS (NON-TRAUMATIC**
**CDC XXXX**

U-25 Rt

C 07 05040 SBA (pr) Exhibit B

RN

TO: Medical

From: Sims, Rusty

CDC #: T-75226

Housing: 2-AC-03

Date: 12-4-05

co-pay ☐ Exempt from copay ☐

My Foot is Bothering me with These State shoes on, They don't have enough padding. I am Suffering from Neuropathic pain Due to a couple of Surgical Proceedures (Major reconstruction To a postterior Displacement To (L) great toe) What I would like is to get a Shoe Chrono I already have a Light duty Low Bunk/Low tier chrono from This time and a Soft Shoe Chrono from Before. w/ these shoes, I can feel my joint scraping against itself. I have family To Send Better Shoes in.

(← Then They Placed Pins in my Big toe and on the side)

Please See me to assess my need

(Signed on Back)

32

№ 721976

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Sims [signature] | T75226. | 2AC 03. |

| PATIENT SIGNATURE | DATE |
|---|---|
| [signature] | |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Shoes + glass problem.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| **Date / Time Received:** | **Received by:** |
|---|---|
| **Date / Time Reviewed by RN:** | **Reviewed by:** |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

(1) Consult Send on 10/20
(2) need appointment with Dr
(3) Need Eye Consult form

O: T: P: R: BP: WEIGHT:

A:

P:

☒ **See Nursing Encounter Form** for Eyes + musculskeletal.

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☒ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

**CDC 7362 (Rev. 03/04)** Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
# PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

PATIENT NAME: Rusty Sims
CDC NUMBER: T75226
INSTITUTION: SQ
DATE OF BIRTH: 8-16-77
EPRD DATE:
GENDER:
PRINCIPLE DIAGNOSIS: (L) foot pain S/P ORIF
ICD-9 CODE:
CPT CODE(S):
REQUESTED SERVICE(S): Podiatry.
# OF DAYS RECOMMENDED:

*Please circle all that apply:* **Diagnostic Procedure/Consultation** **Outpatient/Inpatient** **Initial/Follow-up**

Requested Treatment/Service is: **EMERGENT** **URGENT** **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify:

Proposed Provider:

Anticipated Length of Stay:

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer):

Medical Necessity (*briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*):

Pt. [illegible] need [illegible]

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

REQUESTING PHYSICIAN PRINTED NAME:
REQUESTING PHYSICIAN SIGNATURE: [signature] 10/20/05

APPROVED / AUTHORIZED / DENIED / DEFERRED BY: [illegible] RN UM
DATE: 10/24/05
Utilization management tracking #: 05/06-11-OP-2213

DATE OF CONSULTATION: 12/21/05
PRINTED NAME OF CONSULTANT: [illegible] DPM

FINDINGS: c/o pain Lt foot - s/p surg - Nov 2002 injured on skateboard, surg site became infected - Dec 2002 2nd surg - walked on cast.
Exam: Lt hallux in varus, Xray confirms. Pt reports that

RECOMMENDATIONS: when wearing athletic shoes pain is much better. Athletic shoes from home just fine. I no longer write 128 for shoes. I do not Rx medications for pain.

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: None

CONSULTANT SIGNATURE: [signature] DPM
DATE: 21 DEC 05
ETA RN SIGNATURE:
DATE:
PCP SIGNATURE:
DATE:

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
T75226
Sims, Rusty
8-16-77

Attach Progress Note page for additional information.

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

**PHYSICIAN REQUEST FOR SERVICES (RFS)** **CDC 7243 (Rev. 11/02)**

10/11

California Department of Corrections
Inst: SQSP

Health Care Services Division

**Encounter Form: Musculoskeletal Complaint (Non-Traumatic)**

Name: Sims, Rusty CDC# T 75226 DOB: 8/16/77 Date/Time 9/21/05 @ 1800

Fill in the blanks and check all that apply

**SUBJECTIVE:**

Chief Complaint: (L) foot pain
Date and time of onset: ______
Pain: Scale of 0-10 (0=no pain 10=worst pain): 7-8/10
Area of pain: (L) foot - skin + bone pain.
Quality of pain: nerve
What makes it better? Neurontin / IBUPROFEN
History of prior pain / duration: PINS in (L) great toe area & POSTERIOR DISPLACEMENT
☐ Low back pain ☐ Flank pain
Urinary symptoms: ☐ Urinary frequency ☐ Dysuria
☐ Burning on urination ☐ Hematuria
☐ Muscle spasms ☒ Numbness ☒ Tingling
Other: ______
History of chronic illness: ☐ Arthritis ☐ Cancer
☐ Diabetes ☐ Blood dyscrasias ☐ Renal Disease
Other: Hep C+
History of: ☐ Fever ☐ Chills ☐ Headache
☐ Nausea /Vomiting ☐ Diarrhea ☐ Fatigue
☐ Recent Trauma
Other: ______
Allergies: Salsylate
Current medications: Ø

**OBJECTIVE:**

☒ Awake, alert, oriented to person, place, time
☒ No bleeding
Vital signs: BP: 142/87 Pulse: 72 Resp: 16
Temp: 98.4 ☐ Urine dipstick
Urinalysis: ______
Assess areas involved:
Extremity: ☐ Upper ☒ Lower ☐ Right ☒ Left
Describe: Color: ______
☐ Warmth ☒ Tenderness ☒ Swelling:
↑ ☒ Deformity ☒ Circulation ✓ ☒ Sensation ✓
↓ ☒ ROM Describe: ______
☐ No abnormal findings
Muscle: ☐ Atrophy ☒ Hypertrophy ☐ Weakness
☐ Tremors ☐ No abnormal findings
Gait / Stance (describe): limp.

**ASSESSMENT:**

☒ Impaired physical mobility related to: deformity r/t problems on foot
☒ Pain related to / evidenced by: ↑ pain

**PLAN:**

MD referral completed: (circle) NO / (YES) If yes:
☐ STAT ( Positive urine dipstick and patient has signs and symptoms consistent with a UTI; alterations in circulation or sensation, new deformity or discoloration, or patient appears ill or has history of fever, chills, headache, nausea, vomiting, or diarrhea; severe muscle cramps; muscle weakness with or without fever; warm or acutely swollen, joints) ☐ Urgent ☒ Routine
Physician notified (name / time) ______
Physician Responded (time) ______

**MUSCLE CRAMPS / EXTREMITY PAIN**

☐ Acetaminophen 325 mg 2 tabs Q4-6 hours PRN pain; not to exceed 12 tabs in 24 hours.
☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab Q8-12 hrs PRN pain x 7 days; not to exceed 3 tabs in 24hrs
☐ Activity as tolerated.

IBUPROFEN 300mg 1-2 T q 6-8° prn c food #60

**JOINT PAIN / LOW BACK PAIN**

☐ Apply (circle one) ice or heat as appropriate.
☐ Acetaminophen 325 mg 2 tabs Q4-6 hours PRN pain; not to exceed 12 tabs in 24 hours.
☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab Q8-12 hrs PRN pain x 7 days; not to exceed 3 tabs in 24hrs
☐ Activity as tolerated.
☐ Treatment given per RN Protocol:

**EDUCATION:**

Patient instructed in: ☒ Use of medications
☒ Level of activity Ø exercise
☐ Patient Health Care Education Forms given to patient: (specify) ______
☒ Resubmit a Health Care Service Request Form (CDC 7362) if increased swelling or pain; decreased ROM or CSM; or ______
☒ Patient verbalized understanding of instructions
☐ Education deferred due to patient condition.

**DISPOSITION:**

Time released 1818
☒ Condition on release: Stable
☒ Returned to housing unit
☐ Housing reassignment to: ______
☒ Referred for follow-up: ☒ Physician clinic ☐ RN clinic
☐ Referred to higher level of care: (specify) ______
Person/time contacted: ______
Time/Mode of transfer: ______
ERV contacted (time) ______
ERV arrived (time) ______

Shaw, RN
Signature / Title

**ENCOUNTER FORM: MUSCULOSKELETAL COMPLAINTS (NON-TRAUMATIC**
**CDC XXXX**

3/05

C 07-05040 SBA (PR) Ex. 3

EPRD: 6 months

| DATE | TIME | PROB # | |
|---|---|---|---|
| 10/20/2005 | | | S: (history includes details pertinent to the patient's medical complaint) |
| | 1230 | | [illegible] |
| | | | Hx MVA [illegible] - 1998 - recast. Fall, |
| | | | (L) Foot [illegible] → injury - Reconst ~~face~~ 1-2002 |
| | | | c/o (L) foot pain & jaw pain spasm |
| | | | O: (physical assessment) T: 97 P: 60 R: 16 B/P: 137/79 Wt: 230 |
| used vicodin outside | | | upset that his [illegible] |
| | | | was stopped @ SQ. |
| [illegible] | | | Says allergic to [illegible] |
| | | | O/E → [illegible], NAD Vitals stable |
| | | | (L) Foot. Scar of surgery [illegible] |
| | | | A: (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | [illegible] a Jaw - jaw opening good |
| | | | P: (MTA – referral to a higher licensure for prioritization and evaluation.) (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | | (1) (L) foot S/P ORIF - Podiatry [illegible] |
| | | | (2) Jaw Pain S/P - [illegible] surgery |
| (3) [illegible] | | | E: (education provided) [illegible] |
| | | | [illegible] |

INSTITUTION CSP, San Quentin

ROOM / WING D 5 00000000020L

CDC NUMBER, NAME, (LAST, FIRST, MI)

T75226
SIMS, RUSTY
8/16/1977

OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES

[illegible]

F/U 2 mo

[illegible signature]

CDC 7254 (8/89)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

LC-35 10/5

California Department of Corrections
Health Care Services Division

Inst: SQSP

**Encounter Form: Musculoskeletal Complaint (Non-Traumatic)**

Name: SIMS, RUSTY CDC# T75226 DOB: 8/16/77 Date/Time 9/16/05 1710

Fill in the blanks and check all that apply

**SUBJECTIVE:**

Chief Complaint: PAIN (L) GREAT TOE -
Date and time of onset: 5 YRS. AGO
Pain: Scale of 0-10 (0=no pain 10=worst pain): 7
Area of pain: (L) GREAT
Quality of pain: THROBBING
What makes it better? RUBBING IT + WHEN TAKES NEURONTIN
History of prior pain / duration: INJURED (L) GREAT TOE IN SKATE BOARD ACCIDENT HAS 2 PINS IN TOE
❑ Low back pain ❑ Flank pain
Urinary symptoms: ❑ Urinary frequency ❑ Dysuria
❑ Burning on urination ❑ Hematuria
❑ Muscle spasms ❑ Numbness ❑ Tingling
Other:
History of chronic illness: ❑ Arthritis ❑ Cancer
❑ Diabetes ❑ Blood dyscrasias ❑ Renal Disease
Other: HEP C
History of: ❑ Fever ❑ Chills ❑ Headache
❑ Nausea /Vomiting ❑ Diarrhea ❑ Fatigue
❑ Recent Trauma
Other:
Allergies: SALSALATE
Current medications: TYLENOL - WAS TAKING SALSALATE BUT HAD ALLERGIC REACTION

**OBJECTIVE:**

☒ Awake, alert, oriented to person, place, time
☒ ~~No bleeding~~
Vital signs: BP: 137/72 Pulse: 83 Resp: 20
Temp: 98.4 ❑ Urine dipstick
Urinalysis:
Assess areas involved:
Extremity: ❑ Upper ☒ Lower ❑ Right ❑ Left
Describe: Color:
❑ Warmth ❑ Tenderness ☒ Swelling:
❑ Deformity ❑ Circulation ❑ Sensation
❑ ROM Describe: UNABLE TO FLEX (L) GREAT TOE
❑ No abnormal findings
Muscle: ❑ Atrophy ❑ Hypertrophy ❑ Weakness
❑ Tremors ❑ No abnormal findings
Gait / Stance (describe): STEADY, WALKS S ASSISTANCE

**ASSESSMENT:**

❑ Impaired physical mobility related to:
☒ Pain related to / evidenced by: PAIN (L) GREAT TOE

**PLAN:**

MD referral completed: (circle) NO (YES) If yes:
❑ STAT ( Positive urine dipstick and patient has signs and symptoms consistent with a UTI; alterations in circulation or sensation, new deformity or discoloration, or patient appears ill or has history of fever, chills, headache, nausea, vomiting, or diarrhea; severe muscle cramps; muscle weakness with or without fever; warm or acutely swollen, joints) ❑ Urgent ☒ Routine
Physician notified (name / time)
Physician Responded (time)

**MUSCLE CRAMPS / EXTREMITY PAIN**

☒ ~~Acetaminophen 325 mg 2 tabs Q4-6 hours PRN pain; not to exceed 12 tabs in 24 hours.~~ ERROR [illegible] BENADRYL 25mg [illegible]
❑ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab Q8-12 hrs PRN pain x 7 days; not to exceed 3 tabs in 24hrs
❑ Activity as tolerated.

**JOINT PAIN / LOW BACK PAIN**

❑ Apply (circle one) ice or heat as appropriate.
☒ Acetaminophen 325 mg 2 tabs Q4-6 hours PRN pain; not to exceed 12 tabs in 24 hours.
❑ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab Q8-12 hrs PRN pain x 7 days; not to exceed 3 tabs in 24hrs
❑ Activity as tolerated.
❑ Treatment given per RN Protocol:

**EDUCATION:**

Patient instructed in: ☒ Use of medications
☒ Level of activity
❑ Patient Health Care Education Forms given to patient: (specify)
❑ Resubmit a Health Care Service Request Form (CDC 7362) if increased swelling or pain; decreased ROM or CSM; or
❑ Patient verbalized understanding of instructions
❑ Education deferred due to patient condition.

**DISPOSITION:**

Time released 1720
☒ Condition on release: STABLE
☒ Returned to housing unit
❑ Housing reassignment to:
☒ Referred for follow-up: ☒ Physician clinic ❑ RN clinic
❑ Referred to higher level of care: (specify)
Person/time contacted:
Time/Mode of transfer: AMBULATORY 1720
ERV contacted (time)
ERV arrived (time)

[signature]
Signature / Title

PAIN (L) GREAT TOE UNBEARABLE. TYLENOL NOT WORKING. HAD BEEN GIVEN NEURONTIN IN SANTA RITA. WAS

**ENCOUNTER FORM: MUSCULOSKELETAL COMPLAINTS (NON-TRAUMATIC**
**CDC XXXX**

C 07-05040 SBA (PR) Exhibit X

CSP-S

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

Podiatry

Reason for Consultation

s/p ORIF (L) foot. So painful to ambulate c̄ current shoes. Reports was wearing special shoes prescribed by specialist on street. Referral for evaluation

Signature of Referring Doctor

Date 9/26/03

Consultant's Report

9/30/03 URC; REQUEST/AUTH. FOR

APPROVED DENIED DEFERRED

Signature of Consultant

Date

Name of Patient Sims, R

Number T75226

Hospital

CONSULTANT'S RECORD

rec 9.29.03

03/04-11-CP-1141 38

CDC 7243 (Rev. 9/77)

Exhibit I

| DATE | TIME | |
|---|---|---|
| 1/25/03 | | Gym sick call. — J. Anderson MD |
| wt 209 lb | | S (L) Foot surgery 6/02 → a lot of pain |
| | | O (L) Foot healed surgical scar noted between 1st + 2nd MT, mild varus/hallax |
| | | Spine scoliosis |
| | | A S/P (L) Hallux varus repair. |
| | | Scoliosis |
| | | P Celebrex 100 mg BID x 4 wks. |
| | | Robaxin 750 mg tid x 4 wks |
| 07/01-03 | | S/CALL. |
| | | C/O 1 mass in (L) testicle, 2nd to a kick in Jan. 03 |
| | | refer to urology clinic |
| | | H.C. 0.5% cream for rash on face. |
| | | Refill ~~Robaxin~~ / Naprosyn for (L) foot pain |
| 7/2/03 | | URC REQUEST/AUTH. FOR Urology Clinic — APPROVED DENIED DEFERRED |

INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI)

SIMS
T75226

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

C07-05040 SBA (PR) Exhibit I

| DATE | TIME | |
|---|---|---|
| 3-21-07 | | PODIATRY CLINIC See consult. Ø F/u per MD @ this time. B. Uche, RN B. Uche, RN |

INSTITUTION SQ

HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

T75226

SIMS, R

8/16/7?

INTERDISCIPLINARY PROGRESS NOTES

[illegible]9 (Rev 04/03)

[illegible]LIFORNIA

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

1E438-Alvarez.

# HEALTH CARE SERVICES
# PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

PATIENT NAME: SIMS, RUSTY
CDC NUMBER: T75226
INSTITUTION: S.Q.

DATE OF BIRTH: 08/16/1977
EPRD DATE: ? ?
GENDER: M

PRINCIPLE DIAGNOSIS: CHRONIC FOOT PAIN
ICD - 9 CODE:
CPT CODE(S):

REQUESTED SERVICE(S): PODIATRY
# OF DAYS RECOMMENDED:

*Please circle all that apply:* **Diagnostic Procedure/Consultation** **Outpatient/Inpatient** **Initial/Follow-up**

Requested Treatment/Service is: **EMERGENT** **URGENT** **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify:

Proposed Provider: DR. GRIFFITHS
Anticipated Length of Stay:

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer):

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): CHRONIC PAIN @ p ORIF OF (L) GREAT TOE

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

REQUESTING PHYSICIAN PRINTED NAME: J. DASZKO, MD
APPROVED / AUTHORIZED / DENIED / DEFERRED BY:
DATE:

REQUESTING PHYSICIAN SIGNATURE: G72860
DATE: 02/06/07
Utilization management tracking #:

DATE OF CONSULTATION: 3/21/07
PRINTED NAME OF CONSULTANT: D. GRIFFITH DPM

FINDINGS: Pt request permanent chrono CDC 7410 for orthotic shoes. Granted. Pt to go back to staff M.D. re ref to orthopedist + CDC 7410 re bench in shower

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: None

CONSULTANT SIGNATURE: [signature]
DATE: 3-21-07

ETA RN SIGNATURE:
DATE:

PCP SIGNATURE:
DATE:

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
T75226
SIMS, RUSTY
08/16/1977
1E438

**Attach Progress Note page for additional information.**

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
K - UM
) - SPECIALTY SCHEDULER

41

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
# PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME: SIMS, RUSTY | CDC NUMBER: T75226 | INSTITUTION: S.Q. |
|---|---|---|
| DATE OF BIRTH: 08/16/1977 | EPRD DATE: ? ? | GENDER: M |
| PRINCIPLE DIAGNOSIS: CHRONIC FOOT PAIN | ICD-9 CODE: | CPT CODE(S): |
| REQUESTED SERVICE(S): PODIATRY | | # OF DAYS RECOMMENDED: |

*Please circle all that apply:* Diagnostic Procedure/**Consultation** (circled) **Outpatient** (circled)/Inpatient Initial/**Follow-up** (circled)

Requested Treatment/Service is: EMERGENT URGENT **ROUTINE** (circled)

*For the purpose of retrospective review,* if emergent or urgent, please justify: ______

Proposed Provider: DR. GRIFFITHS Anticipated Length of Stay: ______

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): ______

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): CHRONIC PAIN [illegible] p ORIF OF (L) GREAT TOE

Estimated time for service delivery, recovery, rehabilitation and follow-up: ______

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): ______

Comments (diagrams, risk factors, prognosis, alternative management, etc.): ______

| REQUESTING PHYSICIAN PRINTED NAME: J. DASZKO, MD | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE: [signature] G72860 | DATE: 02/06/07 | Utilization management tracking #: |
| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT | |

FINDINGS: ______

RECOMMENDATIONS: ______

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: ______

| CONSULTANT SIGNATURE | DATE |
|---|---|
| ETA RN SIGNATURE | DATE |
| PCP SIGNATURE | DATE |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

T75226
SIMS, RUSTY
08/16/1977
1EY38

**Attach Progress Note page for additional information.**

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
- ORIGINAL - FILE IN UHR
- GREEN - TO UHR PENDING ORIGINAL
- CANARY - CONSULTANT
- PINK - UM
- GOLD - SPECIALTY SCHEDULER

42

**DEPARTMENT OF CORRECTIONS**
**SAN QUENTIN STATE PRISON**

**CONSULTATION**

**PATIENT:** SIMS, RUSTY **CDC:** 75226

**DATE OF BIRTH:** / / **DATE OF SERVICE:** 03/16/2007

**HOUSING UNIT:** **PAROLE DATE:** / /

**HISTORY OF PRESENT ILLNESS:** Mr. Sims is a 39-year-old right-handed good presenting with chronic foot pain in the left foot secondary to a traumatic injury to the 1st metatarsophalangeal joint, dislocation and healing, subsequent surgery, and operative reduction and internal fixation.

The patient had been seen in the neurology clinic approximately a year with complaints of low back pain. The initial injury was a fracture in the left foot which then subsequently in 2002 had to have reconstructive surgery, a pin. There was a subsequent infection in 2003 resulting in the pin removal. The patient had been in chronic pain since that time. He was on Neurontin 90 b.i.d. and ibuprofen 800, five times per day. The feeling was Neurontin was not as effective as it used to be. That has gradually increased over the last 6 to several months. He was changed to a cane to decrease weightbearing on the left foot. He notes that the pain is described in the foot as 2 different types; a burning, shooting, jolting pain beginning in the 1st metatarsal region extending up into the left anterior tibialis area and peroneal region by stepping hard or sudden stepping movement with that left foot. The 2nd type of pain is a constant throbbing pain in the left foot where the pin was removed. The patient states he is constantly aware of that area, and there is some atrophy and some skin turgor changes over that area of that foot. He has been on multiple medications in the past including Flexeril, baclofen, ibuprofen, salsalate, acetaminophen, several tricyclics, Keppra, and Trileptal, none of which were effective. He notes that, on the street, opiates work, particularly methamphetamines and that Neurontin worked (note that Neurontin increases opiate absorption from the gut).

**PAST MEDICAL HISTORY OF MEDICAL ILLNESSES:**
1. Psoriasis.
2. Hepatitis C.
3. Allergic rhinitis.

**SURGICAL HISTORY:** Two to three surgeries on the left foot secondary to fracture.

**PRESENT MEDICATIONS:**
1. Ultram 50 b.i.d.
2. Multivitamin.
3. Neurontin 1,200 b.i.d.
4. Claritin 10 per day.
5. Motrin 800 b.i.d.
6. Baclofen 10 p.o. t.i.d.

He has also been on a selenium sulfonamide shampoo.

**PHYSICAL EXAM:** This is a thin gentleman using a cane. He is afebrile with blood pressure of 130/70 and pulse of 75. Head, eyes, ears, nose, and throat: Head is atraumatic and normocephalic without any bruise or tenderness. Conjunctivae, corneas, and sclerae are clear. Tympanic membranes are clear. Nasopharynx and oropharynx are unremarkable. Neck is supple without bruits. Chest/cardiovascular/abdominal exam unremarkable. Extremities: The patient has a flat arch on the left foot with marked tendon prominence. In the 1st metatarsophalangeal, he has tenderness to palpation over the entire great toe and 1st toe extending back into the sole of the foot. There is no actual inflammation. There is some atrophy of underlying subcutaneous fat and loss of secondary skin structures. Pulses appear to be intact.

**NEUROLOGIC EXAM:** Mental status: Alert and oriented to person, place, time, date, and situation. Cranial nerves II-XII are unremarkable. Motor exam: Mod weakness to plantar and dorsiflexion with the right foot. Otherwise 5/5. Sensory exam diminished right 1st and 2nd ray of the foot. Paresthesias to vibration and sensation of the medial malleolus and on the 1st-3rd metatarsophalangeal joints. Cerebellar exam intact. Deep tendon reflexes are 2+ and symmetric. Gait and station: Walks with a cane.

**DIAGNOSTIC IMPRESSION:**

1. Chronic regional pain syndrome in the left foot with neuropathic pain.
2. Hepatitis C.
3. Psoriasis.

**DIAGNOSTIC THERAPEUTIC PLAN:**

1. I would recommend we institute Lyrica 50 mg p.o. t.i.d. to 75 p.o. t.i.d. as a pain drug. This is proven in Neurontin-unresponsive patients to be a more effective control with chronic neuralgic pain.
2. I will continue his disability due to his chronic pain syndrome.
3. He will continue to need a cane for weightbearing issues.
4. I will see the patient in 1 month to see the efficacy of changing to Lyrica.

Thank you very much for allowing me to see this patient.

Sincerely,

J.R. MENDIUS, M.D.

JRM/sts
D: 03/16/2007 14:54:00
T: 03/18/2007 14:49:41
Job #: 84173

C 07-5040 SBA (PR) Exhibit A5

| DATE | TIME | |
|---|---|---|
| 3/16/07 | | **NEUROLOGY** 84173 |
| | | Dx 49400 CHRONIC FOOT PAIN (L) — Meds ULTRAM 50 |
| | | HEP C ✓ — MVI |
| | | S/P ORIF (L) M — NEURONTIN 1200 BID |
| | | ALLERGIC RHINITIS — CLARITIN QD |
| | | — MOTRIN 800 BID |
| | | Hx) Pt from FEB/06 – PAIN IN BOTH FEET — BACLOFEN 10 PO TID |
| | | SINCE SURGERY SF GEN. – RIPPED (L) GREAT TOE OUT OF SOCKET (UP TOE) – LISTED AS DISEASE |
| | | TWO TYPES PAIN → (1) BURNING SHOOTING JOLTING PAIN ON SKIN |
| | | ↑ BY HARD STEP OR SUDDEN STOPPING |
| | | (2) CONSTANT THROBBING PAIN (L) FOOT WHERE |
| | | PINS LOCATED |
| | | ALWAYS AWARE OF PAIN NOW. NOW ON CANE (11/06). |
| | | KEPPRA & TRILEPTAL NOT EFFECTIVE. TCA Ø EFFECTIVE |
| | | FLEXERIL, BACLOFEN, IBUPROFEN, SALSILATE, ACETAMINOPHEN. |
| | | OPIATES WORK. |
| | | Px) (L) FOOT – TENDER, ATROPHIC SKIN |
| | | → A) NEUROPATHIC PAIN (CRPS) ← |
| | | P) ~~LYRICA 50 TID – 75 PO TID~~ |
| | | → (2) ~~CONT DISABILITY DUE TO CHRONIC PAIN~~ |
| | | (3) F/u 1 mo |

[signature]

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| | | T75226 Sims, R. |

**INTERDISCIPLINARY PROGRESS NOTES**

**DEPARTMENT OF CORRECTIONS**
**SAN QUENTIN STATE PRISON**

**SOAPE NOTE**

**'ATIENT:** SIMS, RUSTY **CDC:** T75226

**)ATE OF BIRTH:** 08/16/1977 **DATE OF SERVICE:** 03/12/2007

**IOUSING UNIT:** 1 EAST BLOCK 38 **PAROLE DATE:** / /

**;UBJECTIVE:** This is a 29-year-old man who has a history of chronic left lower extremity pain status post a trauma o the 1st digit and multiple surgeries. He is currently complaining that his pain regimen is not as effective as it used to )e; claiming a worsening inability to do his usual amount of burpies, which is several hundred a day, and decrease in iis ability to walk 100 yards without stopping. He is also complaining of worsening left knee weakness, especially vhen he does deep squats. Despite the observation of multiple correctional officers, he states that his function is vorsening. Current medicines are ibuprofen 800 mg b.i.d., gabapentin 1,200 mg b.i.d., and baclofen 10 mg t.i.d. The )atient states he is noncompliant with the baclofen because it "makes him sick". He is pending an appointment with ieurology on the 16th of this month and is requesting a followup with podiatry. He is also requesting a vegetarian diet.

**)BJECTIVE:** Temperature is 95.3; pulse 62; blood pressure 140/72, previous blood pressure has been 126/74; and veight 205. On physical exam he appears in no acute distress. Regular rate and rhythm. His lungs are clear. His ibdomen is benign. He has not cyanosis, edema, or clubbing on his extremities. His left knee is nontender. No effusion. No laxity. Patella is ballotable. Reflexes are intact bilaterally. His foot exam appears to be unchanged from ill of his previous visits. He does have a bony prominence and visible deformity of the left foot with deviation of his oes laterally. His pulses are good bilaterally. Ankle jerk is 2+.

**ASSESSMENT:** Chronic pain. There is some discord between the patient's history and the observations of multiple correctional officers who have witnessed him exercising greater than 45 minutes at a time in the yard without any distress or problems. However, per the recommendation of the neurologist he has been kept on Neurontin 1,200 mg b.i.d. He claims he has tried and failed many other medicines; although, has not tried Ultram.

**PLAN:**
1. Podiatry appointment ASAP.
2. X-ray of the left knee.
3. Discontinue baclofen.
4. Trial of Ultram 50 mg 1 p.o. b.i.d.
5. Refer to dietitian for vegetarian diet.
6. Follow up in chronic care in 6 weeks.

**DEPARTMENT OF CORRECTIONS**
**SAN QUENTIN STATE PRISON**

**SOAPE NOTE**

**PATIENT:** SIMS, RUSTY

**CDC:** T75226

**DATE OF BIRTH:** 08/16/1977

**DATE OF SERVICE:** 02/26/2007

**HOUSING UNIT:** 1 EAST BLOCK 28

**PAROLE DATE:** December of 2007

**SUBJECTIVE:** He is a 29-year-old man with a history of left 1st toe dislocation in 1996 and surgery in 2001 with a diagnosis of complex regional pain syndrome manifesting as pain in his left foot which radiates to his knee. The pain gets severe when he walks over 100 yards, causing him to stop. He had an x-ray in 2005 which was negative. Currently his pain medicine regimen includes baclofen and gabapentin although he does not complain of muscle spasms nor does he have diabetic or HIV-related peripheral neuropathy.

**OBJECTIVE:** Temperature 96.3, pulse 62, respiratory rate 18, blood pressure 140/72. Previous blood pressures have been normal in this month including a reading of 126/74. His vital signs are stable. He is in no acute distress. His left 1st MTP shows positive tenderness and a 30-degree deviation. This patient was seen by multiple correctional officers doing vigorous exercises in the yard including 45 minutes of various weight-loading exercises. He is HIV-negative. His CBC and CMP were negative.

**ASSESSMENT:**

1. Chronic left foot pain. It seems to be stable on current medical regimen. Patient does have appointments with neurology and podiatry pending.
2. Hepatitis C antibody-positive. His viral load is undetectable, and his LFTs are within normal limits. He will not be here for a long enough time to receive treatment anyway.

**PLAN:**

1. Patient is to attend neurological consultation on 3/16/07 with Dr. Mendius. Patient to follow up with podiatry.
2. A multivitamin was prescribed.
3. This patient will be continued on his current medical regimen although the appropriateness of both baclofen and gabapentin is going to be reviewed and possibly discontinued.

[signature]

FERNAN ALVAREZ, M.D.

FA/sts
D: 02/26/2007 15:24:00
T: 02/28/2007 19:50:42
Job #: 69791

C07-05040 SBA Exhibit A-8

PATIENT: RUSTY SIMS
DATE OF SERVICE: 03/12/2007
Page 2

CDC: T75226

FERNAN ALVAREZ, M.D.

FA/sts
D: 03/12/2007 17:33:00
T: 03/14/2007 05:35:57
Job #: 80778

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
# PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME<br>SIMS RUSTY | CDC NUMBER<br>T75226 | INSTITUTION<br>S.Q. |
|---|---|---|
| DATE OF BIRTH<br>08/16/1977 | EPRD DATE<br>?? | GENDER<br>M. |
| PRINCIPLE DIAGNOSIS<br>COMPLEX REGIONAL PAIN SYNDROME | ICD - 9 CODE | CPT CODE(S) |
| REQUESTED SERVICE(S)<br>NEUROLOGY | | # OF DAYS RECOMMENDED |

*Please circle all that apply:* Diagnostic Procedure/**Consultation** (circled) **Outpatient**/Inpatient (Outpatient circled) Initial/**Follow-up** (Follow-up circled)

Requested Treatment/Service is: EMERGENT URGENT **ROUTINE** (circled)

*For the purpose of retrospective review,* if emergent or urgent, please justify:

Proposed Provider: DR. MENDIUS Anticipated Length of Stay:

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer):

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): CHRONIC PAIN IN FOOT, JAW, KNEES,

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| REQUESTING PHYSICIAN PRINTED NAME<br>J. DASZKO, MD | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE<br>[signature] 672860 | DATE<br>02/06/07 | Utilization management tracking #: |
| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT | |

FINDINGS:

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE |
|---|---|
| ETA RN SIGNATURE | DATE |
| PCP SIGNATURE | DATE |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

T75226
SIMS, RUSTY
08/16/1977
1EY 38

**Attach Progress Note page for additional information.**

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

49

№ 467960

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☑ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Sims, Rusty | T-75226 | 2-AC-03 |
| PATIENT SIGNATURE: Rusty Sims | | DATE: 2-10-06 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Got approved for outside shoe chrono by Dr. Wilson on 2-3-06 & podiatrist on 12-21-05, CMO rejected, saying chrono not required get shoes from vendor), I am an ad-seggar - not condemned, and we have to supply a chrono to property officer to get shoes. All C.M.O. has to is call C/O Avilla in A/C to verify the need for chrono for Ad-seggers.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

Got chrono on 2-10-06

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| | |
|---|---|
| Date / Time Received: 2/11/06 | Received by: J Jacobs LVN |
| Date / Time Reviewed by RN: 2/14/06 | Reviewed by: K McSparren BSN RN |

S: "I want to buy outside shoes & I have to have a chrono signed by the CMO." "I've had 27 surgeries on my (L) foot & there's been alot of nerve damage."

Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: P: Deferred BP: WEIGHT:

Administrative issue will bring shoe chrono to MD for review. Gait normal, ROM c NL, Ø open areas noted Ø deformity present.

A: Alt in comfort Rt previous injuries

P: MD for routine appt. renewal of chronos

☐ See Nursing Encounter Form

E: Chrono system education — & CMO involvement

| | | | |
|---|---|---|---|
| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☒ |

| | |
|---|---|
| REFERRED TO PCP: | DATE OF APPOINTMENT: |
| COMPLETED BY | NAME OF INSTITUTION: SQ-CSP |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | K McSparren BSN RN | 2/15/06 |

CDC 7362 (Rev. 03/04) Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

R. WILSON.

Chart Review

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

№ 989404

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Sims, Rusty | T-75226 | 2-AC-03 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Rusty Sims | 1-30-06 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I need my shoe chrono still. When I saw the podiatrist on 12-21-05 said "it was justified". I have to have a copy to give to property officer since I am only seg and not condemned. No chrono, No shoes, Also, I had a sick call Ducat on 1-22-06 - why did it get canceled? I still need to see doctor about the muscle spasms in my ... Please reschedule me for sick call, I had already seen triage.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| | |
|---|---|
| **Date / Time Received:** 2/1/06 | **Received by:** [signature] |
| **Date / Time Reviewed by RN:** 2/1/06 | **Reviewed by:** K McSparin RN |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: P: R: BP: WEIGHT:

A:

P:

☐ **See Nursing Encounter Form**

E:

X Seen 2/3/06 for above issues K McSparin RN

APPOINTMENT SCHEDULED AS: EMERGENCY (IMMEDIATELY) ☐ URGENT (WITHIN 24 HOURS) ☐ ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

**CDC 7362 (Rev. 03/04)** Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

DR. WILSON A/C SICK CALL

№ 997591

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☑ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Sims, Rusty | T-75226 | 2-AC-03 |

| PATIENT SIGNATURE | DATE |
|---|---|
| [signature] | 1-27-06 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I still need my Shoe chrono so I can make a copy to give to the property officer - NO Chrono - NO shoes, the podiatrist said he wrote "It is Justified" (~~[illegible]~~) in my Chart, I think on 12-21-05. Also, need to be reducated for Sickcall, for some reason on 1-23-06 I got canceled.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| **Date / Time Received:** | **Received by:** |
|---|---|
| **Date / Time Reviewed by RN:** | **Reviewed by:** |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: P: R: BP: WEIGHT:

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

**CDC 7362 (Rev. 03/04)** Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

C 07-5040 SBA (PR) Exhibit A-12 52

California Department of Corrections
Inst: SQ
Health Care Services Division

**Encounter Form: Miscellaneous/Multiple Systems Complaints**

Name: Sims Rusty CDC# T75221 DOB 8-16-77 Date/Time 1/19/06 at 1220

Fill in the blanks and check all that apply

## SUBJECTIVE:

Chief Complaint: Foot Pain / Eyeglasses
Date and time of onset: chronic long
History of current complaint: Jaw / Eye Foot + Knee Complaint
Pain: Scale of 0-10 (0=no pain 10=worst pain) 8/10
Area of pain: Lt foot
Quality of pain: Sta[illegible] meet
What makes it better? Neuron[illegible]
History or chronic illness: Muscle spasm in Jaw.
Allergies: Salsalate
Current medications: None.

## OBJECTIVE:

☑ Awake, alert, oriented to person, place, time
☑ No bleeding
Vital signs: Temp 97 Weight: 225lb Resp: 18
Pulse 80 BP 124/78
Skin: ☑ Pink ☐ Pale ☐ Grey ☐ Cyanotic
Breath Sounds ☑ Clear bilaterally
☐ Wheezes ☐ Crackles ☐ Diminished
☐ Absent ☐ Dyspnea ☐ Congestion ☐ Stridor
Describe:
General Appearance: good.
HEENT Normal [Jaw old Problem painful]
Mental Status/Neuro: Ax4.
Cardiovascular: Normal
Abdomen: Soft BS+x4.
Extremities: Problem Rt knee.
Skin: intact Dr foot Dr Saw him.

## ASSESSMENT:

(Complete by filling in a nursing diagnosis.)
Chronic pain in knee + Jaw.

## PLAN:

MD referral completed: (circle) NO (YES) If yes:
☐ STAT ☐ Urgent ☑ Routine
Physician called (name / time)
Physician responded (time)
Physician orders received ☐yes ☐no

## EDUCATION:

☑ Advise patient to resubmit a Health Care Service Request Form (CDC 7362) if symptoms persist.
☑ Patient Health Care Education Forms given to patient: (specify)
☑ Patient verbalized understanding of instructions
☐ Education deferred due to patient condition

## DISPOSITION

Time released: 1220
Condition on discharge: Stable
☑ Returned to housing unit
☐ Housing reassignment to:
☐ Referred for follow-up
☐ Physician clinic ☐ RN clinic
☐ Referred to higher level of care: (specify)

Person/time contacted:
Time/Mode of transfer:
ERV contacted (time)
ERV arrived (time)

Additional Comments:
(1) Eye Consultation send for 2nd time.
(2) Pharmacy called talk to Marha for Nemotine
(3) Need Consultation for Neurologist
(4) Chrono for Shoes.
(5) Need to give for muscle spasms in Jaw.
(6) Dentist Need 5525 talk to Beverly she will Schedule him.

[signature] RN
Signature / Title

ENCOUNTER FORM: Miscellaneous/Multiple Systems Complaints
CDC XXXX
3/05

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

None

1. Barrier Free/Wheelchair Access P / T ____
2. Ground Floor Cell P / T ____
3. Continuous Powered Generator P / T ____
4. Bottom Bunk P / T ____
5. Single Cell (See 128-C date: ____ ) P / T ____
6. Permanent OHU / CTC (circle one) P / T ____
7. Other ____ P / T ____

## B. MEDICAL EQUIPMENT/SUPPLIES

None

8. Limb Prosthesis P / T ____
9. Brace P / T ____
10. Crutches P / T ____
11. Cane: (type) ____ P / T ____
12. Walker P / T ____
13. Dressing/Catheter/Colostomy Supplies P / T ____
14. Shoe: (specify) May wear personal shoes when out of cell (P) / T 1 yr
15. Dialysis Peritoneal P / T ____
16. Wheelchair: (type) ____ P / T ____
17. Contact Lens(es) & Supplies P / T ____
18. Hearing Aid P / T ____
19. Special Garment: (specify) ____ P / T ____
20. Rx. Glasses: ____ P / T ____
21. Cotton Bedding P / T ____
22. Extra Mattress P / T ____
23. Other Should not wear leg irons at any time (P) / T 1 yr

## C. OTHER

None

24. Attendant to assist with meal access and other movement inside the institution. P / T ____

Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene.

25. Wheelchair Accessible Table P / T ____
26. Therapeutic Diet: (specify) ____ P / T ____
27. Communication Assistance P / T ____
28. Transport Vehicle with Lift P / T ____
29. Short Beard P / T ____
30. Other ____ P / T ____

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments? ☐ Yes ☒ No

If yes, specify: ____

| INSTITUTION | COMPLETED BY (PRINT NAME) D. GRIFFITH | TITLE DPM |
|---|---|---|
| SIGNATURE D Griffith | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH: SIMS, Rusty C-01361 8-16-77 IAC65S |
| HCM/CMO SIGNATURE | DATE | |
| APPROVED (list the number of items approved) | | |
| DENIED (list the number of items denied) | | |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (08/04)

Distribution: Original - Unit Health Record   Canary - Central File   Pink - Correctional Counselor   Gold - Inmate

See attached 602 1 of 2

1 of 3

G

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**

CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| SQ | 08-0708 | 18. ADA |

***NOTE:*** **THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) old # | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Rusty Sims T-75226. | S-04361 | -u- | ——— | 1.AC-65 |

**In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.**

**You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.**

**Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.**

**If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.**

**To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.**

**Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.**

**If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.**

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

mobility impaired. Complex Regional Pain Syndrome and Reflex Sympathetic Distrophy.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

about 3 years of medical Records here at San Quentin. consultations w/ DR Mendius - Neurologist on 1-18-08 at Marin County Jail. plus 2 previous ones. Also - Disability Placement.

DESCRIBE THE PROBLEM:

A/C doesnt honor permanent medical disability chronos after one year. See attached 602 for greater Details) Am having to wear shower shoes due to A/C policy.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

need shoe chrono renewed for 1) personal shoes and 2) to be worn during all movement inside the A/C and outside the A/C. to showers, to visits, to yard, to medical appointments etc. w/out chrono, I have to wear extremely thin shower shoes through Rain, Mud, over Rocks. causes too much pain. Scott Pinholster has a chrono to have his shoes anytime he leaves his cell. this is what I need.

Rusty Sims — INMATE/PAROLEE'S SIGNATURE

2-21-08 — DATE SIGNED

MAR 27 2008 MAR 14 2008 MAR 04 REC'D MAR 12 REC'D 56

C 07-05040 SBA (PR) Exhibit A-16

See attached 602 2 of 3 1 of 3

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# REASONABLE MODIFICATION OR ACCOMMODATION REQUEST

CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| SQ | 08-0708 | 18. ADA |

***NOTE:*** **THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) old # | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Rusty Sims T-75226. | S-04361 | -u- | ——— | 1-AC-65 |

**In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.**

**You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.**

**Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.**

**If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.**

**To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.**

**Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.**

**If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.**

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

mobility impaired. Complex Regional Pain Syndrome and Reflex Sympathetic Dystrophy.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

about 3 years of medical Records here at San Quentin. Consultations w/ DR Mendius - Neurologist on 1-18-08 at Marin County Jail. plus 2 previous ones. Also - Disability Placement.

DESCRIBE THE PROBLEM:

A/C doesn't honor permanent medical disability chronos after one year. See attached 602 for greater Details) Am having to wear shower shoes due to A/C policy.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? need shoe chrono renewed for 1) personal shoes and 2) to be worn during all movement inside the A/C and outside the A/C. to showers, to visits, to yard, to medical appointments etc. w/out chrono, I have to wear extremely thin shower shoes through Rain, mud, over Rocks. causes too much pain. Scott Pinholster has a chrono to have his shoes anytime he leaves his cell. this is what I need.

Rusty Sims

INMATE/PAROLEE'S SIGNATURE

2-21-08

DATE SIGNED

MAR 04 REC'D

MAR 12 REC'D

57

C 07 05040 SBA (PR) Exibit A-17.

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE SIMS, S04631
Current Housing: 1AC65

Date: March 14, 2008

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CSQ-2-08-00708

ASSIGNED STAFF REVIEWER: HCM
APPEAL ISSUE: ADA
DUE DATE: 04/03/2008

Inmate SIMS, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.

D. Padilla or R. Brau
Appeals Coordinator
San Quentin State Prison

See attached 602 1 of 2

1 of 3

G

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**CDC 1824 (1/95)**

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| SQ | 08-0708 | 18. ADA |

***NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) old # | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Rusty Sims T-75226. | S-04361 | -U- | — | 1-AC-65 |

**In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.**

**You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.**

**Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.**

**If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.**

**To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.**

**Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.**

**If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.**

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

mobility impaired. Complex Regional Pain Syndrome and Reflex Sympathetic Distrophy.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

about 3 years of medical Records here at San Quentin. consultations w/ DR Mendius - Neurologist on 1-18-08 at Marin County Jail. plus 2 previous ones. Also - Disability Placement.

DESCRIBE THE PROBLEM:

A/C doesn't honor permanent medical disability chronos after one year. See attached 602 for greater Details) Am having to wear shower shoes due to A/C policy.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? need shoe chrono renewed for 1) personal shoes and 2) to be worn during all movement inside the A/C and outside the A/C. to showers, to visits, to yard, to medical appointments etc. w/out chrono, I have to wear extremely thin shower shoes through Rain, Mud, over Rocks. causes too much pain. Scott Pinholster has a chrono to have his shoes anytime he leaves his cell. this is what I need.

Rusty Sims
INMATE/PAROLEE'S SIGNATURE

2-21-08
DATE SIGNED

MAR 04 REC'D
MAR 12 REC'D
MAR 27 2008 MAR 14 2008

56

C 07 05040 SBA (PR) Exhibit A-16

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**CDC 1824 (1/95)**

## REVIEWER'S ACTION

DATE ASSIGNED TO REVIEWER: MAR 12 2008
DATE DUE: APR 03 2008

**TYPE OF ADA ISSUE**

[X] PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

[X] Auxiliary Aid or Device Requested

[ ] Other Shoe chrono for personal shoes

[ ] PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:** You were assessed and interviewed by Dr. Griffith on 3/26 regarding your request. A CDC 7410 stating patient should wear athletic shoes when out of cell and should not be required to wear leg irons was issued by the specialist.

3/27/08
DATE INMATE/PAROLEE WAS INTERVIEWED

Dr. Griffith
PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

[ ] GRANTED [ ] DENIED [X] PARTIALLY GRANTED

**BASIS OF DECISION:** Based on the reason cited your request is partially granted.

**NOTE:** *If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.*

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|
| C. Olarven 3/27/08 | RN. | SQSP |

## APPROVAL

| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
|---|---|
| [signature] DAW | 3/27/08 |

DATE RETURNED TO INMATE/PAROLEE: APR 01 REC'D

See attached 602 2 of 2

1 of 3

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# REASONABLE MODIFICATION OR ACCOMMODATION REQUEST

CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| SQ | 08-0708 | 18. ADA |

**NOTE: THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) old # | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Rusty Sims T-75226. | S-04361 | -u- | — | 1-AC-65 |

**In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.**

**You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.**

**Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.**

**If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.**

**To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.**

**Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.**

**If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.**

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

mobility impaired. Complex Regional Pain Syndrome and Reflex Sympathetic Distrophy.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

about 3 years of medical Records Here at San Quentin. consultations w/ DR Mendius - Neurologist on 1-18-08 at Marin County Jail. plus 2 previous ones. Also - Disability Placement.

DESCRIBE THE PROBLEM:

A/C doesn't honor permanent medical disability chronos after one year. See attached 602 for greater Details) Am having to wear shower shoes due to A/C policy.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

need shoe chrono renewed for 1) personal shoes and 2) to be worn during all movement inside the A/C and outside the A/C. to showers, to visits, to yard, to medical appointments etc. w/out chrono, I have to wear extremely thin shower shoes through Rain, Mud, over Rocks. causes too much pain. Scott Pinholster has a chrono to have his shoes anytime he leaves his cell. this is what I need.

Rusty Sims
INMATE/PAROLEE'S SIGNATURE

2-21-08
DATE SIGNED

MAR 04 REC'D
MAR 12 REC'D

57

C 07 05040 SBA (PR) Exibit A-17.

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**CDC 1824 (1/95)**

## REVIEWER'S ACTION

DATE ASSIGNED TO REVIEWER: MAR 12 2008
DATE DUE: APR 03 2008

**TYPE OF ADA ISSUE**

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

☐ Auxiliary Aid or Device Requested

☒ Other Inmate request to wear shoes under escort and no leg restraints.

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:** Inmate interviewed on 3/31/08. Inmate requested to not wear leg restraints and be allowed to wear shoes rather than shower shoes while under escort in violation of unit policy. It should be noted that Inmate was recorded vigorously exercising, doing push ups and burpies for about 30 minutes. It is hard to see the need for these accommodations but none the less the inmate was seen by a padiatrist on 3/26/08 and the unit is awaiting his recommendation. Video available upon request from Lt. D. Schlosser. Adjustment Center.

3/31/08
DATE INMATE/PAROLEE WAS INTERVIEWED

D Schlosser Lt.
PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

☐ GRANTED ☒ DENIED ☐ PARTIALLY GRANTED

**BASIS OF DECISION:** Waiting for recommendation from medical but based on unit review inmate does not meet criteria for accommodation. Will review any chrono submitted by Medical as recieved.

**NOTE:** *If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.*

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|
| D Schlosser | Lt. | A/C SQSP |

## APPROVAL

| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
|---|---|
| [signature] | 5/2/08 |

DATE RETURNED TO INMATE/PAROLEE APR 02 REC'D

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE SIMS, S04631
Current Housing: 1AC65

Date: March 14, 2008

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CSQ-2-08-00708

ASSIGNED STAFF REVIEWER: HCM
APPEAL ISSUE: ADA
DUE DATE: 04/03/2008

Inmate SIMS, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.

D. Padilla or R. Brau
Appeals Coordinator
San Quentin State Prison

Sanitation memo
R.W.
captain Fox
paragraph 4
Dated: Feb 25th.

602

C 07 05040 SBA (PR) Exibit A-15

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC 128 B (8-87)

**NAME and NUMBER** SIMS, S04361, 1AC65

Per ARP Section H (3) Direct Threat, your request for accommodation is being denied at this time due to the substantial harm you pose to the health and safety of staff. You are housed in the Adjustment Center, as a Safe Keeper based upon your history of Battery on Staff. Inmates housed in the Adjustment Center are under strict property restrictions and stringent escorting procedures / polices regarding movement within the unit. Therefore, further consultation with medical staff will be conducted before approval of you request for accommodation to not wear leg restraints and your request to wear shoes while under escort. These requests contradict Adjustment Center unit escorting procedures and based on your history of violence toward staff, place staff at an unnecessary risk. It should be noted that staff video recorded you exercising vigorously on the Adjustment Center Yard for over 20 minutes. This exercise included but was not limited to doing pushups, and burpies. This vigorous exercise contradicts your alleged medical conditions you have reported to staff. This 128B as well as the video of you exercising will be reviewed by medical staff in regards to your request for accommodation.

D. Schlosser
Correctional Lieutenant
Adjustment Center

Original: Central File
cc: I[redacted]
CMO

**INFORMATIONAL CHRONO** **CSP-SQ**

**DATE** 4/3/08

55

FROM:

BYRON P. WILSON
P.O. BOX P-96022
S.Q.S.P.
SAN QUENTIN, CA 94974

APR 10

UNITED STATES DISRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNI

1301 CLAY STREET.
SUITE 400 SOUTH.
OAKLAND, CA.
94612.

LEGAL MAIL

ATTN: DOCKET CLERK.

CONFIDENTIAL LEGAL MAIL