FILED
MAY -1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

4-28-08

Dear Sirs — ① On 4-8-08, I sent a Large supplement motion through a prisoner next door to me named Byron Wilson — Please let me know if you received this, it was approximately 60 pages in length and had numerous attachments as well as a Hand written motion pertaining to a current medical negligence issue. I sent it to my next door neighbor in 1-AC-64 because my incoming and outgoing legal mail has been being opened prior to my receiving it and has been as late as 3 weeks. ~~[scratched out]~~
PLEASE SEND ME A FILE STAMPED COPY OF MOTION.

② Also — On Friday, April 25, I received an order denying my request for default judgement. In the order, it says that the Defendants HAVE responded to petitioners claim. I have not received this response and therefore cannot reply to their response. This response also wasn't listed on the Docket Sheet I recently received. I wonder if SBA maybe got cases mixxed up? The default request was made because the defendants havent responded in 30 days to petitioners claim. per CCP§ 585.

Please let me know about these 2 questions asap. Thanks

Sincerely —
Rusty Sims. 50436/
SiQiSiP 1-AC-65
San Quentin, CA. 94974

Case # C-07-05040 SBA (PR)

[Left margin, vertical:] Also — Please send me a copy of defendants Docket tracking sheet.

Rusty Sims SJ04361/T75226
San Quentin State Prison
San Quentin, CA. 94974

2008 APR 30 20:—

SAN QUENTIN STATE PRISON

Office of the Clerk,
U.S. District Court,
Northern District of Californ
1301 Clay Street,
Suite 400 South,
Oakland, CA.
94612

ATTN: Deputy Clerk Jessia Mo

Confidential
Legal-mail