**FILED**
MAY - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Sirs —                                               5-3-08

　　　　IN RE: C-07-05040 SBA (PR)
Rusty Sims v. CDCR et al,
　　I, the plaintiff, not having made proper proof of service within 120 days of order on In pauperis status was granted — or filing of claim — and not being able to pay any of the fee, hereby request this case in its entirety be dismissed without prejudice until such a time as plaintiff is efficient with civil case law or can obtain a copy of Prisoners Self Help litigation manual. Also ask that fees be waived. Please file enclosed motion and service defendants, as I have no copy machine access today and no more stamps.

Thanks

Respectfully,

Rusty Alan Sims  S-04361/T-75226
S.Q.S.P.  1-AC-65
San Quentin, CA.
94974