FILED
MAY - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Rusty Sims   S-04361 / T-75224
S.Q.S.P.   1-AC-65
San Quentin, CA. 94974

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA.

NO: C-07-05040 SBA (PR)

RUSTY ALAN SIMS,
         Plaintiff
    v.
California Department of Corrections, et al.,
         Defendant

Plaintiffs Request for Dismissal without prejudice.

TO THE HONORABLE SAUNDRA BROWN ARMSTRONG:

I, The plaintiff in the above entitled action, hereby request a dismissal of this action without prejudice for the following reasons:

1) This was filed four months ago and plaintiff still has not been able to contact the marshalls office to properly service complaint on all defendants. This is because plaintiff did not know this was expected. And it is impossible to make triplicate copies of every supplement, motion etc because we are only allowed 15 copies at a time and additional copies cost money. Something this plaintiff doesn't have.

2) Plaintiff hasn't payed any of the filing fees.

3) Plaintiff is largely unfamiliar w/ civil law. Needs time to study.

   This was executed on 5-4-08, under penalty of perjury, on 5-4-08 at Marin County California.

C-07-05040 SBA (PR)                              1

1  5-4-08

Rusty Sims
Plaintiff

*/s/ Rusty Sims*

C-07-05040 SBA (PR)                          2



Rusty Sims S-04361
S.Q.S.P. 1-AC-65
San Quentin, CA.
94974

NORTH BAY CA 949
07 MAY 2008 PM 4 T

U.S. District court for the
Northern District of California.
ATTN: Clerk.
1301 Clay Street
Suite 400 South.
Oakland, CA. 94612

Confidential
Legal-Mail

Confidential legal mail