Dear Sirs –

**FILED**
JUN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

In re C.07 05040 SBA PC

Please update my address as follows:

Rusty Sims T-75226
S.Q.I.S.I.P.
San Quentin, CA
94974

Also – I had asked that this case be dismissed w/out prejudice and submitted a motion for same.

I never serviced defendants w/in 120 days. So it's defective. Unless SBA is allowing it to go through w/out proper servicing through the marshalls office.

Thanks

Rusty Sims

6-7-08