Rusty Sims T-75226
S.Q.I.S.I.P. 1-AC-65
San Quentin, CA.
94974

Confidential
Legal mail

Northern court for the district
of northern california —
1301 Clay street. Suite 400 South.
Oakland, CA. 94612
ATTN: Clerk of Dockets.