U.S. Dist
California Norther.
CIVIL DOCKET FOR C/
Internal





Sims v. California Department of Corrections &
Rehabilitation et al
Assigned to: Hon. Saundra Brown Armstrong
Cause: 42:1983 Prisoner Civil Rights

**Plaintiff**

**Rusty Alan Sims**                                   repre:

V.

**Defendant**

**California Department of
Corrections & Rehabilitation**

**Defendant**

**Sailor**
*Chief Medical Officer*



**Defendant**

**Lamboy**
*Officer*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2008 | 18 | NOTICE of Change of Addr( envelope)(kc, COURT STAI |
| 05/08/2008 |  | (Court only) ***Civil Case 5/8/2008) (Entered: 05/15/20u8) |
| 05/08/2008 | 17 | NOTICE of Voluntary Dismissal Without Prejudice, by Rusty Alan Sims (jlm, COURT STAFF) (Filed on 5/8/2008) (Entered: 05/15/2008) |

CLOSED, E-Filing, ProSe

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:07-cv-05040-SBA
## Internal Use Only

Sims v. California Department of Corrections & Rehabilitation et al
Assigned to: Hon. Saundra Brown Armstrong
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 09/28/2007
Date Terminated: 05/08/2008
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

**Plaintiff**

**Rusty Alan Sims**    represented by    **Rusty Alan Sims**
S-04361
California State Prison - San Quentin
San Quentin, CA 94974
PRO SE

V.

**Defendant**

**California Department of Corrections & Rehabilitation**

**Defendant**

**Sailor**
*Chief Medical Officer*

**Defendant**

**Lamboy**
*Officer*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2008 | 18 | NOTICE of Change of Address by Rusty Alan Sims (Attachments: # 1 envelope)(kc, COURT STAFF) (Filed on 6/10/2008) (Entered: 06/12/2008) |
| 05/08/2008 |  | (Court only) ***Civil Case Terminated. (jlm, COURT STAFF) (Filed on 5/8/2008) (Entered: 05/15/2008) |
| 05/08/2008 | 17 | NOTICE of Voluntary Dismissal Without Prejudice, by Rusty Alan Sims (jlm, COURT STAFF) (Filed on 5/8/2008) (Entered: 05/15/2008) |

| 05/08/2008 | 16 | Letter re Request for Dismissal, from Rusty Alan Sims, dated 05/03/08. (jlm, COURT STAFF) (Filed on 5/8/2008) (Entered: 05/15/2008) |
|---|---|---|
| 05/01/2008 | 15 | Letter re Supplemental Motion and Order Denying Request for Default Judgment, from Rusty Sims, dated 04/28/08. (jlm, COURT STAFF) (Filed on 5/1/2008) (Entered: 05/02/2008) |
| 04/15/2008 | 14 | ORDER by Judge Saundra Brown Armstrong denying 11 Motion for Default Judgment (ig, COURT STAFF) (Filed on 4/15/2008) (Entered: 04/17/2008) |
| 04/11/2008 | 13 | Declaration of Rusty Sims in Support of 1 Complaint filed byRusty Alan Sims. (Attachments: # 1 Part 2 of 3, # 2 Part 3 of 3)(Related document(s) 1 ) (jlm, COURT STAFF) (Filed on 4/11/2008) (Entered: 04/14/2008) |
| 04/11/2008 | 12 | Letter re Proper Service of Defendants from Keith Bulkin on behalf of Rusty Sims. (jlm, COURT STAFF) (Filed on 4/11/2008) (Entered: 04/14/2008) |
| 04/10/2008 | 11 | MOTION for default judgment as to defendant filed by Rusty Alan Sims. (jlm, COURT STAFF) (Filed on 4/10/2008) Modified on 4/15/2008 (kk, COURT STAFF). (Entered: 04/11/2008) |
| 04/10/2008 | 10 | Letter re Case Status from Rusty Sims. (jlm, COURT STAFF) (Filed on 4/10/2008) (Entered: 04/11/2008) |
| 04/02/2008 | 9 | Letter re Case Status, from Rusty Sims, dated 03/24/08. (jlm, COURT STAFF) (Filed on 4/2/2008) (Entered: 04/03/2008) |
| 02/14/2008 | 8 | NOTICE of Change of Address by Rusty Alan Sims (jlm, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 01/17/2008 | 7 | ORDER by Judge Saundra Brown Armstrong, GRANTING 6 Motion for Leave to Proceed in forma pauperis. The total filing fee due is $350.00. The initial partial filing fee due for Plaintiff at this time is $4.00. (lrc, COURT STAFF) (Filed on 1/17/2008) Modified on 1/18/2008 (jlm, COURT STAFF). (Entered: 01/17/2008) |
| 11/07/2007 | | (Court only) ***Motions terminated: (jlm, COURT STAFF) (Filed on 11/7/2007) (Entered: 11/16/2007) |
| 11/07/2007 | 6 | MOTION for Leave to Proceed in forma pauperis filed by Rusty Alan Sims. (jlm, COURT STAFF) (Filed on 11/7/2007) (Entered: 11/16/2007) |
| 10/30/2007 | 5 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (jlm, COURT STAFF) (Filed on 10/30/2007) (Entered: 11/05/2007) |
| 10/16/2007 | 4 | NOTICE of Change of Address and request for subpoena by Rusty Alan Sims (jlm, COURT STAFF) (Filed on 10/16/2007) Modified on 10/22/2007 (kk, COURT STAFF). (Entered: 10/19/2007) |
| 09/28/2007 | | CASE DESIGNATED for Electronic Filing. (jlm, COURT STAFF) (Filed on 9/28/2007) (Entered: 10/01/2007) |
| 09/28/2007 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (jlm, COURT STAFF) (Filed on 9/28/2007) |

|            |   |                                                                                                                                                                                                                                     |
|------------|---|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |   | Additional attachment(s) added on 10/2/2007 (jlm, COURT STAFF). (Entered: 09/28/2007)                                                                                                                                               |
| 09/28/2007 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Rusty Alan Sims. (jlm, COURT STAFF) (Filed on 9/28/2007) Additional attachment(s) added on 10/2/2007 (jlm, COURT STAFF). (Entered: 09/28/2007)                                |
| 09/28/2007 | 1 | COMPLAINT; no process, against California Department of Corrections & Rehabilitation, Sailor, Lamboy. Filed byRusty Alan Sims. (jlm, COURT STAFF) (Filed on 9/28/2007) Additional attachment(s) added on 10/2/2007 (jlm, COURT STAFF). (Entered: 09/28/2007) |