DEPARTMENT OF CORRECTION

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| | | | | |
|---|---|---|---|---|
| None | | Bottom Bunk | P / T _____ |
| Barrier Free/Wheelchair Access | P / T _____ | Single Cell (See 128-C date: _____ ) | P / T _____ |
| Ground Floor Cell | P / T _____ | Permanent OHU / CTC (circle one) | P / T _____ |
| Continuous Powered Generator | P / T _____ | Other _____ | P / T _____ |

## B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| None | 70188 X2 | Wheelchair: (type) _____ | P / T _____ |
| Limb Prosthesis | P / T | Contact Lens(es) & Supplies | P / T _____ |
| Brace | (P) / T | Hearing Aid | P / T _____ |
| Crutches | P / T | Special Garment: | |
| Cane: (type) | (P) / T | (specify) _____ | P / T _____ |
| Walker | P / T | Rx. Glasses: _____ | P / T _____ |
| Dressing/Catheter/Colostomy Supplies | P / T _____ | Cotton Bedding | P / T _____ |
| Shoe: (specify) _____ | P / T _____ | Extra Mattress | P / T _____ |
| Dialysis Peritoneal | P / T _____ | Other _____ | P / T _____ |

## C. OTHER

| | | | |
|---|---|---|---|
| None | | Therapeutic Diet: (specify) | P / T _____ |
| Attendant to assist with meal access and other movement inside the institution. | P / T _____ | _____ | |
| | | Communication Assistance | P / T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P / T _____ |
| | | Short Beard | P / T _____ |
| Wheelchair Accessible Table | P / T _____ | Other _____ | P / T _____ |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?   ☒ Yes   ☐ No

If yes, specify: _____

| INSTITUTION | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE | T 75226 |
| (CIRCLE ONE)    APPROVED / DENIED | Issued 2 knee spps 2.6.07  2/1 | Sims, Rusty  15 |

COMPREHENSIVE ACCOMMODATION
CHRONO

C 07 05040 SBA (PR) Exibit C

STATE OF CALIFORNIA

2040 60 80 100

2040 60 80

## COMPREHENSIVE ACCOMMODATION CHRONO

DEPARTMENT OF CORRECTIONS

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

| | | | |
|---|---|---|---|
| None | | Bottom Bunk | P / T _____ |
| Barrier Free/Wheelchair Access | P / T _____ | Single Cell (See 128-C date: _____ ) | P / T _____ |
| Ground Floor Cell | P / T _____ | Permanent OHU / CTC (circle one) | P / T _____ |
| Continuous Powered Generator | P / T _____ | Other _____ | P / T _____ |

### B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| None | | Wheelchair: (type) _____ | P / T _____ |
| Limb Prosthesis | P / T _____ | Contact Lens(es) & Supplies | P / T _____ |
| Brace | P / T _____ | Hearing Aid | P / T _____ |
| Crutches | P / T _____ | Special Garment: | |
| Cane: (type) _____ | P / T _____ | (specify) _____ | P / T _____ |
| Walker | P / T _____ | Rx. Glasses: | P / T _____ |
| Dressing/Catheter/Colostomy Supplies | P / T _____ | Cotton Bedding | P / T _____ |
| Shoe: (specify) Reebok #608 SIZE 11-4E | P / T _____ | Extra Mattress | P / T _____ |
| Dialysis Peritoneal | P / T _____ | Other _____ | P / T _____ |

### C. OTHER

| | | | |
|---|---|---|---|
| None | | Therapeutic Diet: (specify) | P / T _____ |
| Attendant to assist with meal access and other movement inside the institution. | P / T _____ | _____ | |
| | | Communication Assistance | P / T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P / T _____ |
| | | Short Beard | P / T _____ |
| Wheelchair Accessible Table | P / T _____ | Other _____ | P / T _____ |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?   ☐ Yes   ☐ No

If yes, specify: _____

| | | |
|---|---|---|
| INSTITUTION SG | COMPLETED BY (PRINT NAME) Von GRIFFITH | TITLE DPO |
| SIGNATURE | DATE 12 JAN 06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| ICM/CMO SIGNATURE | DATE 1-17-06 | SIMS, R |
| CIRCLE ONE APPROVED / DENIED | | T 95336 |

COMPREHENSIVE ACCOMMODATION
CHRONO

17

AC2 3S

4:07 05040 SBA (PR) Exhibit D

AUG-28-2007 TUE 06:47 AM SQ TRANSFER NURSE          FAX NO. 415 454 460 5342          P. 12

180315                    Per Hold                    DEPARTMENT OF CORRECTIONS

TE OF CALIFORNIA
CONFIDENTIAL MEDICAL/MENTAL HEALTH                    ☒ NEEDS IMMEDIATE ATTENTION
INFORMATION TRANSFER-SENDING INSTITUTION
DC 7371 (Rev. 03/04)    ☐ Medical and Return    ☐ Psychiatric and Return    ☐ Return from Medical and Return

| SENDING INSTITUTION | INMATE/NAME | CDC NUMBER |
|---|---|---|
| SQ | Sims Rusty | 175226 |

| Allergies: | No known allergies ☐ |
|---|---|

**SIGNIFICANT MEDICAL / DENTAL / MENTAL HEALTH PROBLEMS / COMMENTS**

| (e.g. suicide attempt, open sores, secretions, passing in-consistent chronic, laboratory tests, x-rays) | Chronic Care Program (List type) | Date of Last Visit |
|---|---|---|
| HCV HBV | | |
| Chronic (?) foot pain | | |

| Date of Last Physical: 7-13-05 | Keyhea ☐ |

| Mental Health Level of Care | ☒ None | ☐ CCCMS | ☐ EOP | ☐ MHCB | Suicide History ☐ Yes ☒ No |

| Prosthetic device? | ☐ Yes ☒ No | Type: |

| Medical Hold Initiated? | ☐ Yes ☒ No | Reason: 7410 | TB alert code: (R2) |

| Medical Chronos reviewed? | ☒ Yes ☐ No | Type of Medical Chrono: |

**MEDICATIONS PRESCRIBED**

| Medication Administration Recorded Attached | ☐ Yes ☒ No | Pharmacy Profile Attached | ☒ Yes ☐ No |

| Name of Medication (including TB) | Dose | Route | Frequency | Start Date | Stop Date | Heat Risk Med |
|---|---|---|---|---|---|---|

**DIAGNOSTIC TESTS PERFORMED**

| Is inmate pregnant? ☐ Yes ☒ No ☐ EDC |
|---|
| Tuberculosis: annual |
| PPD Test 0 mm  Date Read 3-12-07 |

| Chest X-ray |
|---|
| ☐ Normal  ☐ Abnormal  Date Read |

| Disability (See CDC 1845) | | Developmental Disability | |
|---|---|---|---|
| DPW ☐ | DPS ☐ | DD1 ☐ | DD2 ☐ |
| DPV ☐ | DPM ☐ | DDA ☐ | DD3 ☐ |
| DPH ☐ | DPO ☐ | | |
| | DNM ☐ | | |

**MISC TESTS** (Check each Box that applies to inmate) 9/05
| RPR/VDRL: ☐ Reactive ☒ Non-reactive | Treated? ☐ Yes ☐ No | Date treated: |
| Hepatitis: ☒ Positive ☐ Negative  Type: ABC | Treated? ☐ Yes ☐ No | Date treated: |

Other screening test results & date          Other Laboratory Data
HIV @ 9/05

| Pending Medical/Mental Health Appointments | Date | Attachments ☒ Yes ☐ No |
|---|---|---|
| ☐ Chronic Care | | Special Transport Instructions |
| ☐ Specialty | | |
| ☐ Telemedicine | | |
| ☐ Other | | |

| COMPLETED BY SENDING INSTITUTION RN (Print/Stamp Name) | SIGNATURE / TITLE / DATE / TIME | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| Penny Gaffney RN SQ Transfer Nurse | Penny Gaffney 8-28-07 (0620) | Sims Rusty 175226 |
| REVIEWED BY RECEIVING INSTITUTION RN/MTA/LPT (Print/Stamp Name) | SIGNATURE / TITLE / DATE / TIME 18 | 08-16-77 |

ORIGINAL / RECEIVING INSTITUTION          RECEIVING INSTITUTION
CANARY / SENDING INSTITUTION

AUG-28-2007 TUE 06:47 AM SG TRANSFER NURSE          FAX NO. 415 454 460 5342          P. 13

```
                        *** PATIENT PROFILE ***
              Includes Current Prescriptions as of 08/28/2007
**********************************************************************
                                              CURRENT UNIT: 1AC-063S
T-75226  SIMS, R              DOB:   /   /     HT:   ft   in
ALLERGIES: SALSALATE                          WT:      0
START        Rx/QTY  DRUG                      PHYSICIAN          STOP
--------------------------------------------------------------------
02/09/2007 446742  GABAPENTIN 600MG            DASZKO, J. M.D.  02/09/2008
FKF                TAKE 2 CAP/TAB IN THE AM & 2 TABS IN THE PM(OK)DOT 1EY-0388

06/26/2007 486689  DC MED. TRAMADOL            ALVAREZ, F.      09/24/2007
ECG                                                            3EY-0578

08/08/2007 496102  SELENIUM SULFIDE 2.5% LOT   DAVY WU          11/06/2007
JS             120 USE AS DIRECTED                              1AC-065S

08/15/2007 476149  MULTIVITAMIN PLAIN          ALVAREZ, F.      11/13/2007
FW              30 TAKE 1 TAB/CAP DAILY                         1AC-015S

08/18/2007 484437  LORATADINE 10MG             BURGETT, J NP    09/17/2007
FW              30 TAKE 1 TAB/CAP DAILY                         1AC-015S

08/18/2007 484439  IBUPROFEN 800MG             BURGETT, J NP    09/17/2007
FW              60 TAKE 1 TAB/CAP 2 TIMES A DAY W/ FOOD         1AC-015S

08/18/2007 484440  NORCO                       BURGETT, J NP    09/17/2007
FW              60 TAKE 1 TAB -AM TAKE 1 TAB -PM                1AC-015S
```

```
PAGE 1              *** END OF PROFILE ***     PRINTED: 08/28/2007
```

EXH

## NON FORMULARY DRUG REQUEST

**BE COMPLETED BY PRESCRIBER:**

1. This form must be completed before the pharmacy can acquire a non-formulary drug for dispensing.

2. A 24 to 48 hours advance notice may be required before approved non-formulary drug request item be obtained by the pharmacy for dispensing. The pharmacy will notify the prescriber in all cas delay.

3. A therapeutically equivalent agent may be available in the formulary. *Please call your pharmac assistance in making this determination.*

| TO: Chief Medical Officer<br>Chief Psychiatrist<br>Chair, P&T Committee or<br>Pharmacy Services Committee | FROM (Physician, Dentist or other authorized prescriber):<br><br>Name: *Davy Wu*<br><br>Signature: *Davy Wu*      Date: 8-15-7 |
|---|---|

The inmate named below has therapeutic requirements that cannot be met by currently available standard stced resources, therefore, the acquisition of the following agent(s) is requested:

| Patient's Name: *Sims, Rusty* | CDC Number: *T75226* | Housing: *AC* | |
|---|---|---|---|
| Medication Requested:<br>*methadone* | | Strength:<br>*10mg bid* | Dosage For |

Indication: *Chronic regional pain syndrome foot*

Expected Duration of Therapy: *3 months*

Formulary Medications Already Tried: *norco, tramadol, ibuprofen, baclofen neurontin*

Reason(s) Why Formulary Medications Are Not Suitable:
*MS contin 30 too much and too easy to abuse by chewing*

**AUTHORIZATION FOR ACQUISITION:**        *RN copy*

☐ APPROVED

☐ DISAPPROVED                    *20*

Reason for disapproval:

Medical Officer/Chairperson P & T Committee          Date

| DATE | TIME | PROB # | |
|------|------|--------|--|
| 8/15/2007 | | | **S:** (history includes details pertinent to the patient's medical complaint) |

chronic (L) foot pain
past trauma complicated by infection.
on norco, neurontin.
norco wears off too soon. motrin no help.
wonders if can get fentanyl patch.

**O:** (physical assessment)  T: 98  P: 73  R: 20  B/P: 142/88  Wt:

alert, nad
(L) foot metatarsal #1 depressed inward
    medial soft tissue much absent
    mild allodynia
slight limp
(R) retroareolar induration

**A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.)

— chronic foot pain

**P:** (MTA – referral to a higher licensure for prioritization and evaluation.)
    (RN –action to be taken by the RN so that the patient receives appropriate medical care.)

request methadone 10 bid
— breast mass possibly just scar tissue
from past piercing.

**E:** (education provided) bx already requested
by last provider.

| INSTITUTION | CSP, San Quentin | ROOM / WING | AC1 00000000015S |
|---|---|---|---|

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)
T75226
SIMS, RUSTY
8/16/1977

CDC 7254 (8/89)

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

| Date | Time | Prob # | |
|---|---|---|---|
| 7/23/09 | 1245 | | **S:** (history includes details pertinent to the patient's medical complaint) |
| | | | F/u ultrasond results ® breast mass |
| | | | F/u lab results - |
| EPRD 2016 | | | **O:** (physical assessment) T: 97.9 P: 77 R: 19 B/P: 122/69 Wt: 212 |
| | | | ® breast mass under lower lateral nipple |
| | | | ① foot + leg exam - CTSMs WNL |
| | | | able ROM WNL |
| | | | Ambulates well |
| reviewed | | | labs 6/29/09 CMP WNL tox screen - opiate neg |
| | | | ® breast mass 6/18/09 - negative - biopsy suggested |
| Meds | 1200 Am+Pm | | **A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| Gabapen ↑ | Am + Pm | | ® breast mass          hx HCV |
| Norco ↓ | 800 mg B/P E food | | Chronic pain ① leg + foot |
| Ibuprofen | 800 mg Am+pm | | **P:** (MTA – referral to a higher licensure for prioritization and evaluation.) (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| Loratadine | 10 mg NO | | RFS - Special procedure clinc |
| MVI | | | F/u as scheduled c MD for chronic pain as scheduled |
| | | | **E:** (education provided)  need for biopsy |
| | | | need to wait c MD/Soph for pain control - Ø refuse meds + respect |

| INSTITUTION SQ | ROOM/WING 3 E4 57 | CDC NUMBER, NAME, (LAST, FIRST, MI) |
|---|---|---|
| OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES | | Sims, Rusty  T 75226  8-16-77 |

CDC 7254 (8/89)

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

C-07 05040 SBA Exhibit I

(18)

## DEPARTMENT OF CORRECTIONS
## SAN QUENTIN STATE PRISON

### SOAPE NOTE

PATIENT: SIMS, RUSTY

CDC: T75226

DATE OF BIRTH: 08/16/1977

DATE OF SERVICE: 06/26/2007

HOUSING UNIT: 3 East 45

PAROLE DATE: 2016

PAST MEDICAL HISTORY:
. Chronic pain of the left foot status post skateboarding injury and infection.
. Hepatitis C antibody positive, viral load undetectable.

SUBJECTIVE: This is a 30-year-old male with chronic left foot pain, currently taking gabapentin 1,200 mg b.i.d., ibuprofen 800 mg b.i.d., tramadol 50 mg b.i.d., and Norco 1 b.i.d. Despite having excellent function and being able to exercise and ambulate without any difficulty, this patient is requesting an increase of his opioid analgesic regimen, as usual. The patient is also complaining of a nodule at the right nipple status post having pierced his nipple himself with paperclip and resulting in an infection. Currently, he has no discharge or fevers. Most recent hepatitis C viral load is undetectable. His LFTs were within normal limits last year, but he has not had one this year.

PHYSICAL EXAM: His temperature is 97.3, pulse 76, respiratory rate 19, blood pressure 132/75. His weight is 2 pounds, stable. He is alert and oriented x3, in no acute distress. Abdominal is soft, nontender, benign. His left foot shows several large scars around the 1st metatarsophalangeal joint, definite decreased range of motion active and passive to that joint, but no induration or edema. He does have some tenderness and dysesthesia. His right breast shows a mildly tender nodule. No discharge. He has no lymphadenopathy anywhere. He is able to ambulate without difficulty. He has a normal gait.

ASSESSMENT:
Hepatitis C. This patient's viral load is undetectable and his LFTs are within normal limits. He is asymptomatic. We will follow his LFTs every 6 months.
Chronic pain at the left foot. The patient is asking for an increase in his opioid analgesia. He was notified that this is not appropriate for long-term management of his pain. If anything, a decrease in his opioid dose would improve its effectiveness in the long term. This patient agrees to stay on his current medical regimen. He does not want to take tramadol anymore secondary to eye pain when he takes it. The patient states that his gabapentin is very effective. One possibility would be to send him to pain management clinic and consider him for some sort of nerve blocking procedure since his pain is very focal and comes from his foot. Another possibility would be switching him to a fentanyl patch or methadone from the Norco. This is a difficult patient and his pain management is likely to be a chronic energy intensive management issue.

PLAN:
Discontinue tramadol.

PATIENT:  RUSTY SIMS
DATE OF SERVICE:  06/26/2007                                              CDC:  T75226
Page 2

2.   Check his liver function tests as well as a toxicology screen.
3.   Consider pain management referral for some sort of nerve blocking procedure or fentanyl patch.
4.   Follow up in Chronic Care in 2 months.

FERNAN ALVAREZ, M.D.

FA/sts
D: 06/26/2007 15:45:00
T: 06/28/2007 07:05:03
Job #:  69116

Civil 07-5040 SBA Exhibit K

20

| DATE | TIME |
|------|------|
| HCV | |

① chronic pain @ foot s/p Skateboarding injury

s/p Breast U/S

Nipple Nodule s/p piercing infxn.

Function - good.

Exercise - good.

HepC VL < 615

gaba 1200²
IBU 800²
Tram 50²
Norco ī²

Exam - VSS

⊕ Tender scars
Ⓛ 1st
↓ ROM
⊕ Nodule / Mild tender
φ D/C

A/p - Chronic Pain - Fxn Preserved
is Asking for φ Opioid.

Rev LFTs  F/u Breast U/S
Tox screen!

Consider Fentanyl Patch
Consider Nerve Block

Biot #
B9116

INSTITUTION    HOUSING UNIT

**INTERDISCIPLINARY PROGRESS NOTES**

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Sims
T 75226
8/14/77

CALIFORNIA                                                          DEPARTMENT OF CORRECT

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a med. condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

| | | | |
|---|---|---|---|
| None | | Bottom Bunk | P / T _____ |
| Barrier Free/Wheelchair Access | P / T _____ | Single Cell (See 128-C date: _____ ) | P / T _____ |
| Ground Floor Cell | P / T _____ | Permanent OHU / CTC (circle one) | P / T _____ |
| Continuous Powered Generator | P / T _____ | Other | P / T _____ |

### B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| None | | Wheelchair: (type) _____ | P / T _____ |
| Limb Prosthesis | P / T _____ | Contact Lens(es) & Supplies | P / T _____ |
| Brace | P / T _____ | Hearing Aid | P / T _____ |
| Crutches | P / T _____ | Special Garment: | |
| Cane: (type) _____ | P / T _____ | (specify) _____ | P / T _____ |
| Walker | P / T _____ | Rx. Glasses: _____ | P / T _____ |
| Dressing/Catheter/Colostomy Supplies | P / T _____ | Cotton Bedding | P / T _____ |
| Shoe: (specify) _____ | P / T _____ | Extra Mattress | P / T _____ |
| Dialysis Peritoneal | P / T _____ | Other | P / T _____ |

### C. OTHER

| | | | |
|---|---|---|---|
| None | | Therapeutic Diet: (specify) | P / T _____ |
| Attendant to assist with meal access and other movement inside the institution. | P / T _____ | Communication Assistance | P / T _____ |
| | | Transport Vehicle with Lift | P / T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Short Beard | P / T _____ |
| Wheelchair Accessible Table | P / T _____ | Other ADA Shower | P / T 3/7/08 |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?   ☐ Yes   ☐ No

If yes, specify: _____

| INSTITUTION | COMPLETED BY (PRINT NAME) | | TITLE |
|---|---|---|---|
| SIGNATURE | DATE 2/21/07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH | |
| HCM/CMO SIGNATURE | DATE | | |
| CIRCLE ONE) APPROVED / DENIED | | | |

COMPREHENSIVE ACCOMMODATION
CHRONO

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

IE138- Alvarez

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Sims Rusty | CDC NUMBER T 75226 | INSTITUTION S.Q. |
|---|---|---|

| DATE OF BIRTH 08/16/1977 | EPRD DATE 1,2 | GENDER M, |
|---|---|---|

PRINCIPLE DIAGNOSIS Complex Regional Pain Syndrome     ICD - 9 CODE          CPT CODE(S)

REQUESTED SERVICE(S) Neurology          # OF DAYS RECOMMENDED

Please circle all that apply: Diagnostic Procedure (Consultation)     (Outpatient) Inpatient     Initial (Follow-up)

Requested Treatment/Service is:     EMERGENT     URGENT     (ROUTINE)

For the purpose of retrospective review, if emergent or urgent, please justify: _____

Proposed Provider: DR. MENDIUS     Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): CHRONIC PAIN IN FOOT, JAW, KNEES,

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME J DASZKO, MD | (APPROVED) / AUTHORIZED / DENIED / DEFERRED BY | DATE 2-7-07 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE G72860 | DATE 02/06/07 | Utilization management tracking #: |

DATE OF CONSULTATION 3/16/07          PRINTED NAME OF CONSULTANT

FINDINGS: _____

_____ Sul CHAN _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE MENDIUS M.D. | DATE 3/16/02 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | T 75226 |
| PCP SIGNATURE | DATE | Sims, RUSTY |

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

08/16/1977

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM

IE138

27

FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B

CHECK ALL APPLICABLE BOXES

| ATE NAM | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|
| Sims, Rusty | T75226 | CSP/SQ | 2AC03 | 2.3.06 |

*Sections A - B to be completed by licensed medical staff.*

| SECTION A: REASON FOR INITIATION OF FORM | SECTION B: DISABILITY BEING EVALUATED |
|---|---|
| ☒ Inmate self-identifies to staff ☐ Third party evaluation request<br>☐ Observation by staff ☐ Medical documentation or Central File information | ☐ Blind/Vision Impaired ☐ Speech Impaired<br>☐ Deaf/Hearing Impaired ☒ Mobility Impaired |

*Sections C - G to be completed by physician only.*

| SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT | SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT |
|---|---|
| ☐ **FULL TIME WHEELCHAIR USER - DPW**<br>Requires wheelchair accessible housing and path of travel.<br><br>☐ **INTERMITTENT WHEELCHAIR USER - DPO**<br>Requires lower bunk, wheelchair accessible path of travel and *does not require wheelchair accessible cell.*<br><br>☐ **MOBILITY IMPAIRMENT - With or Without Assistive Device**<br>(Wheelchairs shall not be prescribed) - **DPM**<br>Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause).<br>Requires lower bunk, no triple bunk, and no stairs in path of travel.<br><br>☐ **DEAF/HEARING IMPAIRMENT - DPH**<br>Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.<br><br>☐ **BLIND/VISION IMPAIRMENT - DPV**<br>Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).<br><br>☐ **SPEECH IMPAIRMENT - DPS**<br>Does not communicate effectively speaking or in writing. | 1. NO CORRESPONDING CATEGORY<br><br>2. NO CORRESPONDING CATEGORY<br><br>3. ☒ **MOBILITY IMPAIRMENT (Lower Extremities) - DNM**<br>Walks 100 yards without pause with or without assistive devices.<br>☒ No Housing Restrictions ☐ See HOUSING RESTRICTIONS in Section E<br>☐ Requires relatively level terrain and no obstructions in path of travel. Do not place at: CCI, CMC-E, CRC, CTF-C, FSP, SAC, SCC I or II, SOL, or SQ. (CDC 128-C: _____)<br><br>4. ☐ **HEARING IMPAIRMENT - DNH**<br>With residual hearing at a functional level with hearing aid(s).<br><br>5. NO CORRESPONDING CATEGORY<br><br>6. ☐ **SPEECH IMPAIRMENT - DNS**<br>Does not communicate effectively speaking, but does when writing. |

| SECTION E: ADDITIONAL MEDICAL INFORMATION |
|---|
| **ALERT:** requires relatively level terrain and no obstructions in path of travel<br>complex medical needs affecting placement ☐ CDC 128-C _____ |
| **HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**<br>☐ Cane ☐ Crutch ☐ Walker ☐ Leg/Arm prosthesis ☐ Vest<br>☒ Other: Shoes) ☐ CDC 128-C(s) dated: 7410 DATED 2.3.06 |
| **STANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**<br>☐ Feeding or Eating ☐ Bathing ☐ Grooming ☐ W/C transferring<br>☐ Toileting ☐ Other: _____ ☐ CDC 128-C(s) dated: _____ | **OTHER DPP DESIGNATIONS:**<br>☐ NONE<br>| CODE | DATED | CODE | DATED | |
| **USING RESTRICTIONS:** ☒ Lower bunk ☐ No stairs ☐ No triple bunk. CDC 128-C(s) dated: 7410 DATED 2.3.06 |

| SECTION F: EXCLUSIONS |
|---|
| **ERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED:** My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. Explain in Comments Section and CDC 128-C dated _____).<br><br>**EMOVAL FROM A DPP CODE:** Removal from previous DPP code: _____ (Explain in Comments Section and CDC 128-C dated: _____)<br><br>**EMOVAL FROM ENTIRE PROGRAM:** Removal from DPP code(s): _____ (Explain in Comments Section and CDC 128-C dated: _____) |

| SECTION G: EFFECTIVE COMMUNICATION FACTORS |
|---|
| ☐ Uses Sign Language Interpreter (SLI) ☐ Reads Braille ☐ Communicates with written notes ☐ Requires large print or magnifier<br>☐ Reads lips ☐ NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD |

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

| ICIANS NAME (Print)<br>G.A. Wilson, MD | PHYSICIAN'S SIGNATURE | DATE SIGNED<br>2.3.06 |
|---|---|---|
| TH CARE MANAGER'S / DESIGNEE'S NAME (Print) | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED |

st: After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institution al mail ute the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

IBUTION: Original - Top General Chrono Section of C-File.    Green - Chrono Section, Unit Health Record.    Canary - C&PR/CC-III.    Pink-CC-I.    Gold-Inmate

82

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Sims, R. | CDC NUMBER T 78226 | INSTITUTION SQ |
|---|---|---|

| DATE OF BIRTH | EPRD DATE | GENDER M |
|---|---|---|

| PRINCIPLE DIAGNOSIS . | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) | # OF DAYS RECOMMENDED |
|---|---|

*Please circle all that apply:* Diagnostic Procedure/Consultation    Outpatient/Inpatient    Initial/Follow-up

Requested Treatment/Service is:    **EMERGENT**     **URGENT**     **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: _____ Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant)*: _____

_____

_____

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|

| REQUESTING PHYSICIAN SIGNATURE | DATE | Utilization management tracking #: |
|---|---|---|

| DATE OF CONSULTATION 11 JAN 06 | PRINTED NAME OF CONSULTANT DON GRIFFITH DPM |
|---|---|

FINDINGS: S/P dislocation left great toe - 2002
multiple surg - great toe. Hallux remains
in 30° VALGUS c̄ severe DJD at 1st MTJ.
→ Pt needs stiff sole shoe that is wider. Due to

RECOMMENDATIONS: Custody status unable to wear state leather.
CDC-7410- ~~Reebok~~ NEW BALANCE #608 - 4E

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: None

| CONSULTANT SIGNATURE | DATE 11 JAN 06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | T 78226 |
| PCP SIGNATURE | DATE | Sims, R. |

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

C 07 05040 SBA (PR) Exhibit F

№ 475073

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|------|-----------|---------|
| Sims, R | J-75226 | 12-AC-03 |

| PATIENT SIGNATURE | DATE |
|-------------------|------|
| | 12-24-05 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES: (Describe Your Health Problem And How Long You Have Had The Problem) On 12-19-05 I went to sick call, I was supposed to get an ankle brace, never did. Also, when I went to Podiatrist on 12-21-05, He said he would let you guy's know that a shoe chrono is justifiable, so, when I get the bandage, I would also get like a copy of chrono to give to property office

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|----------------------|--------------|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:    T:        P:        R:        BP:        WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---------------------------|---------------------------|----------------------------|--------------------------------------|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|--------------------|-------------------|---------------------|
| | 30 | |

*See 9 under form for Eyes*

California Department of Corrections     Health Care Services Division
Inst: _S co,_    **Encounter Form: Musculoskeletal Complaint (Non-Traumatic)**

Name: _Sims_    CDC# _T 7526_   DOB: _8-16-77_   Date/Time _12-9-05 at 1205_
Fill in the blanks and check all that apply

**SUBJECTIVE:**
Chief Complaint: _Lt foot wants special shoes_
Date and time of onset: _10-16-05_
Pain: Scale of 0-10 (0=no pain 10=worst pain): _Lt foot_
   Area of pain: _Lt foot + 4/10_
   Quality of pain: _Stays there all the time_
   What makes it better? _medication._
   History of prior pain / duration:
_meds not effective_
☐ Low back pain   ☐ Flank pain
Urinary symptoms: ☐ Urinary frequency   ☐ Dysuria
   ☐ Burning on urination   ☐ Hematuria
   ☐ Muscle spasms   ☐ Numbness   ☐ Tingling
Other: _None_
History of chronic illness: ☐ Arthritis ☐ Cancer
   ☐ Diabetes ☐ Blood dyscrasias ☐ Renal Disease
Other: _None_
History of: ☐ Fever   ☐ Chills ☐ Headache
   ☐ Nausea /Vomiting ☐ Diarrhea ☐ Fatigue
   ☐ Recent Trauma
Other: _None_
Allergies: _Sulosulte_
Current medications: _Neurotin, Baclofen_

**OBJECTIVE:**
☒ Awake, alert, oriented to person, place, time
☒ No bleeding
Vital signs: BP: _120_ Pulse: _80_ Resp: _20_
   Temp: _97_ ☐ Urine dipstick N/A
Urinalysis:
Assess areas involved:
Extremity: ☐ Upper ☐ Lower ☐ Right ☒ Left
   Describe: Color: _Scar Old incision_
☒ Warmth ☐ Tenderness ☐ Swelling:
☒ Deformity ☐ Circulation ☐ Sensation
☒ ROM Describe: _Dont want me to take_
_off Scabs_
☒ No abnormal findings
Muscle: ☐ Atrophy ☐ Hypertrophy ☐ Weakness
   ☐ Tremors ☐ No abnormal findings
Gait / Stance (describe): _Steady_
_wants Shoes._

**ASSESSMENT:**
☐ Impaired physical mobility related to: _____

☒ Pain related to / evidenced by _old_
_Surgery on Lt foot_

**PLAN:**
MD referral completed: (circle)   NO / YES If yes:
☐ **STAT** ( Positive urine dipstick and patient has pain
   and symptoms consistent with a UTI; alterations in
   circulation or sensation, new deformity or discoloration, or
   patient appears ill or has history of fever, chills, headache,
   nausea, vomiting, or diarrhea; severe muscle cramps; muscle
   weakness with or without fever; warm or acutely swollen,
   joints)    ☐ Urgent    ☒ Routine
Physician notified (name / time) _____
Physician Responded (time) _____
**MUSCLE CRAMPS / EXTREMITY PAIN**
☐ Acetaminophen 325 mg 2 tabs Q4-6 hours PRN pain;
   not to exceed 12 tabs in 24 hours.
☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab Q8-12
   hrs PRN pain x 7 days; not to exceed 3 tabs in 24hrs
☐ Activity as tolerated.
**JOINT PAIN / LOW BACK PAIN**
☐ Apply (circle one) ice or heat as appropriate.
☐ Acetaminophen 325 mg 2 tabs Q4-6 hours PRN pain;
   not to exceed 12 tabs in 24 hours.
☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab Q8-12
   hrs PRN pain x 7 days; not to exceed 3 tabs in 24hrs
☐ Activity as tolerated.
☒ Treatment given per RN Protocol: _No meds given_

**EDUCATION:**
Patient instructed in ☐ Use of medications
☒ Level of activity
☒ Patient Health Care Education Forms given to patient:
   (specify) _Wearing Shoes & Skin Care_
☒ Resubmit a Health Care Service Request Form (CDC
   7362) if increased swelling or pain; decreased ROM
   or CSM; or
☒ Patient verbalized understanding of instructions
☐ Education deferred due to patient condition.

**DISPOSITION:**
Time released _1210_
☐ Condition on release: _Stable_
☒ Returned to housing unit
☐ Housing reassignment to: _____
☐ Referred for follow-up: ☐ Physician clinic ☐ RN clinic
☐ Referred to higher level of care: (specify) _____
   Person/time contacted: _____
   Time/Mode of transfer: _____
   ERV contacted (time) _____
   ERV arrived (time) _____

_wants some Neurotin 300mg PO TID_

Signature / Title

_MK Tischer LN_

ENCOUNTER FORM: MUSCULOSKELETAL
COMPLAINTS (NON-TRAUMATIC)    _31_    3/05

C, 07 05040 SBA(PR) Exibit R

TO: Medical

From: Sims, Rusty

CDC #: T-75226

Housing: 2-AC-03

Date: 12-4-05    Co-pay ☐    Exempt from Co-pay ☐

My Foot is Bottering me with These state shoes on, They don't have enough padding. I am Suffering from Neuropathic pain Due to a couple of Surgical Proceedures (major reconstruction to a posterior Displacement in to (L) great toe) What I Would like is to get a Shoe Chrono I already have a Light duty Low Bunk/Low tier chrono from This time and a Soft Shoe chrono from Before. w/ these shoes, I can feel my joint Scraping against itself Being. I have family

No 721976

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME _Sims_ | CDC NUMBER _175226_ | HOUSING _2AC 03_ |
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)   _Shoes & glass Problem_

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☒ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

## PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
| Date / Time Reviewed by RN: | Reviewed by: |

Pain Scale:   1   2   3   4   5   6   7   8   9   10

S:   (1) Consult send on 10/20
     (2) need appointment Katy Dr
     (3) Need Eye Consult form

O:   T:       P:       R:       BP:       WEIGHT:

A:

P:   ☒ See Nursing Encounter Form _for Eyes & musculskeletal_

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☒ |
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

C  07 05040  SBA (PR) Exibit  #4  T.

HEALTH CARE SERVICES
PHYSICIAN REQUEST FOR SERVICES

DEPARTMENT OF CORRECTIONS

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Rusty Sims | CDC NUMBER T 75226 | INSTITUTION SQ |
|---|---|---|

| DATE OF BIRTH 8-16-77 | EPRD DATE | GENDER |
|---|---|---|

PRINCIPLE DIAGNOSIS  L foot Pain     ICD - 9 CODE     CPT CODE(S)

REQUESTED SERVICE(S)  Podiatry.     # OF DAYS RECOMMENDED

*Please circle all that apply:* Diagnostic Procedure/Consultation     Outpatient/Inpatient     Initial/Follow-up

Requested Treatment/Service is:     EMERGENT     URGENT     (ROUTINE)

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: _____     Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* Pt. evaunt need of Sprint for

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY  J. Mann RN um | DATE 10/24/05 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE     10/20/05 | DATE | Utilization management tracking #: 05/06-11-OP-2213 |

| DATE OF CONSULTATION 12/31/05 | PRINTED NAME OF CONSULTANT  Don Merritt DPM |
|---|---|

FINDINGS: c/o pn to foot - SB cira - Dec 2002 injured on skateboard, surg site become infected - Dec 2002 d= surg - walked on cast. Exam: LT Hallux in varus, xray continue. Pt reports that when wearing athletic shoe pn is much better.

RECOMMENDATIONS: When wearing athletic shoes pain is much better, Athletic shoes from home justified, I no longer write 128 for shoes. I do not Rx medications for pain.

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:     None

| CONSULTANT SIGNATURE | DATE |
|---|---|
| ETA RN SIGNATURE | DATE |
| PCP SIGNATURE | DATE |

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL     - FILE IN UHR
GREEN     - TO UHR PENDING ORIGINAL
CANARY     - CONSULTANT
PINK     - UM
GOLD     - SPECIALTY SCHEDULER

34

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

T 75226
SIMS, RUSTY
8-16-77

C 070 5040 SBA (PR) EX 10-11    11    13/11

California Department of Corrections                    Health Care Services Division
Inst: _____ SQSP _____    **Encounter Form: Musculoskeletal Complaint (Non-Traumatic)**

Name: _Sims, Rusty_ CDC# _T 75226_ DOB: _8/16/77_ Date/Time _9/21/05 e 1800_
Fill in the blanks and check all that apply

**SUBJECTIVE:**

Chief Complaint: _(L) foot pain_
Date and time of onset: _____
Pain: Scale of 0-10 (0=no pain, 10=worst pain): _7-8/10_
Area of pain: _(L) foot-skin + bone pain._
Quality of pain: _nerve!_
What makes it better? _Neurontin / IBUPROFEN_
History of prior pain / duration: _PINS in (L)_
_great toe area + POSTERIOR DISPL__
☐ Low back pain    ☐ Flank pain
Urinary symptoms: ☐ Urinary frequency    ☐ Dysuria
☐ Burning on urination    ☐ Hematuria
☐ Muscle spasms    ☒ Numbness    ☒ Tingling
Other: _____
History of chronic illness: ☐ Arthritis    ☐ Cancer
☐ Diabetes    ☐ Blood dyscrasias    ☐ Renal Disease
Other: _Hep C A_
History of: ☒ Fever    ☐ Chills    ☐ Headache
☐ Nausea/Vomiting    ☐ Diarrhea    ☐ Fatigue
☐ Recent Trauma
Other: _____
Allergies: _Salsylate_
Current medications: _Ø_

**OBJECTIVE:**

☒ Awake, alert, oriented to person, place, time
☒ No bleeding    _142_
Vital signs: BP: _181_/ Pulse: _72_ Resp: _16_
Temp: _98.4_ ☐ Urine dipstick
Urinalysis: _____
Assess areas involved:
Extremity: ☐ Upper ☒ Lower ☐ Right    ☒ Left
Describe: Color: _____
☐ Warmth    ☒ Tenderness    ☒ Swelling:
☒ Deformity    ☒ Circulation ☒ Sensation
☒ ROM    Describe: _____
☐ No abnormal findings
Muscle: ☐ Atrophy ☒ Hypertrophy ☐ Weakness
☐ Tremors ☒ No abnormal findings
Gait / Stance (describe): _limp_

**ASSESSMENT:**

☒ Impaired physical mobility related to:
_deformity w/t problems on foot_
☒ Pain related to / evidenced by:
_↑ pain_

**PLAN:**

MD referral completed: (circle)    NO / YES If yes:
☐ STAT ( Positive urine dipstick and patient has signs
and symptoms consistent with a UTI; alterations in
circulation or sensation, new deformity or discoloration, or
patient appears ill or has history of fever, chills, headache,
nausea, vomiting, or diarrhea; severe muscle cramps; muscle
weakness  with or without fever; warm or acutely swollen,
joints)    ☐ Urgent    ☒ Routine
Physician notified (name / time) _____
Physician Responded (time) _____
**MUSCLE CRAMPS /  EXTREMITY PAIN**
☐ Acetaminophen 325 mg 2 tabs Q4-6 hours PRN pain;
not to exceed 12 tabs in 24 hours.
☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab Q8-12
hrs PRN pain x 7 days; not to exceed 3 tabs in 24hrs
☐ Activity as tolerated.    _IBUPROFEN 200mg_
**JOINT PAIN / LOW BACK PAIN**  _1-2 ⊗ b ⊙ p x mc_
☐ Apply (circle one) ice or heat as appropriate. _foot #6c_
☐ Acetaminophen 325 mg 2 tabs Q4-6 hours PRN pain;
not to exceed 12 tabs in 24 hours.
☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab Q8-12
hrs PRN pain x 7 days; not to exceed 3 tabs in 24hrs
☐ Activity as tolerated.
☐ Treatment given per RN Protocol:

**EDUCATION:**

Patient instructed in: ☒    Use of medications
☒ Level of activity  Ø _exercise_
☐ Patient Health Care Education Forms given to patient:
(specify)_____
☒ Resubmit a Health Care Service Request Form (CDC
7362) if increased swelling or pain; decreased ROM
or CSM; or _____
☒ Patient verbalized understanding of instructions
☐ Education deferred due to patient condition

**DISPOSITION:**

Time released _1818_
☒ Condition on release: _stable_
☒ Returned to housing unit
☐ Housing reassignment to: _____
☐ Referred for follow-up: ☐ Physician clinic ☐ RN clinic
☐ Referred to higher level of care: (specify) _____
Person/time contacted: _____
Time/Mode of transfer: _____
ERV contacted (time) _____
ERV arrived (time) _____
_Shaw R_
Signature / Title

ENCOUNTER FORM: MUSCULOSKELETAL                    _35_                    3/05
COMPLAINTS (NON-TRAUMATIC)

C 07 5040 SBA (PR) Exhibit V

EPRD: General

| Date | Time | Prob # | |
|------|------|--------|---|
| 10/20/2005 | | | S: (history includes details pertinent to the patient's medical complaint) |
| | 1230 | | alarcon MD clinic: Pain (L) ⓕ toe |

Hx MUA Dinke - 1998 - recast. fall,
(L) Foot sealing → injury - Rescons. fall, 2002
c/o (L) foot Pain & Jaw pain spasm
at times -

need vicodin outside

O: (physical assessment) T: 97 P: 60 R: 16 B/P: 137/79 Wt: 230

Uplet that his neuronin + Dassocit was stopped @ SQ

Keep c fine & R. (LPH)

Says allergic to Salsalate & heary

O/E → Complaint, NAD Vitals stable

A: (medical dsg diagnosis. MTAs may not independently analyze or interpret data.)
(L) Foot. Scar of antalgic MT power

Seen a Jaw - Jaw opening good

P: (MTA - referral to a higher licensure for prioritization and evaluation.)
(RN -action to be taken by the RN so that the patient receives appropriate medical care.)

① (L) Foot s/p ORIF - Podiatry Consult

② Jaw Pain s/p Rescons surgery

E: (education provided) Now loop p pain

③ Keep c Billy

Wil Start Elavil + Back for now

Start Request

INSTITUTION CSP, San Quentin

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

Neuronin apinin

8/10 2mm golf

CDC 7254 (8/89)

ROOM / WING B 5 00000000020L

CDC NUMBER, NAME, (LAST, FIRST, MI)
T75226
SIMS, RUSTY
8/16/1977

36

C 8705040 SBAMW
LC-35   10/5

California Department of Corrections                    Health Care Services Division
Inst: **SQSP**          Encounter Form: Musculoskeletal Complaint (Non-Traumatic)

Name: **SIMS, RUSTY**   CDC#: **T75226**   DOB: **8/16/77**   Date/Time: **9/16/05   1710**

*Fill in the blanks and check all that apply*

| SUBJECTIVE: | PLAN: |
|---|---|

**SUBJECTIVE:**

Chief Complaint: **PAIN (L) GREAT TOE**
Date and time of onset: **5 YRS. AGO**
Pain: Scale of 0-10 (0=no pain 10=worst pain): **7**
  Area of pain: **(L) GREAT**
  Quality of pain: **THROBBING**
  What makes it better? **RUBBING IT + when take medication**
  History of prior pain / duration: **INJURED**
**(L) GREAT TOE IN SKATE BOARD ACCIDENT HAS 2 PINS IN TOE**
☐ Low back pain   ☐ Flank pain
Urinary symptoms: ☐ Urinary frequency   ☐ Dysuria
  ☐ Burning on urination   ☐ Hematuria
  ☐ Muscle spasms   ☐ Numbness   ☐ Tingling
Other: _____
History of chronic illness: ☐ Arthritis   ☐ Cancer
  ☐ Diabetes   ☐ Blood dyscrasias   ☐ Renal Disease
Other: **HEP C**
History of: ☐ Fever   ☐ Chills   ☐ Headache
  ☐ Nausea /Vomiting   ☐ Diarrhea   ☐ Fatigue
  ☐ Recent Trauma
Other: _____
Allergies: **SALSALATE**
Current medications: **TYLENOL - WAS TRYING SALSALATE BUT HAD ALLERGIC REACTION**

**OBJECTIVE:**
☑ Awake, alert, oriented to person, place, time
☐ No bleeding
Vital signs: BP: **131/72**  Pulse: **83**  Resp: **20**
  Temp: **98.0**  ☐ Urine dipstick
Urinalysis: _____
Assess areas involved:
Extremity: ☐ Upper ☑ Lower ☐ Right ☐ Left
  Describe: Color: _____
  ☐ Warmth   ☐ Tenderness  ☐ Swelling
  ☐ Deformity   ☐ Circulation  ☐ Sensation
  ☐ ROM   Describe: **UNABLE TO FLEX (L) GREAT TOE**
  ☐ No abnormal findings
Muscle: ☐ Atrophy   ☐ Hypertrophy  ☐ Weakness
  ☐ Tremors   ☐ No abnormal findings
Gait / Stance (describe): **STEADY, WALKS S ASSISTANCE**

**ASSESSMENT:**
☐ Impaired physical mobility related to: _____

☑ Pain related to / evidenced by: **PAIN (L) GREAT TOE**

ENCOUNTER FORM: MUSCULOSKELETAL
COMPLAINTS (NON-TRAUMATIC)

**PLAN:**
MD referral completed: (circle)   NO (YES) If yes:
☐ STAT ( Positive urine dipstick and patient has signs and symptoms consistent with a UTI; alterations in circulation or sensation, new deformity or discoloration, or patient appears ill or has history of fever, chills, headache, nausea, vomiting, or diarrhea; severe muscle cramps; muscle weakness with or without fever; warm or acutely swollen, joints)   ☐ Urgent   ☑ Routine
Physician notified (name / time) _____
Physician Responded (time) _____

**MUSCLE CRAMPS / EXTREMITY PAIN**
☑ Acetaminophen 325 mg 2 tabs Q4-6 hours PRN pain; not to exceed 12 tabs in 24 hours. **NAPROXEN 25 MG**
☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab Q8-12 hrs PRN pain x 7 days; not to exceed 3 tabs in 24hrs
☐ Activity as tolerated.

**JOINT PAIN / LOW BACK PAIN**
☐ Apply (circle one) ice or heat as appropriate.
☑ Acetaminophen 325 mg 2 tabs Q4-6 hours PRN pain; not to exceed 12 tabs in 24 hours.
☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab Q8-12 hrs PRN pain x 7 days; not to exceed 3 tabs in 24hrs
☐ Activity as tolerated.
☐ Treatment given per RN Protocol:

**EDUCATION:**
Patient instructed in: ☑ Use of medications
☑ Level of activity
☐ Patient Health Care Education Forms given to patient:
  (specify) _____
☐ Resubmit a Health Care Service Request Form (CDC 7362) if increased swelling or pain; decreased ROM or CSM; or _____
☐ Patient verbalized understanding of instructions
☐ Education deferred due to patient condition.

**DISPOSITION:**
Time released _____ **1720**
☑ Condition on release: **STABLE**
☑ Returned to housing unit
☐ Housing reassignment to: _____
☑ Referred for follow-up: ☑ Physician clinic ☐ RN clinic
☐ Referred to higher level of care: (specify)
  Person/time contacted: _____
  Time/Mode of transfer: **AMBULATORY 1720**
ERV contacted (time) _____
ERV arrived (time) _____

_signature_
Signature / Title

**PAIN (L) GREAT TOE**

37

C 0706040 SBA EXHIBIT X

OSP-5

DEPARTMENT OF CORRECTIONS                                                    STATE OF CALIFORNIA

*Podiatry*

**Reason for Consultation**

S/P ORIF (L) foot so painful to ambulate c current shoes. Reports wear heavy spent shoes. Requests by specialist in shoes Refend to podiatry

**Signature of Referring Doctor** _____ **Date** 9/26/03

**Consultant's Report**

7/30/03 URC; REQUEST/AUTH. FOR

(APPROVED)  DENIED  DEFERRED

34

**Signature of Consultant** _____ **Date** _____

**Name of Patient** Sims, R T75-226  **Number**

**Hospital**

C 07 05040 SBA (PR) Ex. but

| DATE | TIME |  |
|------|------|--|
| 1/29/03 |  | Gym sick call.                    J. Anderson M.D. |
| Wt 209.6 |  | S ① Foot surgery 6/02 → a lot of pain |
|  |  | O ② Foot healed surgical scar noted |
|  |  | between 1st + 2nd MT, mild varus/hallux |
|  |  | Spine scoliosis |
|  |  | A S/P ① Hallux varus repair. |
|  |  | Scoliosis |
|  |  | P Celebrex 100 mg BID x 4 wks. |
|  |  | Robaxan 750 mg tid x 4 wks |
| 07/01-03 |  | S/CALL. |
|  |  | C/o t mass in ① testicle, 2nd to = kick in Jan. 03 |
|  |  | refer to urology clinic |
|  |  | H.C. 0.5% cream fr rash on face. |
|  |  | Refill Robaxin/Naprosyn for ① foot pain) |
| 7/2/03 |  | URC REQUEST/AUTH. FOR urology clinic |
|  |  | (APPROVED) DENIED DEFERRED |
|  |  | Edeecher MD |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
|  |  | 39 | SIMS  T75226 |

**PHYSICIAN'S PROGRESS NOTES**

C 075040 SBA(PR) Exibit Z

| DATE | TIME | |
|------|------|---|
| 3-21-07 | | PODIATRY CLINIC See consult ø Flu per MD @ this time. _____ B. Uche, RN    B. Uche, RN |

STITUTION    SQ

HOUSING UNIT

INTERDISCIPLINARY PROGRESS NOTES

40

CDC NUMBER, NAME (LAST, FIRST, MI) ED DATE OF BIRTH

T75226

SIMS, R

8/10/77

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

1E438-Alvarez.

| PATIENT NAME  SIMS,  RUSTY | CDC NUMBER  T 75226 | INSTITUTION  S. Q. |
|---|---|---|

| DATE OF BIRTH  08/16/1977 | EPRD DATE  ?, ? | GENDER  M |
|---|---|---|

PRINCIPLE DIAGNOSIS  CHRONIC FOOT PAIN            ICD - 9 CODE

REQUESTED SERVICE(S)  PODIATRY                                    # OF DAYS RECOMMENDED

*Please circle all that apply:* Diagnostic Procedure/(Consultation)          (Outpatient)/Inpatient          Initial/(Follow-up)

Requested Treatment/Service is:   EMERGENT          URGENT          (ROUTINE)

For the purpose of retrospective review, if emergent or urgent, please justify: _____

Proposed Provider:  DR GRIFFITHS _____  Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*):
Chronic PAIN @ P ORIF OF L GREAT TOE

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME  Dr DROZKO, MD | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE  2hw7 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE  G72860 | DATE  02/06/07 | Utilization management tracking #: |

| DATE OF CONSULTATION  3/21/07 | PRINTED NAME OF CONSULTANT  DR GRIFFITH DPM |
|---|---|

FINDINGS: H req'd permanent shoe CDC7410 for orthotic shoes. Granted. R to staff back to staff M.D. re not to orthopedist & CDC7410 re bench in shower

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:  none

| CONSULTANT SIGNATURE | DATE  7-21-07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | | T75226 |
| PCP SIGNATURE | DATE | SIMS, RUSTY  08/16/1977  1E438 |

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

41

DISTRIBUTION:
ORIGINAL  - FILE IN UHR
GREEN  - TO UHR PENDING ORIGINAL
NARY  - CONSULTANT
   - UM

C07-05040 SBA Exibit A-2

STATE OF CALIFORNIA

**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

DEPARTMENT OF CORRECTIONS

| PATIENT NAME SIMS, RUSTY | | CDC NUMBER T 75226 | | INSTITUTION S. Q. |
|---|---|---|---|---|
| DATE OF BIRTH 08/16/1977 | EPRD DATE ?, ? | | GENDER M | |

PRINCIPLE DIAGNOSIS  CHRONIC FOOT PAIN  | ICD - 9 CODE | CPT CODE(S)

REQUESTED SERVICE(S)  PODIATRY  | # OF DAYS RECOMMENDED

*Please circle all that apply:*  Diagnostic Procedure/(Consultation)     (Outpatient/Inpatient)     Initial/Follow-up

Requested Treatment/Service is:     EMERGENT          URGENT          (ROUTINE)

*For the purpose of retrospective review, if emergent or urgent, please justify:* _____

Proposed Provider:  DR GRIFFITHS     Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):*  CHRONIC PAIN S/P ORIF FX (L) GREAT TOE

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME  J. DASZKO, MD | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE  G72860 | DATE 02/06/07 | Utilization management tracking #: |
| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT | |

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | T 75226 |
| PCP SIGNATURE | DATE | SIMS, RUSTY 08/16/1977 |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

1 EY 38

DISTRIBUTION:
ORIGINAL   - FILE IN UHR
GREEN      - TO UHR PENDING ORIGINAL
CANARY     - CONSULTANT

C 075040 SBA (EXHIBIT A-3

DEPARTMENT OF CORRECTIONS
SAN QUENTIN STATE PRISON

CONSULTATION

PATIENT: SIMS, RUSTY                          CDC: 75226

DATE OF BIRTH:  / /                    DATE OF SERVICE: 03/16/2007

HOUSING UNIT:                       PAROLE DATE:  / /


**HISTORY OF PRESENT ILLNESS:** Mr. Sims is a 39-year-old right-handed good presenting with chronic foot pain in the left foot secondary to a traumatic injury to the 1st metatarsophalangeal joint, dislocation and healing, subsequent surgery, and operative reduction and internal fixation.

The patient had been seen in the neurology clinic approximately a year with complaints of low back pain. The initial injury was a fracture in the left foot which then subsequently in 2002 had to have reconstructive surgery, a pin. There was a subsequent infection in 2003 resulting in the pin removal. The patient had been in chronic pain since that time. He was on Neurontin 90 b.i.d. and ibuprofen 800, five times per day. The feeling was Neurontin was not as effective as it used to be. That has gradually increased over the last 6 to several months. He was changed to a cane to decrease weightbearing on the left foot. He notes that the pain is described in the foot as 2 different types; a burning, shooting, bolting pain beginning in the 1st metatarsal region extending up into the left anterior tibialis area and peroneal region by stepping hard or sudden stepping movement with that left foot. The 2nd type of pain is a constant throbbing pain in the left foot where the pin was removed. The patient states he is constantly aware of that area, and there is some atrophy and some skin turgor changes over that area of that foot. He has been on multiple medications in the past including Flexeril, baclofen, ibuprofen, salsalate, acetaminophen, several tricyclics, Keppra, and Trileptal, none of which were effective. He notes that, on the street, opiates work, particularly methamphetamines and that Neurontin worked (note that Neurontin increases opiate absorption from the gut).

**PAST MEDICAL HISTORY OF MEDICAL ILLNESSES:**
. Psoriasis.
. Hepatitis C.
. Allergic rhinitis.

**SURGICAL HISTORY:** Two to three surgeries on the left foot secondary to fracture.

**PRESENT MEDICATIONS:**
    Ultram 50 b.i.d.
    Multivitamin.
    Neurontin 1,200 b.i.d.
    Claritin 10 per day.
    Motrin 800 b.i.d.
    Baclofen 10 p.o. t.i.d.

43

C 07°5040 SBA (PR) Ex hibit A-4

PATIENT: RUSTY SIMS                                                        CDC: 75226
DATE OF SERVICE: 03/16/2007
Page 2

He has also been on a selenium sulfonamide shampoo.

**PHYSICAL EXAM:** This is a thin gentleman using a cane. He is afebrile with blood pressure of 130/70 and pulse of 75. Head, eyes, ears, nose, and throat: Head is atraumatic and normocephalic without any bruise or tenderness. Conjunctivae, corneas, and sclerae are clear. Tympanic membranes are clear. Nasopharynx and oropharynx are unremarkable. Neck is supple without bruits. Chest/cardiovascular/abdominal exam unremarkable. Extremities: The patient has a flat arch on the left foot with marked tendon prominence. In the 1st metatarsophalangeal, he has tenderness to palpation over the entire great toe and 1st toe extending back into the sole of the foot. There is no actual inflammation. There is some atrophy of underlying subcutaneous fat and loss of secondary skin structures. Pulses appear to be intact.

**NEUROLOGIC EXAM:** Mental status: Alert and oriented to person, place, time, date, and situation. Cranial nerves I-XII are unremarkable. Motor exam: _mild_ weakness to plantar and dorsiflexion with the right foot. Otherwise 5/5. Sensory exam diminished right 1st and 2nd ray of the foot. Paresthesias to vibration and sensation of the medial malleolus and on the 1st-3rd metatarsophalangeal joints. Cerebellar exam intact. Deep tendon reflexes are 2+ and symmetric. Gait and station: Walks with a cane.

**DIAGNOSTIC IMPRESSION:**
.   Chronic regional pain syndrome in the left foot with neuropathic pain.
.   Hepatitis C.
.   Psoriasis.

**DIAGNOSTIC THERAPEUTIC PLAN:**
    I would recommend we institute Lyrica 50 mg p.o. t.i.d. to 75 p.o. t.i.d. as a pain drug. This is proven in Neurontin-unresponsive patients to be a more effective control with chronic neuralgic pain.
    I will continue his disability due to his chronic pain syndrome.
    He will continue to need a cane for weightbearing issues.
    I will see the patient in 1 month to see the efficacy of changing to Lyrica.

Thank you very much for allowing me to see this patient.

Sincerely,

R. MENDIUS, M.D.

M/sts
03/16/2007 14:54:00
03/18/2007 14:49:41
Job #: 84173

C 4-07 040 SBA (Att EXHIBIT A-5

| DATE | TIME |
|------|------|
| 3/16/07 | |

NEUROLOGY          84173

1) 39700   CHRONIC FOOT PAIN (L)          (Meds) ULTRAM 50
            HEP C ✓                                MVI
            S/P ORIF ® M.                          NEURONTIN 1200 BID
            ALLERGIC RHINITIS                      CLARITIN 10
                                                   MOTRIN 800 BID
Hx) Pn from FEB /06 - PAIN IN BOTH FEET   BACLOFEN 10 PO TID
SINCE SURGERY SF GEN. - RIPPED ® (GREATTOE OUT OF SOCKET - 1°SF PIND AT DIS (HIP INF)
TWO TYPES PAIN →① BURNING SHOOTING JOLTING PAIN ON SKIN
                    ↑ BY HARD STEP OR SUDDEN STEPPING
                 ② CONSTANT THROBBING PAIN @ FOOT WHERE
                    PINS LOCATED
ALWAYS AWARE OF PAIN NOW. NOW ON GABA (11/06).
KEPPRA & TRILEPTAL NOT EFFECTIVE. TCA Ø EFFECT.
FLEXERIL, BACLOFEN, IBUPROFEN, SALSILATES, ACETAMINOPHEN.
OPIATES WORK.

Px) (L) FOOT - TENDER, ATROPIC SKIN

→ A) NEUROPATHIC PAIN (CRPS.) ←

1) (L) LYRICA 50 TID → 75 PO TID
→ ② CONT DISABILITY DUE TO CHRONIC PAIN ←
   ③ F/U 7 MM

| NSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|------------|--------------|------------------------------------------------------|
| | | T 75226 Sims, R. |

INTERDISCIPLINARY PROGRESS NOTES

:DC 7230 (Rev 04/03)          -45

DEPARTMENT OF CORRECTIONS
SAN QUENTIN STATE PRISON

SOAPE NOTE

ATIENT: SIMS, RUSTY                          CDC: T75226

ATE OF BIRTH: 08/16/1977                     DATE OF SERVICE: 03/12/2007

OUSING UNIT: 1 EAST BLOCK 38                 PAROLE DATE:

UBJECTIVE: This is a 29-year-old man who has a history of chronic left lower extremity pain status post a trauma
the 1st digit and multiple surgeries. He is currently complaining that his pain regimen is not as effective as it used to
:; claiming a worsening inability to do his usual amount of burpies, which is several hundred a day, and decrease in
s ability to walk 100 yards without stopping. He is also complaining of worsening left knee weakness, especially
hen he does deep squats. Despite the observation of multiple correctional officers, he states that his function is
orsening. Current medicines are ibuprofen 800 mg b.i.d., gabapentin 1,200 mg b.i.d., and baclofen 10 mg t.i.d. The
itient states he is noncompliant with the baclofen because it "makes him sick". He is pending an appointment with
:urology on the 16th of this month and is requesting a followup with podiatry. He is also requesting a vegetarian diet.

BJECTIVE: Temperature is 95.3; pulse 62; blood pressure 140/72, previous blood pressure has been 126/74; and
eight 205. On physical exam he appears in no acute distress. Regular rate and rhythm. His lungs are clear. His
idomen is benign. He has not cyanosis, edema, or clubbing on his extremities. His left knee is nontender. No
fusion. No laxity. Patella is ballotable. Reflexes are intact bilaterally. His foot exam appears to be unchanged from
l of his previous visits. He does have a bony prominence and visible deformity of the left foot with deviation of his
es laterally. His pulses are good bilaterally. Ankle jerk is 2+.

SSESSMENT: Chronic pain. There is some discord between the patient's history and the observations of multiple
irrectional officers who have witnessed him exercising greater than 45 minutes at a time in the yard without any
stress or problems. However, per the recommendation of the neurologist he has been kept on Neurontin 1,200 mg
i.d. He claims he has tried and failed many other medicines; although, has not tried Ultram.

LAN:
Podiatry appointment ASAP.
X-ray of the left knee.
Discontinue baclofen.
Trial of Ultram 50 mg 1 p.o. b.i.d.
Refer to dietitian for vegetarian diet.
Follow up in chronic care in 6 weeks.

46

DEPARTMENT OF CORRECTIONS
SAN QUENTIN STATE PRISON

SOAPE NOTE

**PATIENT:** SIMS, RUSTY                          **CDC:** T75226

**DATE OF BIRTH:** 08/16/1977                **DATE OF SERVICE:** 02/26/2007

**HOUSING UNIT:** 1 EAST BLOCK 28          **PAROLE DATE:** December of 2007

**SUBJECTIVE:** He is a 29-year-old man with a history of left 1st toe dislocation in 1996 and surgery in 2001 with a diagnosis of complex regional pain syndrome manifesting as pain in his left foot which radiates to his knee. The pain gets severe when he walks over 100 yards, causing him to stop. He had an x-ray in 2005 which was negative. Currently his pain medicine regimen includes baclofen and gabapentin although he does not complain of muscle spasms nor does he have diabetic or HIV-related peripheral neuropathy.

**OBJECTIVE:** Temperature 96.3, pulse 62, respiratory rate 18, blood pressure 140/72. Previous blood pressures have been normal in this month including a reading of 126/74. His vital signs are stable. He is in no acute distress. His left 1st MTP shows positive tenderness and a 30-degree deviation. This patient was seen by multiple correctional officers doing vigorous exercises in the yard including 45 minutes of various weight-loading exercises. He is HIV-negative. His CBC and CMP were negative.

**ASSESSMENT:**
 .   Chronic left foot pain. It seems to be stable on current medical regimen. Patient does have appointments with neurology and podiatry pending.
      Hepatitis C antibody-positive. His viral load is undetectable, and his LFTs are within normal limits. He will not be here for a long enough time to receive treatment anyway.

**PLAN:**
      Patient is to attend neurological consultation on 3/16/07 with Dr. Mendius. Patient to follow up with podiatry.
      A multivitamin was prescribed.
      This patient will be continued on his current medical regimen although the appropriateness of both baclofen and gabapentin is going to be reviewed and possibly discontinued.


_____
ERNAN ALVAREZ, M.D.

A/sts
  02/26/2007 15:24:00
  02/28/2007 19:50:42
Job #: 69791

PATIENT: RUSTY SIMS                                                    CDC: T75226
DATE OF SERVICE:  03/12/2007
Page 2

_____
FERNAN ALVAREZ, M.D.

FA/sts
D: 03/12/2007 17:33:00
T: 03/14/2007 05:35:57
Job #: 80778

48

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME SIMS    RUSTY | CDC NUMBER T 75226 | INSTITUTION S.Q. |
|---|---|---|

| DATE OF BIRTH 08/16/1977 | EPRD DATE 1,? | GENDER M, |
|---|---|---|

| PRINCIPLE DIAGNOSIS Complex REGIONAL PAIN SYNDROME | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) NEUROLOGY | # OF DAYS RECOMMENDED |
|---|---|

*Please circle all that apply:* Diagnostic Procedure (Consultation)    (Outpatient/Inpatient)    Initial/(Follow-up)

Requested Treatment/Service is:    **EMERGENT        URGENT        (ROUTINE)**

*For the purpose of retrospective review, if emergent or urgent, please justify:* _____

Proposed Provider:   DR. MENDIUS _____    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):*    CHRONIC    PAIN    IN    FOOT,    JAW,    KNEES

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME  J. WASFKO, MD | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE G72860 | DATE 02/06/07 | Utilization management tracking #: |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | T75226 |
| PCP SIGNATURE | DATE | SIMS, RUSTY  08/16/1977  1EY 38 |

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL  -  FILE IN UHR
GREEN     -  TO UHR PENDING ORIGINAL
CANARY    -  CONSULTANT
PINK      -  UM
GOLD      -  SPECIALTY SCHEDULER

C-8785870 SBA Exhibit A 90

50    № 467960

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Sims Rusty | J-75226 | 2-AC-03 |

PATIENT SIGNATURE _Rusty Sims_    DATE _2-10-06_

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) ✓ Got approved for outside shoe chrono by Dr. Wilson on 2-3-06 at Podiatrist on 12-21-05, CMO rejected, saying chrono not required to get shoes from vendor, I am an ad-seppar - not condemned, and we Na supply a chrono to property officer to get shoes. All C.M.O. has is call c/o Avilla in AC to verify the need for chrono for ad-seppar

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*    Got chrono on 2-10-06

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 2/11/06 | Received by: J. Wade LVN |
|---|---|
| Date / Time Reviewed by RN: 2/14/06 | Reviewed by: JO Knospan BOWEN |

Pain Scale: 1 2 3 4 5 6 7 8 9 10

S: "I want to buy outside Shoes + I have to have a chrono signed by the CMO." "I've had 2 surgeries on my L foot + there's been a lot of nerve damage."

O: T:    P: Deferred    BP:    WEIGHT:
Administrative issue, will bring shoe chrono to MD for review. Gait normal, ROM CNL, Ø open areas noted Ø deformity ∅ present.
A: Alt in comfort ct previous injuries
P: MD for routine appt. renewal of chronos
☐ See Nursing Encounter Form

E: Chrono system education — & CMO involvement

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☑ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
| COMPLETED BY | NAME OF INSTITUTION: SQ-CSP |

| PRINT / STAMP NAME | SIGNATURE / TITLE _K Knospan Bowen_ | DATE/TIME COMPLETED 2/15/06 |

*ical office.*
R. WILSON.       *Chart Review*

№ 989404

...LIFORNIA
...2 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☐     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

| NAME *Sims, Rusty* | CDC NUMBER *T-75226* | HOUSING *2-AC-03* |
|---|---|---|
| PATIENT SIGNATURE *Rusty Sims* | | DATE *1-30-06* |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _I need my shoe chrono still. When I saw the podiatrist on 12-31-05 said "it was just 'eied" I have to have a copy to give to property officer since I am a reg and not condemned. No chrono, no shoes. Also, I had a sick call ducat on 1-22-06 - y did it get canceled? I still need to see doctor about the muscle spasms in my_ Please reschedule me for sick call, I had already seen triage'

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: *2/1/06* | Received by: *E Griffin BSN* |
|---|---|
| Date / Time Reviewed by RN: *2/1/06* | Reviewed by: *KM Griffin BSN RN* |

S:                                            Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:   T:        P:        R:        BP:              WEIGHT:

A:

P:   ☐ See Nursing Encounter Form

E:

✗ Seen 2/3/06 for above issues *KM Griffin BSN RN*

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |
|---|---|---|---|
| | | *5* | |

*05040 SBA (PR) Exhibit A-12*

*DR. WILSON*

*A/C SICK CALL*

№ 997591

## HEALTH CARE SERVICES REQUEST FORM

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME Sims, Rusty

CDC NUMBER T-75226

HOUSING 2-AC-03

PATIENT SIGNATURE *Rusty Sims*

DATE 1-27-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I still need my Shoe chrono so I can make a copy to give to the property officer - No Chrono - No Shoes. The idiot/ist Said he wrote "It's Justified" (too) on my cha think on 12-21-05. Also, need to be reducated for Sick call Some reason on 1-23-06 I got canceled.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:     Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:   T:     P:     R:     BP:     WEIGHT:

A:

P:     ☐ See Nursing Encounter Form

E:

APPOINTMENT SCHEDULED AS:

EMERGENCY ☐ (IMMEDIATELY)

URGENT ☐ (WITHIN 24 HOURS)

ROUTINE ☐ (WITHIN 14 CALENDAR DAYS)

REFERRED TO PCP:

DATE OF APPOINTMENT:

COMPLETED BY

NAME OF INSTITUTION

PRINT / STAMP NAME

SIGNATURE / TITLE

52

DATE/TIME COMPLETED

C 075040 SBA (PRE Exibit A-15

California Department of Corrections    Health Care Services Division

Inst: _____    **Encounter Form: Miscellaneous/Multiple Systems Complaints**

Name: _Sims  Rusty_    CDC# _T75221_    DOB _8-16-77_    Date/Time _1/19/06 at 12u_

Fill in the blanks and check all that apply

## SUBJECTIVE:

Chief Complaint: _Foot Pain/Eye glasses_
Date and time of onset: _chronic long_
History of current complaint: _Jaw/Eye Foot_
_+ Knee Complaint_

Pain: Scale of 0-10 (0=no pain 10=worst pain)    _8/10_
Area of pain: _Lt foot_
Quality of pain: _Stay all need_
What makes it better? _Neurontin_
History or chronic illness:
_muscle spasm in Jaw._

Allergies: _Salsalate_
Current medications: _None._

## OBJECTIVE:

☑ Awake, alert, oriented to person, place, time
☑ No bleeding
Vital signs: Temp _97_    Weight: _225lb_ Resp: _18_
Pulse _80_    BP _124/78_
Skin: ☑ Pink ☐ Pale ☐ Grey ☐ Cyanotic
Breath Sounds ☑ Clear bilaterally
☐ Wheezes ☐ Crackles ☐ Diminished
☐ Absent ☐ Dyspnea ☐ Congestion ☐ Stridor
Describe: _____
General Appearance: _good,_

HEENT _Normal_    Jaw old Problem Painful

Mental Status/Neuro: _A+0x4_

Cardiovascular: _Normal_

Abdomen: _Soft BS +ox4_

Extremities: _Problem Rt knee._

Skin: _infect Dr foot Dr Saw_

## ASSESSMENT:

(Complete by filling in a nursing diagnosis.)
_Chronic pain in knee +_
_Jaw_

## PLAN:

MD referral completed: (circle) NO ⊘YES⊘ If yes:
☐ STAT    ☐ Urgent    ⊘—Routine
Physician called (name / time)_____
Physician responded (time)_____
Physician orders received ☐yes ☐no

## EDUCATION:

☐ Advise patient to resubmit a Health Care Service
Request Form (CDC 7362) if symptoms persist.
☑ Patient Health Care Education Forms given to
patient:(specify) _____

☑ Patient verbalized understanding of instructions
☐ Education deferred due to patient condition

## DISPOSITION

Time released: _12-20_
Condition on discharge: _Stable_
☑ Returned to housing unit
☐ Housing reassignment to: _____
☐ Referred for follow-up
☐ Physician clinic    ☐ RN clinic
☐ Referred to higher level of care: (specify)

Person/time contacted: _____
Time/Mode of transfer: _____
ERV contacted (time) _____
ERV arrived (time) _____

Additional Comments:
① Eye Consultation Send
   for 2nd time.
② Pharmacy called tulle to
   make for Neurontine
③ Need Consultation for
   neurologist
④ Chrono for Shes.
⑤ Need to give for muscle
   Spasms in Jaw
⑥ Dentist Need 5525 tulle to
   Beverly she will Sechulle
   him.
   _MG Crokes RN_
                Signature / Title

3/05

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

None

1. Barrier Free/Wheelchair Access   P / T _____
2. Ground Floor Cell   P / T _____
3. Continuous Powered Generator   P / T _____

4. Bottom Bunk   P / T _____
5. Single Cell (See 128-C date: _____ )   P / T _____
6. Permanent OHU / CTC (circle one)   P / T _____
7. Other   P / T _____

### B. MEDICAL EQUIPMENT/SUPPLIES

None

8. Limb Prosthesis   P / T _____
9. Brace   P / T _____
10. Crutches   P / T _____
11. Cane: (type) _____   P / T _____
12. Walker   P / T _____
13. Dressing/Catheter/Colostomy Supplies   P / T _____
14. Shoe: (specify)   P / T _____
15. Dialysis Peritoneal   P / T _____

16. Wheelchair: (type) _____   P / T _____
17. Contact Lens(es) & Supplies   P / T _____
18. Hearing Aid   P / T _____
19. Special Garment: (specify) _____   P / T _____
20. Rx. Glasses:   P / T _____
21. Cotton Bedding   P / T _____
22. Extra Mattress   P / T _____
23. Other   P / T _____

### C. OTHER

None

24. Attendant to assist with meal access   P / T _____
and other movement inside the institution.

Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene.

25. Wheelchair Accessible Table   P / T _____

26. Therapeutic Diet: (specify)   P / T _____
27. Communication Assistance   P / T _____
28. Transport Vehicle with Lift   P / T _____
29. Short Beard   P / T _____
30. Other   P / T _____

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?   ☐ Yes   ☒ No

If yes, specify: _____

| INSTITUTION | COMPLETED BY (PRINT NAME)  GRIFFITH | TITLE  FNP |
|---|---|---|
| SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE | JIMS, RUSTY |
| APPROVED (list the number of items approved) | | 54 |
| DENIED (list the number of items denied) | | |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (08/04)

Distribution:
Original - Unit Health Record      Canary - Central File      Pink - Correctional Counselor      Gold - Inmate

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC 128 B (6-87)

C CV 05040 SBA<sup>(re)</sup> EXHIBIT A-15

NAME and NUMBER　　SIMS, S04361, 1AC65

Per ARP Section H (3) Direct Threat, your request for accommodation is being denied at this time due to the substantial harm you pose to the health and safety of staff. You are housed in the Adjustment Center, as a Safe Keeper based upon your history of Battery on Staff. Inmates housed in the Adjustment Center are under strict property restrictions and stringent escorting procedures / polices regarding movement within the unit. Therefore, further consultation with medical staff will be conducted before approval of you request for accommodation to not wear leg restraints and your request to wear shoes while under escort. These requests contradict Adjustment Center unit escorting procedures and based on your history of violence toward staff, place staff at an unnecessary risk. It should be noted that staff video recorded you exercising vigorously on the Adjustment Center Yard for over 20 minutes. This exercise included but was not limited to doing pushups, and burpies. This vigorous exercise contradicts your alleged medical conditions you have reported to staff. This 128B as well as the video of you exercising will be reviewed by medical staff in regards to your request for accommodation.

D Schlosser
Correctional Lieutenant
Adjustment Center

CSP-SQ

INFORMATIONAL CHRONO

Original:　Central File
cc:　Inmate
　　CMO

DATE　　4/3/08

(-07 05040 SBA (PR) CMP A-16
See attached 602 ICP

1 of 3

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| SQ | 08-0708 | 18. ADA |

***NOTE:*** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) old # T-78226 | CDC NUMBER S-04361 | ASSIGNMENT -U- | HOURS/WATCH | HOUSING 1. 4C-65 |
|---|---|---|---|---|
| Rusty Sims | | | | |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

Mobility impaired. Complex Regional Pain Syndrome and Reflex Sympathetic Dystrophy.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

about 3 years of medical records here at San Quentin. Consultation w/ PR Mendius - Neurologist on 1-18-08 at Marin County Jail. plus 2 previous ones. Also - Disability Placement.

DESCRIBE THE PROBLEM:

A/C doesn't honor permanent medical disability Chronos after one year. See attached 602 and for greater Details) Am having to wear shower shoes due to A/C policy.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?    need shoe chrono renewed

for 1) personal shoes    and 2) to be worn during all movement inside the A/C and outside the A/C. to showers, to visits, to yard, to medical appointments etc. w/out chrono, I have to wear extremely thin shower shoes through Rain, mud, over Rocks. causes too much pain. Scott Pinholster has a chrono to have his shoes anytime he leaves his cell. This is what I need.

2-21-08

5/10

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| REVIEWER'S ACTION |
|---|

**TYPE OF ADA ISSUE**

DATE ASSIGNED TO REVIEWER: MAR 1 2 2008
DATE DUE: APR 0 3 2008

[X] PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

    [X] Auxiliary Aid or Device Requested

    [ ] Other _Shoe Chrono for personal shoe_

[ ] PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:** _You were assessed and interviewed by_
_Dr. Griffith on 3/20 regarding your request._
_a CDC 7410 stating patient should wear athletic_
_shoes when out of cell and should not be_
_required to wear leg irons was issued by the_
_specialist._

_3/27/08_ _____      _Dr Griffith_ _____
DATE INMATE/PAROLEE WAS INTERVIEWED      PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

[ ] GRANTED     [ ] DENIED     [X] PARTIALLY GRANTED

**BASIS OF DECISION:** _Based on the reason cited your request_
_is partially granted._

**NOTE:** *If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.*

| DISPOSITION RENDERED BY: (NAME) C. Olivera 3/27/08 | TITLE RN. | INSTITUTION/FACILITY SQP |
|---|---|---|

| APPROVAL |
|---|

ASSOCIATE WARDEN'S SIGNATURE _Vicecl Dan_      DATE SIGNED _3/29/08_

DATE RETURNED TO INMATE/PAROLEE

L-07·05040  SBA (PK) Exhibit A-17
See attached 602 20F2

1 of 3

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| SQ | 08-0708 | 18. ADA |

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) old # | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Rusty Sims     T-75226 | S-04361 | -U- | — | 1·AC-65 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

### MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

mobility impaired, Complex Regional Pain Syndrome and Reflex
Sympathetic Dystrophy.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

about 3 years of medical Records here at San Quentin.
Consultation w/ DR Mendius - Neurologist on 1-18-08 at
Marin County Jail. plus 2 previous ones.
Also. Disability Placement.

DESCRIBE THE PROBLEM:

A/C doesn't honor permanent medical disability chronos after one year. See
attached 602 and for greater Details) Am having to wear shower shoes
due to A/C policy.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

need shoe chrono renewed
for 1) personal shoes   and 2) to be worn during all movement
Inside the A/C and outside the A/C. to Showers, to visits, To yard, to
medical appointments etc. w/out chrono, I have to wear extremely thin shower shoes
through Rain, mud over Rocks. causes too much pain. Scott Praholster has a
chrono to have his shoes anytime he leaves his cell. This is what I need.

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

## REVIEWER'S ACTION

**TYPE OF ADA ISSUE**

DATE ASSIGNED TO REVIEWER: MAR 12 2008
DATE DUE: APR 03 2008

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

   ☐ Auxiliary Aid or Device Requested

   ☒ Other _Inmate request to wear shoes under escort and no leg restraints._

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:** _Inmate interviewed on 3/31/08. Inmate requested to not wear leg restraints and be allowed to wear shoes rather than shower shoes while under escort in violation of unit policy. It should be noted that Inmate was recorded vigorously exercising, doing push ups and burpies for about 30 minutes. It is hard to see the need for these accommodation but none the less the Inmate was seen by a padiatrist on 3/26/08 and the unit is awaiting his recommendation ____ TX ____ Adjustment Center._

_3/31/08_
DATE INMATE/PAROLEE WAS INTERVIEWED

_T Schlosser Lt._
PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

   ☐ GRANTED   ☒ DENIED   ☐ PARTIALLY GRANTED

**BASIS OF DECISION:** _Waiting for recommendation from medical but based on unit review inmate does not meet criteria for accommodation. Will review any chrono submitted by Medical as recieved._

NOTE: _If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate._

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|
| _T Schlosser_ | _Lt._ | _A/C SQSP_ |

## APPROVAL

| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
|---|---|
| _RK Davis_ | _5/2/08_ |

```
                        *** PATIENT PROFILE ***
            Includes Current Prescriptions as of 05/20/2008

**********************************************************************
S-04361  SIMS, RUSTY                       CURRENT UNIT: 1AC-065S
ALLERGIES: SALSALATE          DOB: 08/16/1977  HT:   ft  in    WT:   0
======================================================================
START      Rx/Qty  DRUG                       PHYSICIAN        STOP
======================================================================
04/11/2008 576901  DC MED.GABAPENTIN/MS CONN   DAVY WU         07/10/2008
ECG           0                                                1AC-065S
----------------------------------------------------------------------
04/11/2008 576902  METHADONE 10MG              DAVY WU         06/10/2008
ECG          90    TAKE 1&1/2 TAB -AM TAKE 1&1/2 TAB -PM (DOT) 1AC-065S
----------------------------------------------------------------------
04/21/2008 559874  HYDROCORTISONE CR1%30G      WILLIAMS, W     05/21/2008
FW           30    APPLY TO AFFECTED AREA 3 TIMES DAILY        1AC-065S
----------------------------------------------------------------------
04/21/2008 559875  SELENIUM SULFIDE 2.5% LOT   WILLIAMS, W     05/21/2008
FW          120    SHAMPOO AS NEEDED SCALP ITCHING             1AC-065S
----------------------------------------------------------------------
05/21/2008 559874  HYDROCORTISONE CR1%30G      WILLIAMS, W     06/20/2008
FW           30    APPLY TO AFFECTED AREA 3 TIMES DAILY        1AC-065S
----------------------------------------------------------------------
05/21/2008 559875  SELENIUM SULFIDE 2.5% LOT   WILLIAMS, W     06/20/2008
FW          120    SHAMPOO AS NEEDED SCALP ITCHING             1AC-065S
----------------------------------------------------------------------




======================================================================
PAGE 1            ***** END OF PROFILE *****     PRINTED: 05/20/2008
```

## Correctional Medicine
## Consultation Network
### Pain Management Program

Patient name: Sims, Rusty
DOB: 8/16/77
CDCR number: S04361
CDCR Location: SQ
Housing Unit: AC1-65S
Date of Incarceration:
Date of Parole:

Onsite/Telemedicine: Onsite
Date: 3/17/08
Reason for Consult: Pain Management
Requested by: Dr. Williams

30 year old E-A man with chronic pain in L foot which patient relates to skateboarding dislocation of left great toe, s/p reconstructive surgery at San Francisco General Hospital in 2001 with pins, then removal of pins because of infection. Pain worse after surgery. Has to modify his ambulation, cannot put his foot down flat bcause of severe pain in toe, instep, with radiation up his leg to knee, more burning and numb. Says toe and foot swells and turns purple. Has been on gabapentin but dose reduced from 1200 to 300 twice daily because of jerking movements, thought possibly due to seizures but which have improved since reducing dose of gabapentin. Has been on multiple other agents which either were ineffective or which he couldn't tolerate, including pregabalin, baclofen, tramadol, Norco, salsalate, tylenol with codeine, vicodin, methocarbamol, amitriptyline, and oxcarbazapine. Now on MSContin 30mg twice daily, which reduces pain from 10/10 to 3/10 but which only lasts 6-8hours. Although he has apparently never been on other anti-neuropathic agents such as topiramate and lamotrigine, patient is reluctant to try any new medications because of history of being given multiple medications against his will as foster child. Patient also concerned that the shackles he is required to wear in his current unit dig into his flesh and make pain worse, and also wants chrono to wear his padded shoes.

Imp: post-traumatic pain, neuropathic, likely complex regional pain syndrome, L lower extremity. Pain may be exacerbated by shackles and shoe requirements. He is reluctant to try new medicaitons, given apparent reaction to gabapentin and history of multiple meds. Given necessity of twice daily dosing, he might do better on slightly increased dose of MSContin, i.e. 45mg twice. Also would add stool softeners, titrating to soft stools as patient already constipated.

Thank you for requesting the consultation on the pain management of this patient. Please feel free to contact me with any questions.

Respectfully submitted,

Faculty Consultant: Robert V. Brody, M.D.



University of California, San Francisco • Department of Family and Community Medicine
1940 Bryant Street • Box 1308 • San Francisco, California 94110 • Tel 415-476-2041 • Fax 415-476-2077

Patient Name: Sims, Rusty
CDCR #: S04361

DOb. 8/16/77
Consult Date:  3/17/08

Office Phone: 415-476-2041
Fax: 415-476-4700
E-mail: Robert.Brody@ucsf.edu
Pager: 650-997-9576

Mr. Rusty Simms attended an initial psychological evaluation as part of a multidisciplinary evaluation in the new Pain Management Program at the Specialty Clinic, San Quentin.  Pt arrived timely for appointment and vitals were taken by Specialty Clinic nurse.

Pt is a 30 y.o. Euro Caucasian male referred for evaluation and treatment recommendations of chronic foot pain secondary skateboarding injury in 1995 wherein "my big toe was ripped out of it's socket." Pt described undergoing multiple evaluations and surgeries at SFGH / sports clinics but continues to experience persistent, unremitting pain in the left foot.  Pt described the pain as shooting, lancing sensations specifically at the surgical sites that also radiate up to the left knee.  Pt reported occassions when the arch in the left foot discolors to purplish and is hypersentive to cold.  Pt identified the average pain intensity level as a "5-6" with medications on a 0-10 numeric rating scale with 0 equivalent to no pain and 10 equivalent to the worst level of pain severity.  Pt reported that the pain fluctuates from a low of 3-4 to a high of "11" when it is at its' most severe.  Pt described antecedent triggers that exacerbate pain levels as a flat step, tightened shackles and shower shoes, cold weather and being without medications.  Pt described rubbing, warmth and shoe cushions as ameliorants to pain.

Pt described utilizing a variety of strategies to treat and manage the chronic foot pain including medications, surgery, physical therapy including gait adaptations for ambulation.  Medication use has been complicated by Pt's experience of "strange, electrical, pulsating sensations" in right frontal lobe for which he has undergone an MRI to rule out seizure disorder.  Otherwise he reported these pain interventions have been somewhat beneficial at offering relief, in particular the current medication regimen is satisfactory just not lasting throughout the day.  Pt has not used cognitive and behavioral interventions nor complimentary and alternative medicine approaches to manage the chronic foot pain.

Functioning and mobility have been significantly impacted by the chronic foot pain.  Pt reported he is unable to sustain engagement in most tasks, for any length of time - he will attempt to shorten steps, displace weight, modify exercise in order to adapt to the pain and maintain some functioning.  Pt did not endorse any symptoms or behaviors consistent with mood, anxiety, anger or stress disorders at this time.  Pt conveyed efforts to "be in control" as a primary coping mechanism to adjust and accommodate to the unremitting pain and functional limitations.

Throughout the evaluation, Pt was fully oriented X4.  Speech rate, rhythm and volume WNL - highly articulate and expressive.  Attitude evidenced special needs and entitlements.  Mood and affect congruent with confidence and self-assuredness.  Pt's appearance appropriately groomed.  Behavior and motor activity stiff and guarded so as to not aggravate foot pain.  Thought processes knowledgeable and linear with thought content focused on conveying his understanding of what would be of benefit at this time.  No threats of harm to self or others reported.  No hallucinations, perceptual disturbances or delusions endorsed or observed.  Pt understands causes of pain syndrome, outcomes of behaviors and expectations for treatment.

Pt described primary goals to include adjustments to medication regimen.  Plan is to present case to multidisciplinary pain management team to address medications and medication schedule, along with evaluation for functional and physical recommendations to support exercise and reconditioning to improve strength, endurance and body mechanics.

Patient Name: Sims, Rusty
CDCR #: S04361

DOb. 8/16/77
Consult Date: 3/17/08

Thank you for requesting the consultation on the pain management of this patient. Please feel free to contact me with any questions.

Respectfully submitted,

Faculty Consultant: Stephen Rao, Ph.D
Office Phone: 415-476-2041
Fax: 415-476-4700
E-mail: Stephen.Rao@ucsf.edu
Pager: 415-831-4999

Faculty Consultant: Edward Lor, PharmD
Office Phone: 415-476-2041
Fax: 415-476-4700
E-mail: Ed.Lor@sfdph.org
Pager:

MAR 2008

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ Year: _____

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | Cap un me | | | | | |
| | | S. VAN HOOK, LVN | | Yinka | | M Polson | |
| | | | | Hari, Jwr | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

553452- 0    DR: ALVAREZ,F.    60
IBUPROFEN 800MG
TAKE 1 TAB/CAP 2 TIMES A
DAY
Start: 02/01/2008    Stop: 03/02/2008
08 / 12 / 18 / 20

553452- 1    DR: ALVAREZ,F.    60
IBUPROFEN 800MG
TAKE 1 TAB/CAP 2 TIMES A
DAY
Start: 03/02/2008    Stop: 04/01/2008
08 / 12 / 18 / 20

559873- 0    DR: WILLIAMS, W    60
MS CONTIN 30MG
TAKE 1-AM DOT
TAKE 1-PM
Start: 02/21/2008    Stop: 05/21/2008
08 / 12 / 18 / 20

559874- 0    DR: WILLIAMS, W    30
HYDROCORTISONE CR1%30G
APPLY TO AFFECTED AREA 3
TIMES DAILY
Start: 02/21/2008    Stop: 06/20/2008
08 / 12 / 18 / 20

SIMS, RUSTY                        5-04.361
1AC-065S    DR: WILLIAMS, W
559874- 1    RPH: FW    MFG: FO
HYDROCORTISONE CR1%30G    30
APPLY TO AFFECTED AREA 3
TIMES DAILY

START: 03/22/08 STOP: 06/20/08

559875- 0    DR: WILLIAMS, W
SELENIUM SULFIDE 2.5% LOT    120
SHAMPOO AS NEEDED SCALP
ITCHING
Start: 02/21/2008    Stop: 06/20/2008
08 / 12 / 18 / 20

559876- 0    DR: WILLIAMS, W    0
GABAPENTIN 300MG
TAKE 1 TAB/CAP 2 TIMES A
DAY X90 DAYS PENDING
Start: 02/21/2008    Stop: 05/21/2008
08 / 12 / 18 / 20

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ **APR** Year: **2008**

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| Capshaw | MC | Cen | CL | | R | South LVN | ks |
| J. Caldarulo LVN | | | | Hamilton | | | |
| | | | | | | Runner | |

| | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|
| 553452- 1   DR: ALVAREZ, F.<br>IBUPROFEN 800MG          60<br>TAKE 1 TAB/CAP 2 TIMES A<br>DAY<br>Start: 03/02/2008   Stop: 04/01/2008 | 08<br>12<br>18<br>20 |
| 559873- 0   DR: WILLIAMS, W<br>MS CONTIN 30MG           60<br>TAKE 1-AM  DOT<br>TAKE 1-PM<br>Start: 02/21/2008   Stop: 05/21/2008 | 08<br>12<br>18<br>20 |
| 559874- 1   DR: WILLIAMS, W<br>HYDROCORTISONE CR1%30G    30<br>APPLY TO AFFECTED AREA 3<br>TIMES DAILY<br>Start: 03/22/2008   Stop: 06/20/2008 | 08<br>12<br>18<br>20 |
| 559875- 1   DR: WILLIAMS, W<br>SELENIUM SULFIDE 2.5% LOT  120<br>SHAMPOO AS NEEDED SCALP<br>ITCHING<br>Start: 03/22/2008   Stop: 06/20/2008 | 08<br>12<br>18<br>20 |
| 559876- 1   DR: WILLIAMS, W<br>GABAPENTIN 300MG           0<br>TAKE 1 TAB/CAP 3 TIMES A<br>DAY X90 DAYS PENDING<br>Start: 03/05/2008   Stop: 05/21/2008 | 08<br>12<br>18<br>20 |
| Methadone 15mg PO<br>BID X2mth<br><br>040208 Rec'd 041108 | 08<br>12<br>18<br>20 |

SIMS, RUSTY                S-04361
IAC-0658    DR: WILLIAMS, W
559875- 2   RPH: FW    MFG: TC
SELENIUM SULFIDE 2.5% LOT  120
SHAMPOO AS NEEDED SCALP
ITCHING

START: 04/21/08 STOP: 06/20/08

Rusty Sims   S-04361 / T-75226
S.Q.I.S.P.  1-AC-55
San Quentin, CA. 94974

Confidential
Legal Mail

Office of the Clerk
U.S. District Court
Northern District of California.
            suite 400S
1301  Clay Street.  400 S. Tower
Oakland, CA. 94612- 5212

Attn: Saundra Brown Armstrong.