Honorable Armstrong —

~~[scribbled out]~~

In Re: 4.07-cv-05040-SBA


FILED
AUG - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8-6-08

On 8-4-08, I received Legal mail in the form of a civil Docket which stated that on 5-8-08 ~~6-5-08~~ I never intended that this case be terminated and apparently made a mistake and confused this case with another one that I have going.

My apologies for any inconvenience this may have caused, I am hoping that its not too late to keep it going? I had just filed a lengthy Amendment and everything which shows up on Docket.

Deadline 3                Also — I am wondering if I can
No get a Scheduling ~~Docket~~ sent because I dont really know what I am doing and it would be helpful to have any deadlines be sent to me in advance. It is hard to believe that my case is just sitting around. Ive been trying to find a free copy of the prisoners self help ~~litigation~~ litigation manual. Im sure this would help you out as well if I know a little more.

Also — my CDC # has changed to T-75226. Please; I apologize for accidentally terminating that case. I am juggling several civil litigations at once, w/ petitions, small claims trials, and a recent Tort claim. I sincerely hope you can let that slide and re-post it.

Rusty Sims  T-75226
S.Q.S.P.    1-AC-55
San Quentin, CA. 94974

Rusty Sims T-75224
S.Q.S.P. 1-AC-55 North Bay C-350
San Quentin, CA 94974

07 AUG 2008 PM 2 L

United States District court
Northern District of California
1301 clay street. suite 400S.
Oakland, CA. 94612-5212

ATTN: Honorable Saundra Armstrong.
Presiding Judge.

confidential
legal-mail

*[signature]* 8/7/08